UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

OCT 23 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )
                                )      CASE NO. CR-14-282-R-2
                                )
          v.                    )
                                )         V E R D I C T
CHRISTOPHER JAMES BLAUVELT,)
                                )
                    Defendant.  )
_____)

We the jury in the above-entitled cause, unanimously find
the defendant

**CHRISTOPHER JAMES BLAUVELT**


_____Guilty_____        as charged in count one of indictment.
(Guilty/Not Guilty)


_____Guilty_____        as charged in count two of the indictment.
(Guilty/Not Guilty)


_____Guilty_____        as charged in count three of the indictment.
(Guilty/Not Guilty)


_____Guilty_____        as charged in count four of the indictment.
(Guilty/Not Guilty)


                              **GO TO PAGE TWO**

CR-14-282-R: U.S.A. -V- CHRISTOPHER JAMES BLAUVELT

VERDICT (CONTINUED FROM PAGE ONE)                    PAGE TWO
================================================================

_____Guilty_____ as charged in count five of the indictment.
(Guilty/Not Guilty)

_____Guilty_____ as charged in count six of the indictment.
(Guilty/Not Guilty)

_____Guilty_____ as charged in count seven of the indictment.
(Guilty/Not Guilty)

Not Guilty_____ as charged in count eight of the indictment.
(Guilty/Not Guilty)

_____Guilty_____as charged in count nine of the indictment.
(Guilty/Not Guilty)

_____Guilty_____as charged in count ten of the indictment.
(Guilty/Not Guilty)

_____Guilty_____as charged in count eleven of the indictment.
(Guilty/Not Guilty)

Not Guilty_____as charged in count twelve of the indictment.
(Guilty/Not Guilty)

                                    **GO TO PAGE THREE**

CR-14-282-R: U.S.A. -V- CHRISTOPHER JAMES BLAUVELT

**VERDICT (CONTINUED FROM PAGE TWO)**                    **PAGE THREE**
=============================================================

_Not Guilty___ as charged in count thirteen of the indictment.
(Guilty/Not Guilty)


_Guilty_____ as charged in count fourteen of the indictment.
(Guilty/Not Guilty)


_Guilty_____ as charged in count fifteen of the indictment.
(Guilty/Not Guilty)



Dated: 10/23/14
at Los Angeles, California          ████████████████████
                                    FOREPERSON OF THE JURY