Stanley I. Greenberg (SBN 053649)
A Law Corporation
11845 West Olympic Boulevard, Suite 1000
Los Angeles, CA 90064
Telephone: (424) 248-6600
Facsimile: (424) 248-6601
Email: stanmanlaw@aol.com

Attorney for Defendant:
CHERIE BROWN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHERIE BROWN,<br><br>Defendant. | Case No. CR 14-282-R<br><br>**NOTICE OF MOTION FOR JUDGMENT OF ACQUITTAL AND/OR NEW TRIAL PURSUANT TO RULES 29 (C) AND 33, FRCrP**<br><br>DATE: February 9, 2015<br>TIME: 10:00 a.m. |

Please take notice that Defendant Cherie Brown moves this Court, in the alternative, for a Judgment of Acquittal (as to all counts) and/or a New Trial. This motion is made pursuant to Rules 29 (c) and 33 of the Federal Rules of Criminal Procedure.

This motion is made now to toll the time limits for filing set forth in Rules 29 (c) and 33, FRCrP. A supplemental Memorandum of Points & Authorities, with supporting

1

arguments and legal authorities, will be filed within the 20 days authorized by the Court upon the return of the verdicts.

Dated: November 25, 2014              Respectfully submitted,


                                      _____/s/_____
                                      Stanley I. Greenberg
                                      Attorney for Defendant
                                      CHERIE BROWN