CR-14-282-R U.S.A.-V-BROWN, et al.
Case 2:14-cr-00282-R Document 225 Filed 11/21/14 Page 1 of 1 Page ID #:3467
Defendant's Exhibit List, Page 1

# DEFENDANT GREGORY PUSATERI'S EXHIBIT LIST

| IDENTIFIED DATE ~~DMITTED~~ | ADMITTED DATE ~~MARKED~~ | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11-13-14 ~~601~~ | 11-13-14 | 601 | Sandra Wilson | Sandra Wilson's Private Placement Investment Direction |
| 11-17-14 | 11-17-14 | 602 | Tonya Pinkerton | Payments to defendants Pritchard, Blauvelt, Brown, Pusateri |

FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY