**DEFENDANT CHERIE BROWN'S**
EXHIBIT LIST



FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Case No.  CR 14-282-R

United States v. CHERIE BROWN

Exhibits on Behalf of Defendant CHERIE BROWN

IDENTIFIED / ADMITTED

| DATE ~~ADMITTED~~ | DATE ~~MARKED~~ | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11-12-14 | 11-12-14 | 501 | BROWN PRITCHARD | PHOTOCOPY OF DVD CASE FOR MOVIE "WHAT LOVE IS." |
| 11-12-14 | 11-12-14 | 502 | BROWN PRITCHARD | PHOTOCOPY OF DVD CASE FOR MOVIE "CAPTAIN ABU RAED." |
| 11-19-14 | 11-19-14 | 503 | BLAUVELT BROWN STORER | 6-18-08 LETTER TO STOCKHOLDERS FROM CHRIS BLAUVELT |
| 11-18-14 | 11-18-14 | 504 | PRITCHARD BROWN STORER | BOUND BOOKLET GIGAPIX 2009 DEAL SUMMARIES |
| 11-18-14 | 11-18-14 | 505 | BROWN PRITCHARD | BOUND COPY OF SCRIPT OZ 3D IN GIGAPIX STUDIOS BINDER |
| 11-18-14 | 11-18-14 | 506 | PRITCHARD BROWN | 4-16-09 NEWS ARTICLE FROM DES MOINES REGISTER |
| 11-18-14 | 11-18-14 | 507 | MUTTON PRITCHARD BROWN | 10-14-09 EMAIL MUTTON TO BROWN WITH ATTACHED LETTER TO SHARE-HOLDERS (DATED 10-13-09) |
| 11-19-14 | 11-19-14 | 508 | PRITCHARD BROWN MUTTON | 10-14-09 EMAIL THREAD RE: COMMUNICATION WITH INVESTOR ROBERT BENZ |
| 11-19-14 | 11-19-14 | 509 | PRITCHARD BROWN MUTTON | 10-22-09 EMAIL THREAD BROWN/PRITCHARD RE: INVESTOR BENZ |
| 11-18-14 | 11-18-14 | 510 | BROWN PRITCHARD MUTTON | 11/25-28/09 EMAIL THREAD PRITCHARD/BROWN/MULLEN |

| IDENTIFIED DATE ~~ADMITTED~~ | ADMITTED DATE ~~MARKED~~ | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11-19-14 | 11-19-14 | 511 | PRITCHARD BLAUVELT BROWN | 10-19-09 EMAIL THREAD RE: WSJ ARTICLE AND COMPANY STATUS REPORT |
| 11-18-14 | 11-18-14 | 512 | PRITCHARD MUTTON BROWN | 11-10-09 EMAIL MUTTON/BROWN WITH ATTACHED PRESS RELEASE 11-9-09 |
| 11-18-14 | 11-18-14 | 513 | BLAUVELT BROWN | 1-19-10 PRESS RELEASE RE: STALOFF JOINING GIGAPIX STUDIO BOARD |
| 11-18-14 | 11-18-14 | 514 | BROWN MUTTON SIMON | 2-24-10 EMAIL THREAD RE: NEW POLICY ON SUBSCRIPTIONS |
| 11-18-14 | 11-18-14 | 515 | PRITCHARD MUTTON BROWN | 5/24-25/10 EMAIL THREAD RE: DESIST AND REFRAIN ORDER |
| 11-18-14 | 11-18-14 | 516 | PRITCHARD BROWN | 3-2-10 EMAIL TO BROWN WITH ATTACHED PRESS RELEASES OF 3-2-10 RE: "WORKAHOLICS." |
| 11-18-14 | 11-18-14 | 517 | PRITCHARD BROWN | 3-5-10 LETTER TO JODIE RE: COMPANY BUSINESS PROJECTIONS |
| 11-18-14 | 11-18-14 | 518 | BLAUVELT BROWN | 9-30-10 EMAIL THREAD WITH ATTACHED PRESS RELEASE RE: GIGAPIX DISTRIBUTION LAUNCHED |
| 11-18-14 | 11-18-14 | 519 | BROWN | 11/1-2/10 EMAIL THREAD RE: "BAKER BOYS" |
| 11-18-14 | 11-18-14 | 520 | PRITCHARD BROWN | 9-25-10 EMAIL FROM PRITCHARD RE: PRESS REVIEWS OF MOVIE "MOTHER'S DAY" |
| 11-18-14 | 11-18-14 | 521 | PRITCHARD BROWN | ADVISOR SUMMARY 2010 |

