UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. CR 14-282-R            Date: 11/20/14

Case Name: U.S.A. -V- (3) CHERIE BROWN;
                  (4) GREGORY PUSATERI

JURY NOTE NUMBER  1

_____   THE JURY HAS REACHED A UNANIMOUS VERDICT

  X        THE JURY REQUESTS THE FOLLOWING:

(1) 9 copies of No. CR 14-282-R
(2) ~~Does~~ Post-it-notes
(3) Pens

SIGNED: **REDACTED**

**FOREPERSON OF THE JURY**