

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 14-282-R      Date: 11/20/14

Case Name: U.S.A. -V- (3) CHERIE BROWN;
          (4) GREGORY PUSATERI

JURY NOTE NUMBER 2

\_\_\_\_\_ THE JURY HAS REACHED A UNANIMOUS VERDICT

X THE JURY REQUESTS THE FOLLOWING:

① Copy of the laws judge read
② Copy of Government powerpoint during closing arguments

SIGNED: **REDACTED**
FOREPERSON OF THE JURY

*not available*