UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ~~CC~~   DEPUTY

Case No. CR 14-282-R                    Date: 11/21/14

Case Name: U.S.A. -V- (3) CHERIE BROWN;
                     (4) GREGORY PUSATERI

JURY NOTE NUMBER ___3___

__X__   THE JURY HAS REACHED A UNANIMOUS VERDICT

_____   THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____
_____
_____

SIGNED: **REDACTED**

FOREPERSON OF THE JURY