UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. CR-14-282-R-3 |
| ) | |
| v. ) | |
| ) | V E R D I C T |
| CHERIE BROWN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

We the jury in the above-entitled cause, unanimously find
the defendant

**CHERIE BROWN**

___Guilty___        as charged in count one of indictment.
(Guilty/Not Guilty)

___Guilty___        as charged in count two of the indictment.
(Guilty/Not Guilty)

___Guilty___        as charged in count three of the indictment.
(Guilty/Not Guilty)

___Guilty___        as charged in count four of the indictment.
(Guilty/Not Guilty)

**GO TO PAGE TWO**

CR-14-282-R: U.S.A. -V- CHERIE BROWN

**VERDICT (CONTINUED FROM PAGE ONE)**                                   PAGE TWO
==================================================================

____Guilty____ as charged in count five of the indictment.
(Guilty/Not Guilty)

____Guilty____ as charged in count six of the indictment.
(Guilty/Not Guilty)

____Guilty____ as charged in count seven of the indictment.
(Guilty/Not Guilty)

____Guilty____ as charged in count eight of the indictment.
(Guilty/Not Guilty)

____Guilty____ as charged in count nine of the indictment.
(Guilty/Not Guilty)

____Guilty____ as charged in count ten of the indictment.
(Guilty/Not Guilty)

____Guilty____ as charged in count eleven of the indictment.
(Guilty/Not Guilty)

____Guilty____ as charged in count twelve of the indictment.
(Guilty/Not Guilty)

**GO TO PAGE THREE**

CR-14-282-R: U.S.A. -V- CHERIE BROWN

VERDICT (CONTINUED FROM PAGE TWO)                              PAGE THREE
================================================================

__Guilty__ as charged in count thirteen of the indictment.
(Guilty/Not Guilty)

__Guilty__ as charged in count fourteen of the indictment.
(Guilty/Not Guilty)

__Guilty__ as charged in count fifteen of the indictment.
(Guilty/Not Guilty)

__Guilty__ as charged in count sixteen of the indictment.
(Guilty/Not Guilty)

__Guilty__ as charged in count seventeen of the indictment.
(Guilty/Not Guilty)

__Guilty__ as charged in count eighteen of the indictment.
(Guilty/Not Guilty)

__Guilty__ as charged in count nineteen of the indictment.
(Guilty/Not Guilty)

__Guilty__ as charged in count twenty of the indictment.
(Guilty/Not Guilty)

GO TO PAGE FOUR

CR-14-282-R: U.S.A. -V- CHERIE BROWN

**VERDICT (CONTINUED FROM PAGE THREE)**            **PAGE FOUR**
================================================================

___Guilty___ as charged in count twenty-one of the indictment.
(Guilty/Not Guilty)


___Guilty___ as charged in count twenty-two of the indictment.
(Guilty/Not Guilty)


Dated: 11/21/14
at Los Angeles, California

**Redacted**
FOREPERSON OF THE JURY