UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,  )
                           )
              Plaintiff,   )
                           )    CASE NO. CR-14-282-R-4
                           )
         v.                )
                           )    V E R D I C T
GREGORY PUSATERI,          )
                           )
              Defendant.   )
_____)
```

FILED
CLERK, U.S. DISTRICT COURT
NOV 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

We the jury in the above-entitled cause, unanimously find the defendant

**GREGORY PUSATERI**

__Guilty__ as charged in count one of indictment.
(Guilty/Not Guilty)

__Guilty__ as charged in count two of the indictment.
(Guilty/Not Guilty)

__Guilty__ as charged in count three of the indictment.
(Guilty/Not Guilty)

__Guilty__ as charged in count four of the indictment.
(Guilty/Not Guilty)

**GO TO PAGE TWO**

**CR-14-282-R: U.S.A. -V- GREGORY PUSATERI**

**VERDICT (CONTINUED FROM PAGE ONE)**                                    **PAGE TWO**
================================================================

___Guilty___ as charged in count five of the indictment.
(Guilty/Not Guilty)


___Guilty___ as charged in count six of the indictment.
(Guilty/Not Guilty)


___Guilty___ as charged in count seven of the indictment.
(Guilty/Not Guilty)


___Guilty___ as charged in count eight of the indictment.
(Guilty/Not Guilty)


___Guilty___ as charged in count nine of the indictment.
(Guilty/Not Guilty)


___Guilty___ as charged in count ten of the indictment.
(Guilty/Not Guilty)


___Guilty___ as charged in count eleven of the indictment.
(Guilty/Not Guilty)


___Guilty___ as charged in count twelve of the indictment.
(Guilty/Not Guilty)

**GO TO PAGE THREE**

CR-14-282-R: U.S.A. -V- GREGORY PUSATERI

**VERDICT (CONTINUED FROM PAGE TWO)**                    **PAGE THREE**
================================================================

___Guilty___ as charged in count thirteen of the indictment.
(Guilty/Not Guilty)

___Guilty___ as charged in count fourteen of the indictment.
(Guilty/Not Guilty)

___Guilty___ as charged in count fifteen of the indictment.
(Guilty/Not Guilty)

___Guilty___ as charged in count sixteen of the indictment.
(Guilty/Not Guilty)

___Guilty___ as charged in count seventeen of the indictment.
(Guilty/Not Guilty)

___Guilty___ as charged in count eighteen of the indictment.
(Guilty/Not Guilty)

___Guilty___ as charged in count nineteen of the indictment.
(Guilty/Not Guilty)

___Guilty___ as charged in count twenty of the indictment.
(Guilty/Not Guilty)

**GO TO PAGE FOUR**

**CR-14-282-R: U.S.A. -V- GREGORY PUSATERI**

**VERDICT (CONTINUED FROM PAGE THREE)**                      **PAGE FOUR**
========================================================================

_Guilty_ as charged in count twenty-one of the indictment.
(Guilty/Not Guilty)

_Guilty_ as charged in count twenty-two of the indictment.
(Guilty/Not Guilty)

_Guilty_ as charged in count twenty-three of the indictment.
(Guilty/Not Guilty)

_Guilty_ as charged in count twenty-four of the indictment.
(Guilty/Not Guilty)

_Guilty_ as charged in count twenty-five of the indictment.
(Guilty/Not Guilty)

_Guilty_ as charged in count twenty-six of the indictment.
(Guilty/Not Guilty)

_Guilty_ as charged in count twenty-seven of the indictment.
(Guilty/Not Guilty)

Dated: 11/21/14
at Los Angeles, California

**REDACTED**

**FOREPERSON OF THE JURY**

4