STEPHANIE AMES, California State Bar Number 195608
THE LAW OFFICE OF STEPHANIE AMES
12100 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Tel: (310) 739-5952
Fax: (310) 881-1289

Attorney for Defendant
CHRISTOPHER BLAUVELT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.:  CR14-cr-000282-R |
| v. | SUPPLEMENT TO STIPULATION TO CONTINUE SENTENCING |
| DAVID PRITCHARD et al., | HONORABLE MANUEL L. REAL |
| CHRISTOPHER BLAUVLET - #2 | Sentencing Date: January 12, 2015 |
| Defendant. | Proposed Sentencing Date: January 26, 2015 |

    The Court has requested that counsel supplement the stipulation filed on January 7, 2015 requesting a continuance of sentencing in the above referenced matter.  Accordingly, counsel for Defendant files the following Declaration in supplement.

    Executed this 10th day of January, 2015.

                                              Respectfully submitted,

                                              By_____/s/_____
                                              STEPHANIE AMES, Esq.
                                              Attorney for Defendant
                                              Christopher Blauvelt

# DECLARATION OF STEPHANIE AMES

1. I, Stephanie Ames, declare under penalty of perjury under the laws of the State of California and the United States, that the following is true and correct to the best of my knowledge.

2. I have been appointed as counsel for defendant Christopher Blauvelt.

3. I am filing this Declaration in supplement to the Stipulation to Continue Sentencing in the above referenced matter as requested by the Court.

4. The Pre-Sentence report was disclosed on December 8, 2014. I left for Christmas vacation on December 22, 2014.

5. Due to other pending deadlines in other court matters I did not review the Pre-Sentence report or meet with Mr. Blauvelt prior to leaving on vacation. I recognize that failure to do so was a serious error on my part.

6. I returned to the office on January 2, 2015. However, I had flu like symptoms and went home early around 1:30. I was then out of the office Monday and Tuesday of the following week. I filed a Sentencing Memorandum on behalf of Mr. Blauvelt as soon as I was able to later in the week.

7. Sentencing in this matter is significant. I do not want my scheduling error to adversely prejudice Mr. Blauvelt. Accordingly, I sought a stipulation to continue sentencing so that sentencing issues could properly be addressed and the Court would have sufficient time to review any arguments that I would have on Mr. Blauvelt's part.

Executed on this 10th day of January, 2015 at Los Angeles, California.

_____Stephanie Ames_____
STEPHANIE AMES,
Attorney for Defendant