David Pritchard
President
dpritchard@gigapixstudios.com
818.592.0755

# KIDS' FILM SLATE

*Branded Slate of Kids' Films - RECESS FILMS*

Executive Summary

## **CONFIDENTIAL**



*Recess Films – Kids Film Slate*

## *Table of Contents*

| | |
|---|---|
| Executive Summary | 2 |
| Financing Structure Overview | 3 |
| Investor Terms | 4 |
| Foreign Waterfall | 5 |
| Kids Film Market | 6 |
| The Films | 7 |
| Distribution | 8 |
| Competitive Advantages | 10 |
| GigaPix Studios & Management | 12 |
| Exhibit 1 | 14 |
| Exhibit A | 15 |

# Recess Films - A *Branded Slate of Theatrical Films for Kids*

**Executive Summary**

Recess Films Slate Fund, ("RFSF") is being formed to produce and distribute funny, family-friendly feature films for a market that is traditionally underserved by the studios—kids between the ages of 4 and 12. Recess Films will build a brand behind its content and proposes to produce five films in its initial slate. Budgets will be in the $8-$10 million range.

## *The Opportunity*

Less than 4% of studio films between 1999 and 2006 were designed for the 40 million kids in this market segment, despite the fact that G and PG-rated films cost substantially less than the average studio budget, typically don't require all-star casts or gross participants, and return substantially higher profits.

## *The Content*

The films will have kid-centric "attitude"; story lines that put the kids at the center; and, make them the heroes of the stories and the stars of the films. Problems encountered will be solved and crises averted by kids, with minimal adult supervision.  But, recognizing that in this demographic, entertainment choices are more often made by adults, the films will have the right clean and safe sensibility for parents.  The "Home Alone" and "The Goonies" franchises are good examples of the kind of content Recess Films feels will be most successful in the marketplace and most likely to enhance the brand and value of the library over time.

Consistent with the notion of branding Recess Films' movies and establishing a Recess Films "label," each film will be accompanied throughout its worldwide distribution pattern by a short segment introduction incorporated into the film which will offer additional opportunities for product integration and strategic sponsorships to further defray production and marketing costs. Running times for the whole package are not intended to exceed 85-90 minutes.

## *Slate Parameters*

Recess Films will produce the five to ten films over a period of three to five years. The Fund will raise $50-100 million in total production funds.  Recess Films has established a financing facility  to fund up to Twenty-five million dollars per film ($25,000,000/film) of Print & Advertising expenditure, including a guaranteed release ranging from 750 – 3000 screens nationwide.  Additional funds may be raised to supplement the Print & Advertising expenditure to facilitate a successful release.

**RECESS FILMS SLATE FUND - Financing Structure**

By way of example, the RFSF will finance the production of the first five (5) films with the $50 million in capital raised.   The production financing will be structured with 50% equity and the balance in financed debt secured by the collateral of state tax incentives and international sales guarantees.

The print and advertising financing, which is already in place, will come from a single source credit line .

**Tax Incentive/state of Iowa** – The Iowa Film Television Video Promotion Production Program provides a Fifty percent (50%) rebate on all qualified expenditure. Recess Films has prequalified with the state of Iowa (Film Commissioner Tom Wheeler) approximately 95% of our production budget, as well as $10MM in P&A that will be spent in an Iowa facility, prior to tax credit. Recess Films has secured an Iowa state broker who has pooled significant capital in order to confirm in advance, purchase agreements for the Iowa state tax credit to benefit Recess Films.   The net result is approximately 45% of all production costs will be returned to Recess Films via the Iowa state tax credit process.  The entire state tax credit transaction is bonded by Los Angeles based bond company, IFG.

**Foreign Sales Minimum Guarantee** – Recess Films has confirmed a sales and distribution venture with a major foreign sales group, wherein based on mutually approved cast combined with Ask/Take projections, confirms a net per film return up to 25%. International sales rights only include international sales, (i.e. all territories outside of North America, excluding soundtrack, merchandising, air/land/sea and other certain rights withheld by Recess Films).

