1  **SCHEPER KIM & HARRIS LLP**
   RICHARD E. DROOYAN (Bar No. 65672)
2  Email: rdrooyan@scheperkim.com
   JEAN M. NELSON (Bar No. 150856)
3  Email: jnelson@scheperkim.com
   601 West Fifth Street, 12th Floor
4  Los Angeles, CA  90071-2025
5  Telephone: (213) 613-4655
   Facsimile:  (213) 613-4656
6
7  **Attorneys for Defendant**
8  **DAVID PRITCHARD**

9

10                 **UNITED STATES DISTRICT COURT**

11               **CENTRAL DISTRICT OF CALIFORNIA**

12                       **WESTERN DIVISION**

13

14  UNITED STATES OF AMERICA,          CASE NO. 2:14cr00282-R

15            Plaintiff,               **EXHIBITS 404, 409, 411, 417, 419,
                                       425, 430, 432 AND 447 ATTACHED**
16        v.                           **TO DECLARATION OF JEAN M.
                                       NELSON IN SUPPORT OF**
17  DAVID PRITCHARD, et al.            **DEFENDANT DAVID
                                       PRITCHARD'S POSITION RE:**
18            Defendant.               **SENTENCING**

19
                                       Date:      February 9, 2015
20                                     Time:      10:00 a.m.
                                       Ctrm.:     8
21
22                                     Action Filed:    05/15/2014

23

24

25

26

27

28

                                                          Case No. 2:14cr00282-R
     EXHIBITS 404, 409, 411, 417, 419, 425, 430, 432 AND 447 ATTACHED TO DECLARATION OF JEAN M.
        NELSON IN SUPPORT OF DEFENDANT DAVID PRITCHARD'S POSITION RE:  SENTENCING