**SCHEPER KIM & HARRIS LLP**
RICHARD E. DROOYAN (Bar No. 65672)
Email: rdrooyan@scheperkim.com
JEAN M. NELSON (Bar No. 150856)
Email: jnelson@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendant
DAVID PRITCHARD**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID PRITCHARD, et al.<br><br>    Defendant. | CASE NO. 2:14cr00282-R<br><br>**EXHIBIT 454 ATTACHED TO DECLARATION OF JEAN M. NELSON IN SUPPORT OF DEFENDANT DAVID PRITCHARD'S POSITION RE: SENTENCING**<br><br>Date:       February 9, 2015<br>Time:      10:00 a.m.<br>Ctrm.:      8<br><br>Action Filed:    05/15/2014 |