**SCHEPER KIM & HARRIS LLP**
RICHARD E. DROOYAN (Bar No. 65672)
Email: rdrooyan@scheperkim.com
JEAN M. NELSON (Bar No. 150856)
Email: jnelson@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendant
DAVID PRITCHARD**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14cr00282-R |
| Plaintiff, | **LETTER BY DAVID PRITCHARD TO THE COURT; LETTERS IN SUPPORT OF DAVID PRITCHARD FOR PURPOSES OF SENTENCING** |
| v. | |
| DAVID PRITCHARD, et al. | Date:       February 9, 2015 |
| Defendant. | Time:       10:00 a.m. |
| | Ctrm.:       8 |
| | Assigned to Hon. Manuel L. Real in Courtroom 8 |
| | Action Filed:    05/15/2014 |

Defendant David Pritchard, by and through his counsel of record, hereby submits the attached letter by Mr. Pritchard to the Court and letters by friends and family of Mr. Pritchard for the Court to consider for purposes of Sentencing.

DATED: January 29, 2015				Respectfully submitted,

						SCHEPER KIM & HARRIS LLP
						RICHARD E. DROOYAN
						JEAN M. NELSON


						By:  /s/ Richard E. Drooyan
						       Richard E. Drooyan
						       Attorneys for Defendant
						       DAVID PRITCHARD