IDENTIFIED / ADMITTED

| DATE ~~ADMITTED~~ | DATE ~~MARKED~~ | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11-12-2014 | 11-12-2014 | 522 | BROWN MANN WALKER | 4-8-11 EMAIL TO BROWN RE: PRODUCTION OF OZ 3D |
| 11-17-14 | 11-18-14 | 523 | PRITCHARD BROWN | 5-24-11 LETTER FROM PRITCHARD TO SHAREHOLDERS RE: GOING PUBLIC (Published Because Govt's exhibit was admitted - same document) |
| 11-12-2014 | 11-12-2014 | 524 | PRITCHARD BROWN | 5-24-11 LETTER TO MEMBERS RE: PRODUCTION BEGUN ON OZ3D |
| 11-19-14 | 11-19-14 | 525 | PRITCHARD BROWN | 5-30-11 EMAIL PRITCHARD TO BROWN RE: COMPANY ORGANIZATION CHART. |
| 11-18-14 | 11-18-14 | 526 | PRITCHARD BROWN | 7-8-11 EMAIL THREAD RE: D.Z. INTEREST CHECK |
| 11-19-14 | 11-19-14 | 527 | PRITCHARD BROWN | 5-6-11 EMAIL PRITCHARD TO BROWN WITH ATTACHED PROPOSED BOARD OF DIRECTORS AND RAISING $2 MM |
| 11-18-14 | 11-18-14 | 528 | PRITCHARD BROWN | 8-8-11 EMAIL PRITCHARD TO BROWN :RE OZ 3D WITH ARTWORK |
| 11-18-14 | 11-18-14 | 529 | PRITCHARD BROWN | 8-8-11 EMAIL PRITCHARD TO BROWN RE: OZ 3D WITH ARTWORK |
| 11-18-14 | 11-18-14 | 530 | PRITCHARD BROWN | GIGAPIX STUDIOS BOUND CONVERTIBLE NOTE FINANCING JULY 2011 |
| 11-19-14 | 11-19-14 | 531 | PRITCHARD BROWN | 9-19-11 EMAIL FROM BROWN TO PRITCHARD RE: PROPOSED NEWSLETTER. |
| 11-19-14 | 11-19-14 | 532 | PRITCHARD BROWN | 9-19-11 EMAIL BROWN TO PRITCHARD RE: PROPOSED NEWSLETTER TO INVESTORS |
| 11-19-14 | 11-19-14 | 533 | MAGANA BROWN | 10/6-10/11 EMAIL THREAD RE: RETURN OF CHECK TO INVESTOR |