**INVESTOR TERMS**

| Terms | Description |
|---|---|
| **Investor Contribution** | • $25-50 million<br>• Can be five – ten (5-10) single draws or a revolver |
| **Security** | • All contracts pledged on the collateral summary<br>• Investor in 1st position on all adjusted gross revenue (adjusted solely by exhibitor and/or distribution costs) |
| **Investor Earns** | • Repayment of the principal invested<br>• Preferred return/coupon, compounded and crossed<br>• 50% of the Net Profits as defined by the Investor Waterfall |
| **Investment Timing** | • Equity contributed over two to five years<br>• Initial repayment expected after year three; recouped fully by year seven.<br>• Due to the nature of slate financing, no early exit for Investors |
| **Revenues** | From its Domestic and Foreign Distributor, RFSF receives from the following Domestic and International media (less any 'excluded territories'):<br>• Theatrical<br>• Home Video (receipts contributed at source, not solely as royalty)<br>• Pay TV and Pay Per View<br>• Free TV (Network & Syndication)<br>• Non-Theatrical |
| **Investor Waterfall** | Net Profits are defined as revenues from all sources (Theatrical, Home Video, Pay TV, Pay-Per-View, Free TV, Non-Theatrical) less:<br>1. The studio distribution fee<br>2. Recoupment of P&A, plus interest<br>3. Negative Cost recoupment<br>4. Net Profits are split 50%, 50% (pari passu).<br>   a. 50% to Equity Participant<br>   b. 50% to Recess Films<br>   c. Talent Participants (Recess Films) |
| **Copyright** | **100% owned by Recess Films** |

**INTERNATIONAL TERMS**

| Terms | Description |
|---|---|
| **Sale Agent Commissions** | • 10% for Major Territories<br>• 15% for Minor Territories |
| **Sales Agent Fees/Expenses** | • $65,000 per picture<br>• Re-imbursable for out of pocket third party expenses |
| **Territories Covered** | • The World excluding US |
| **Term** | • 15 Year term granted for each territory right sold |
| **Qualifying pictures** | • Kids films<br>• Budget $8MM or greater<br>• Released domestically in US on 500 screens or greater |
| **Investor Waterfall** | "Gross Receipts" will mean all sums actually received from Foreign Territories in the United States, in U.S. dollars, pursuant to Distribution Agreements. Agent will collect all Gross Receipts, which will be applied as follows (on a Picture-by-Picture basis):<br><br>(a) First, to Agent's fees, equal to Fifteen Percent (15%) of Gross Receipts derived from "Major Territories (the United Kingdom, France, Germany, Italy, Spain, and Japan); Twenty Percent (20%) of Gross Receipts derived from "Minor Territories" (all territories other than the Major Territories).<br><br>(b) Next, to recoupment by Agent of all of Agent's Marketing Expenses in connection with the Pictures [plus interest thereon, calculated from the date of expenditure, at a rate equal to the U.S. prime rate plus one percent (1%)].<br><br>(c) Next, to payment to Agent of a Marketing Overhead Fee in the amount of Sixty-Five Thousand Dollars ($65,000) per Picture.<br><br>(d) The remainder will be paid one hundred percent (100%) to Producer from which:<br>  • Financier who advances the minimum guarantees will be repaid plus interest<br>  • Net proceeds post financier repayment are split:<br>    i. 50% to Equity Participant<br>    ii. 50% to Recess Films<br>    iii. Talent (portions split equally between Recess Films and Equity Participant) |

# Kids Film Market

Demand for kid friendly films is growing faster than the demand for general release and R-rated films. Yet there are very few films released annually by the studios aimed at this market segment. In the US, there are 40 million kids between the ages of 4-12 and they represent the largest segment of our population after their baby boomer parents. These kids directly impact over $60 billion in spending in the US alone. Yet on average Hollywood devotes less than 10% of their overall annual production to this market. Most of the major studios serve this audience with the big tent-pole action and CG animation films, which account for a disproportionate amount of the box office and DVD dollars from the kids segment.

1. The kids market is an underserved market. Less than 4% of all of the combined studios total production from 1999 - 2006 was intended for the kids market.

2. This market segment has historically generated strong returns. According to Dove Research, kid's films, G and PG-rated, produce an average $79 million in profit per film. In fact, G and PG rated films have the highest ROI of any film category with 94.5% and 72.6% respectively. Using data targeting all kids films budgeted under $20 million with an average of $18 million in P&A over the last 20 years, the net proceeds per film exceeded the MPAA average by 400%.