| IDENTIFIED DATE ~~ADMITTED~~ | ADMITTED DATE ~~MARKED~~ | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11-19-14 | 11-19-14 | 534 | PRITCHARD BROWN | 10-10-11 LETTER FROM BROWN TO PRITCHARD RE: PAYMENT DUE DANNY ZUCKER |
| 11-19-14 | 11-19-14 | 535 | PRITCHARD BROWN | CHERI BROWN RESIGNATION LETTER TO DAVID PRITCHARD 10-14-11 |
| 11-19-14 | 11-19-14 | 536 | BROWN DAVARI | 10-17-11 LETTER FROM GIGAPIX TO BROWN RE: CONTACTS WITH INVESTORS |
| 11-12-2014 | 11-19-14 ~~NOT ADMISSABLE~~ | 537 | ZUCKER BROWN | Admitted 11-19-14 AUGUST-SEPTEMBER 2011 EMAIL THREAD BROWN-ZUCKER NOT ADMISSABLE (11-12-14). |
| 11-18-14 | 11-19-14 | 538 | BROWN DEUFEL PRITCHARD | JULY 2011 EMAIL THREAD WITH PRITCHARD LETTER TO DEUFEL |
| 11-19-14 | 11-19-14 | 539 | BROWN WALKER | EMAIL OF 12/17/12 FROM CHERIE BROWN TO PETER NGUYEN WITH ATTACHMENT (BULLETIN NO 1 CREDITORS) |
| 11-18-14 | 11-18-14 | 540 | BROWN WOODBURY | EMAIL OF 4/13/2011 FROM MARY WOODBURY TO CHERIE BROWN WITH ATTACHMENT (DAVID PRITCHARD BIO) |
| 11-18-14 | 11-18-14 | 541 | BROWN PRITCHARD | EMAIL OF 1-27-11 FROM PRITCHARD TO BROWN RE: "BLACKBEARD" PRODUCTION |
| 11-18-14 | 11-18-14 | 542 | PRITCHARD BROWN | EMAIL OF 4-27-11 FROM PRITCHARD TO BROWN RE: PROGRESS REPORT ON OZ (RELAYED TO INVESTOR) |
| 11-19-14 | 11-19-14 | 543 | PRITCHARD BROWN | EMAIL OF 5-6-11 FROM PRITCHARD TO BROWN RE: INVESTMENT DESCRIPTION |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. / Witness | DESCRIPTION |
|---|---|---|---|
| 11-19-14 | 11-19-14 | 544 PRITCHARD BROWN BLAUVELT | EMAIL THREAD OF 2-17-12 RE: RELATION BETWEEN GIGAPIX AND GIGAPIX RELEASING (SEPARATE COMPANIES) |
| 11-19-14 | 11-19-14 | 545 BROWN SIMON | EMAIL THREAD OF 2/21-22/2013 RE: CO-MINGLED FUNDS |
| 11-18-14 | 11-18-14 | 546 PRITCHARD BROWN | HOLLYWOOD REPORTER ARTICLE OF 4-6-2011 RE: OZ 3D |
| 11-18-14 | 11-18-14 | 547 PRITCHARD BROWN | SYNOPSIS OF COMPANY 6-27-11 |
| 11-12-2014 | 11-12-2014 | 548 WALKER ZUCKER PRITCHARD BROWN | EMAIL FROM WALKER TO ZUCKER OF 12-10-10 WITH ATTACHED TERM SHEET (BUSINESS PLAN) |
| 11-18-14 | 11-18-14 | 549 BLAUVELT MUTTON BROWN | 11-25-11 LETTER TO STOCKHOLDERS FROM CHRIS BLAUVELT |
| 11-19-14 | 11-19-14 | 550 PRITCHARD BROWN | 8-23-11 EMAIL BROWN TO PRITCHARD TO CALL INVESTORS |
| 11-19-14 | 11-19-14 | 551 KNOPP BROWN | 4-12-11 EMAIL KNOPP TO BROWN DECLINING PURCHASE OF SHARES |
| 11-18-14 | 11-18-14 | 552 PRITCHARD BROWN | GIGAPIX NEWSLETTER JUNE 2010 |
| 11-12-2014 | 11-12-2014 | 553 WALKER BROWN | EMAIL THREAD OF FEBRUARY 25, 2011 RE: THE MOVIE OZ |
| 11-19-14 | 11-19-14 | 554 PRITCHARAD BROWN KORNWEISER | PROMOTIONAL MATERIALS FOR MOVIE "BAKER BOYS" |
| 11-19-14 | 11-19-14 | 556 | EMAIL thread dated January 28, 2010 between Cherie Brown and David Pritchard |

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| 11-12-2014 | NOT ADMITTED | 557 | Daniel Zucker | Declaration of Daniel Zucker dated June 11, 2014. |
| 11-12-2014 | NOT ADMISSABLE | 558 | Daniel Zucker | Complaint. |
| 11-18-14 | 11-18-14 | 559 | Philip Ruyle | Email from Colin Mutton to Phil Ruyle dated July 28, 2011. |
| 11-18-14 | 11-18-14 | 560 | Colin Mutton | Email from David Pritchard to Colin Mutton dated 9-1-2009 and Colin Mutton to David Pritchard 9-1-09. |
| 11-19-14 | 11-19-14 | 561 | | Email dated 11-14-14. titled SUBJ: FW: Deufel. |
| 11-19-14 | 11-19-14 | 562 | | Emails dated 11-14-14. subject line "FW: Funding List 'confidential'" |
| 11-19-14 | 11-19-14 | 563 | | Email dated 4-10-2012 "Subject: lawsuit" |
| 11-19-14 | 11-19-14 | 564 | | Confidential Private Placement Memorandum - GigaPix Studios, Inc. |