3. This market generates historically higher margins in video/DVD. According to Kagan Research, G rated films returned a ratio of video revenue to negative costs of 2 to 1, over double PG-13 and R rated films.

4. A successful picture in this segment generates substantial additional value. Traditionally, a reasonably successful title opens on-going opportunities for low-cost movies and direct-to-DVD sequels. For example, the theatrically released film AIR BUD was a box office and home video success that spawned seven sequels for the home video market, so far generating over $130 million dollars for the franchise.

5. This is a market that generally the major studios have left untapped. Due to the structural costs and requirements of studios (from overhead charges to facilities-use requirements), generally the studios are less interested in low-cost, non-"event" style product, opting instead for tent-pole films to drive homeruns.

**Detailed Content Strategy**

| **Objective**: Build Recess Films into the premier brand of Kids Entertainment Content |
| --- |

The brand intends to be:
- *A distinctive Kids Consumer Brand built from a theatrical and home video platform.*
- *A Consumer Brand built on a slate of theatrical films where kids are the stars*
- *A Company committed to making funny, clean films for kids with the right sensibility for parents.*

**Principles:**
- *Franchise:* Develop concepts that are potential franchise properties based on original Recess Films movie concepts and characters

*Recess Films - Kids Film Slate*

- *Branding:* Create new/innovative characters and story lines, and a trademark of goofy side characters and non-linear stories that are inserted in the film that let kids know this is a "Recess Film".
- *Contemporary:* Recess Films characters, story lines and themes will be targeted toward a contemporary kids audience, concentrating on broad kid comedy and kids action-adventure films.
- *Family Friendly:* All Recess Films will be family friendly, if they get a PG rating it will be because of action not language or sexuality.
- *Edge:* All Recess Films will have a distinct creative style, attitude, unique characters and strong plots, and just the right amount of gimmicks to hold a kid audience's attention

## The Films (Select Examples Only)

| Film | Attachments | Synopsis |
|---|---|---|
| Field Trip | Written by: Jymn Magon & Kern Konwiser<br>Director: Kern Konwiser<br><br>In Pre-Production for August 2009 start date for principal photography | When an old man accidentally crashes his truck into a bay, and he and his two grandsons meet the pirate Blackbeard, who orders the boys to steal an amulet that once belonged to him from a museum in order to break the curse that keeps his spirit trapped under the sea. |
| Soaked | Written by: Bob Clark | After their father dies and their mother moves them all to the country to live with their grandfather, two adolescent boys witness the landing of an alien spaceship and, with the aid of grandpa and some new friends, battle the slimy green aliens who are taking over the bodies of adult humans. |
| Elvis & Leon | Written by: Dick Christie & Joe Lerer & Bill MacDonald | A 9 year old orphan girl is rescued by a disheartened 500 year old explorer, who insists he is Ponce de Leon having drunk from the fountain of youth. Their lives serendipitously cross deep in the Florida swamps, and as they become increasingly threatened by forces of social pressure, they are each reborn to inspire enough trust, love and respect to survive. |

## DISTRIBTUION

The RFSF will distribute its films worldwide with major distribution partners in a targeted manner maximizing its marketing efficiencies. The Company's research and analysis indicates that the maximum

ROI can be achieved with budgets in the $8 - $10 million range and average P&A spends of $10 - $25 million. Overseas sales will be handled through established international sales agents and territorial distributors. The Company shall not begin production on a film without North American theatrical and DVD distribution in place.   The chart below demonstrates the likely structure of a typical RFSF release.

| | Domestic Theatrical | Domestic Video | Domestic TV | Internet | Mobile | Int'l Theatrical | Int'l Video | Int'l TV |
|---|---|---|---|---|---|---|---|---|
| Responsible: | Studio (TBD) | Studio | Studio | Studio | Studio | Media 8 | Media 8 | Media 8 |
| Rights: | Distributes | Distributes | Distributes | Distributes | Distributes | Sells rights | Sells rights | Sells rights |

Domestic Theatrical

The Company plans to license its films to a major or mini-major distributor capable of starting a film on a more modest 700+ screens and able to rollout wide to 3000 screens.  The Company will cover the cost of the Prints and Advertising on each film which limits a distributors risk and gives the company more say over marketing.  No domestic guarantee or advance to be paid to the Company by the studio distributor which will also translate into lower distributor fees. Management will work with distributor partners to build strong relationships with the best exhibitor locations, concentrating the screens in the B and C markets where parents are more active in selecting kids' entertainment choices.  Recess Films has conducted specific research to identify across the country, by zip code, those certain theaters which "spike" revenue for any kids' film released in the past ten years and the company will target its P&A efforts and expenditure to maximize those select key markets historically most receptive to kid/family genre fare.

Domestic Video

The Company has targeted and is in discussions with a studio partner to provide an advance for the home video rights.  The advance targeted is 15% of a budget and the studio would get domestic rights.  The company will likely participate at the 60% level (after distribution fees and marketing costs).  The Company's goal is to maximize gross participations from these platforms.

Domestic TV

The Company has targeted and is in discussions with a cable network to provide an advance for the domestic television rights.  The advance targeted is 10% of a budget and the studio would get domestic rights.  The company will likely also earn some upside if the films run perform and run repeatedly.

International/Other

The Company has secured a deal with a leading Sales Agent) that may provide up to 25% of a film budget as a minimum guarantee for each film (subject to cast approval).  Achieving the value from these films in the international market is realizable for several reasons:

1.  With a guarantee of not less than $10 million in P&A for domestic release the foreign buyers will know there is an assured theatrical release in the US.
2.  The Company and its international sales agent will endeavor to sign multiple picture agreements with the key territories of Germany, France, UK, Spain, Scandinavia, Australia, and Japan.

3. The casting director, Valerie McCaffrey, will work with the international sales team to bring top child and adult stars to each film that will appeal to the domestic and international buyers.

**Prints and Advertising**

The slate will benefit from a committed financing line for Prints and Advertising spending. This line reduces distributor risk and gives RFSF more control over the way its pictures are marketed.

## KEY COMPETITIVE ADVANTAGES

**The Fund will focus exclusively on kids' films under $10MM, a financially attractive film segment.**

*Modestly-budgeted family films are financially attractive.* The RFSF target segment of films produced for $10-30 million performed substantially better than the average MPAA film, generating a domestic box office to production budget ratio of 234% vs. 60% for the average MPAA film[1].

| ($ million) | Domestic Box Office | Production Cost | B.O. / Cost Ratio |
|---|---|---|---|
| Family / Kids films budgeted less than $20 million | 25.2 | 12.5 | **2.34x** |
| Average MPAA films (1999 – 2003) | 33.3 | 55.3 | **0.6x** |

*Recess Films will leverage its substantial resources to build a strong brand in the kids' genre arena.* With a domestic P&A spend of approximately $60 million (as the funds revolve), RFSF intends to leverage this spending to generate broader brand recognition for Recess Films.

**Recess Films will minimize costs throughout all phases of filmmaking by using its proven expertise to make films efficiently.**

Producing vets David Pritchard, Kip Konwiser, Jimmy Cummings, and financing advisor Pat Murray will enable RFSF to focus on tight production cost management. RFSF will produce films at a comparatively lower budget by:

- *Limiting talent expenditures.*
- *Keeping development costs to a minimum.*
- *Shooting in Iowa marshalling a 50% gross credit and selecting shooting locations based on local knowledge and effective wage rates.*
- *Working with dedicated production and post-production partners on advantageous terms.*
- *Maintaining a lean overhead structure.*

In addition, Valerie McCaffrey is one of Hollywood's top casting agents. Her responsibilities include sourcing the young stars of tomorrow and to help build relationships on multiple pictures with these young stars. Valerie's relationships with major stars also provide opportunities to:

- *Cast major stars who want to be in G-PG kids' films, at prices below their usual quotes*
- *Secure the short term value and enhance the long term value of each films DVD library and 2nd and 3rd cycle television sales. Over time as such young stars go on to bigger films, the value of the library will be enhanced.*

**RFSF's blend of capital, product, track record and strategic relationships will allow the Fund to partner exclusively with a major studio to distribute its films on highly attractive terms.**

*By partnering with a major studio for domestic distribution, RFSF will benefit from an extensive distribution platform.*

---

[1] Between 1999 and 2003. IMDb

The six major studios generate 70% of worldwide box office revenues, making it imperative to have studio level distribution for Recess Films.

*Existing partnerships with print and advertising financing through Gold River Entertainment and international distribution through Media 8 with a minimum guarantee create more stability in the financing of the films.*

RFSF has confidence the films will be released with sufficient scale and distributed with sufficient breadth and access to reach the market.

**PROJECTIONS**

The financial projections were modeled after a full analysis of thirty six comparable films over the last ten years.  These films were in the same genre and had moderate budgets and marketing expenses, and had production qualities similar to our proposed slate of films.  Industry data provided by ShowBizData and Adams Media Research was used to validate estimated budgets, marketing spend, and home video revenue.

The performance data on the films was then averaged to create a subset of five scenarios that would potentially equal the performance of our slate. Each film in our slate could be assigned one of the performance scenarios and a revenue stream could be predicted based on projected box office performance and industry based assumptions in other revenue categories.  (Exhibit A attached)

To determine which films in the slate would fall into each scenario, we used a Monte Carlo analysis of probability.  This probability factor allowed us to statistically predict how a slate of five films might perform given the five projected box office scenarios.  Once the number of films per scenario was determined, and what the revenues might be for each film, we can then project a net revenue figure based on our assumed budget and marketing expense for the films.

# GigaPix Studios

GigaPix Studios, Inc. is a California corporation that was formed in December, 2002, to develop, produce and distribute computer generated imagery ("CGI"), consisting primarily of high quality children's and family oriented film projects and television programming, among other digital media platforms. GigaPix features an experienced management team with a history of success as Hollywood film/TV veterans and digital media and marketing experts.

GigaPix has a diversified content business targeting niche's of highly targeted consumers.  The Company's business units include:

- *Recess Films* – a distinctive Kids Consumer Brand built from a theatrical, home video, and online platform.  A genre of film that has a box office to budget ratio 2.5 times better than the MPAA average.
- *Reality TV* - GigaPix currently has 15 shows in development.
- *Antix Press* – The company has acquired the film, game and publication rights to one of the more successful underground comics/graphic novels: Dr. Grave, with plans of further publication and development of intellectual properties in the immensely popular comic book market.
- *P & A Fund* – with a revolving line of credit, the fund will support approximately five to ten films in a year and fully reload.

With a robust development slate and key relationships across all sectors of the entertainment marketplace, GigaPix is also poised to opportunistically develop feature films both independently as well as in partnership with major studios.

GigaPix was most recently a co-production partner on the highly acclaimed independent film, *Captain Abu Raed*, a foreign language film produced in Jordan. The film has gathered multiple awards, including the prestigious Audience Award in World Cinema at the 2008 Sundance Film Festival.  It will start its theatrical rollout in domestic theater in late summer 2009.

## GigaPix Management

**David Pritchard** – President. Prior to joining GigaPix Studios, Pritchard was a former VP at HBO and was CEO of the powerhouse animation studio Film Roman. At Film Roman he served as the Executive Producer on *The Simpsons*, *King of the Hill*, *Family Guy*, and *Dr Katz*, collecting five Emmys along the way. Pritchard was also nominated for a Humanitas award for his Disney Channel film, *Johnny Tsunami*.

**Kip Konwiser** – Executive Producer.  A former development executive at Fox and Mandalay Entertainment, Konwiser is also a multiple Emmy award winning producer, having produced the critically acclaimed television movie *Miss Evers' Boys* for HBO that earned 12 Emmy nominations, winning in 5 categories including Best Made for Television Film. He soon followed that success with another Emmy Award for his sports documentary *On Hallowed Ground*.  Other producing credits include the features *Dallas 362, Focus,* and the upcoming *Babylon*.

**James Cummings** – Executive Producer.  Cummings wrote and produced the independent drama *Southie*, (Best Picture – 24th Seattle Intl. Film Festival)securing a cast of hot up and coming virtual unknowns including Donnie Wahlberg, Rose McGowan, Will Arnett and Amanda Peete.  Cummings has also written

screenplays for top producers, Joel Silver and Gale Anne Hurd, among others.

**Colin Mutton -** Controller. Chartered Acountant from Ernst & Young in UK, Foremer financial executive at Warner Communications reporting directly Chairman Steve Ross. And prominent tour manager/CFO for Rolling Stones, Paul McCartney, Bon Jovi, etc etc.

**Pat Murray –** Murray is an independent Film Financing Advisor. Murray is the former COO of Imax and CEO of Avenue Pictures. Murray began his career as CFO of HBO Europe.

**Valerie McCaffrey –** Casting Director. A former casting executive for Universal Studios and New Line Cinema, and now an independent, McCaffrey has cast such kids fare as *BABE, PROBLEM CHILD,* and *NOW AND THEN.*

**Palatine Capital** - The Company has secured a funding agreement with an independent financing source, Palatine Capital of Newport Beach Ca, to cash flow the transaction, including the equity investment should that be made available as a collateral instrument instead of a direct cash investment. The administrator of the Palatine Fund is Deutsch Bank and the principal is Brian Gilmore, an experienced media investment banker and fund manager.

EXHIBIT 1

# Recess Films

*$ in thousands*

| | Assumptions | | Scenario 1 | Scenario 2 | Scenario 3 | Scenario 4 | Scenario 5 | |
|---|---|---|---|---|---|---|---|---|
| Domestic Box Office | | $ | 6,150 | $ 14,000 | $ 18,000 | $ 24,000 | $ 36,000 | |
| International Box Office | | | 4,750 | 5,130 | 8,000 | 3,000 | 17,000 | |
| Domestic Home Video Units ('000s) | 58.0% | | 780 | 990 | 820 | 1,700 | 2,170 | |
| International Home Video Units ('000s) | 42.0% | | 565 | 717 | 594 | 1,231 | 1,571 | |
| **Revenues** | | | | | | | | |
| Domestic Theatrical Rentals | 40.0% | $ | 2,460 | $ 5,600 | $ 7,200 | $ 9,600 | $ 14,400 | |
| Domestic Home Video | | | 12,337 | 22,058 | 22,628 | 34,659 | 39,756 | |
| Domestic Free TV (Network + Synd.) | 15.0% | | 923 | 2,100 | 2,700 | 3,600 | 5,400 | |
| Domestic Pay TV and PPV | 17.0% | | 1,046 | 2,380 | 3,060 | 4,080 | 6,120 | |
| Domestic Non-Theatrical | 5.0% | | 308 | 700 | 900 | 1,200 | 1,800 | |
| International Theatrical Rental | 42.5% | | 2,019 | 2,180 | 3,400 | 1,275 | 7,225 | |
| International Home Video | | | 8,934 | 15,973 | 16,386 | 25,098 | 28,789 | |
| International Pay TV / PPV | 23.3% | | 1,107 | 1,195 | 1,864 | 699 | 3,961 | |
| International Syndication | 23.3% | | 1,107 | 1,195 | 1,864 | 699 | 3,961 | |
| Total Revenues | | | 30,238 | 53,381 | 60,001 | 80,910 | 111,412 | |
| **Domestic Theatrical Distribution Fee** | 2.5% + 500K | | 562 | 640 | 680 | 740 | 860 | |
| Distribution Fees (Video,TV,Intl.) | 25.0% | | 6,945 | 11,945 | 13,200 | 17,827 | 24,253 | |
| **Total Revenue After Distribution Fee** | | | 22,732 | 40,796 | 46,121 | 62,342 | 86,299 | |
| **Releasing Costs** | | | | | | | | |
| Domestic Advertising | | | 15,000 | 15,000 | 15,000 | 20,000 | 20,000 | |
| Home Video Costs | | | 1,489 | 2,662 | 2,731 | 5,976 | 6,855 | |
| Total Releasing Costs | | | 16,489 | 17,662 | 17,731 | 25,976 | 26,855 | |
| **Available for Recoupment of Negative** | | | 6,243 | 23,134 | 28,390 | 36,367 | 59,445 | |
| **Negative Costs** | | | | | | | | |
| Net Negative Costs | | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | |
| **Profit/(Loss)** | | $ | (3,757) | $ 13,134 | $ 18,390 | $ 26,367 | $ 49,445 | |
| **Monte Carlo Simulation Probability** | | | 10.60% | 15.00% | 14.60% | 23.60% | 28.80% | |
| **Number of films out of 5 picture slate** | | | 1 | 1 | 1 | 1 | 1 | Slate Totals |
| **Gross Revenues Across the 5 picture slate** | | | 30,238 | 53,381 | 60,001 | 80,910 | 111,412 | $335,943 |
| **Profit/(Loss) Across the 5 picture slate** | | | ($3,757) | $13,134 | $18,390 | $26.367 | $49,445 | $103,578 |