# Letter by David Pritchard

Dear Judge Real

I am writing this to describe some things about me that did not come out in trial that I believe are important when considering me as a person.

My mother immigrated to the US from Ireland with her family as a child.  She was the eldest of nine, and the only girl.

My mother worked as an elementary school teacher in Catholic schools.  My father worked in a coal mine as a child and through his adolescence, but won an athletic scholarship that enabled him to attend college.

My parents instilled a strong work ethic in all their children.  The Catholic Church was a central fixture in our lives, and volunteering for the church was part of our daily lives.  My parents also possessed a fierce commitment to this country, the nation that had taken them in, and we were expected to show our appreciation by giving back throughout our lives.   This is a way of life for me and my three brothers.

To help cover the expenses of my education, I worked with the janitor at St. Sebastian Catholic School in St. Louis, throughout my childhood.  I also helped care for my grandfather, who lived with us, and I worked for Catholic Charities as a volunteer throughout high school and college.

I continued to donate time to charitable activities and public service in my adult life.  While setting up a company in Lima Peru, I built an orphanage for 'discarded street boys' in 1975, along with a bakery that helped support the orphanage.  I went back regularly to provide additional support over the years.  In 2002, I took a group of medical students and college students to Lima and spent the summer building dorms and conducting medical outreach.  I raised most of the money to fund this trip – and much of the construction of the new dormitory buildings.

I was the United Way Chairman for HBO in 1985 to7.  Also while at HBO, I was a member of the Renovation Committee for the New York Public Library, Grand Central Station and Bryant Park from 1984 to 1988, and I served on the boards of the Circle Rep and Second Stage Theater Companies from 1985 to 1988.  Also while at HBO, I helped start "Comic Relief", one of the largest and most visible efforts to raise funds and awareness for homelessness in America.

I served on the board of advisors to Action for Children's Television (ACT) from 1986 to 1987.  ACT was at the time the premier lobbying group to improve the quality of kids' television.

I continued my charitable activities after I left HBO and came to Los Angeles, including the following:

> I held benefits to raise funds for the education of Lakota Sioux children from 1993 to1997.

> I developed and funded multiple AIDS education programs between 1994 and 1999, including Elizabeth Glasers PEDAIDS, amfAR annual fundraisers, Hot Sexy & Safer College Lecture Programs.

> I worked as a volunteer to help establish Pediatric AIDS (UCLA) in Los Angeles from 1994 to 1998.

I have provided strategic advisement and support from 2003 to the present to the Harmony Project, which is a multi-year mentoring program for disadvantaged children that was founded by my girlfriend and uses music as a means of positive development and social inclusion. In 2009 Harmony Project was awarded the Coming Up Taller Award by Michelle Obama at the White House. Now called the National Arts & Humanities Youth Program Award, which is the highest honor in the nation for an arts-based youth program. In 2011 Harmony Project's Founder, Dr. Margaret Martin was awarded the Presidential Citizens Medal by President Obama at the White House for founding Harmony Project. Today Harmony Project provides five hours per week of music-based mentoring to 2,000 at-risk kids in Los Angeles and operates 17 youth orchestras and bands in LA's gang reduction zone neighborhoods. Affiliated programs have launched in six states.

I raised funds to cover tuition and housing costs for Harmony Project alum, Judith E, for one full year, which enabled her to attend UC Santa Cruz in 2007 and for Harmony Project alum Brettany T. to participate with the American Field Service as a foreign exchange student in Panama. Brettany was an exceptional person. So I also raised funds to support Brettany's subsequent studies in China. She then went on to earn a BA in Economics and won a Fulbright Scholarship. She completed her Fulbright service in Colombia, South America.

I also raised funds to enable the Harmony Girls Choir to participate in music festivals in Paris and to perform at several venues in Italy. The choir was composed of about 26 inner city girls from low-income families, all of whom graduated from high school and went on to college.

I was the founding Chairman of the Board of Journey Forward from 2008 to 2012. Journey Forward is a non-profit organization based in Boston that provides intensive physical therapy to persons with spinal cord injuries. The program has a high rate of success in enabling clients to regain mobility and reclaim their lives. I structured the non-profit, supervised the hiring of staff, and set the charter and operating guidelines, and raised most of the seed capital that enabled the program to launch and to become sustainable. This organization is unique and has been featured in many news reports. The founding client, Dan Cummings, was a quadriplegic who used the Journey Forward exercise regimen to walk onto Fenway field and throw the opening ball for the 2007 season. Dan was my inspiration to join this incredible program.

Between 2002 and 2007 I lived more than half the time in Amman, Jordan. I moved there as a result of a long term relationship with Jordan and the Royal Family, to develop jobs programs and create new tech start-ups with a small group of Arab bankers and business men. The objective was to create jobs in the Arab world where there is 50 to 70% unemployment. This was the first of its kind technology incubator in the Middle East. I participated in creating a fund to finance these projects and then built an animation studio, a software company, a film company and a film school that is associated with USC Film School. The projects and companies I helped start there culminated in successful breakthrough television shows for kids (Ben & Izzy) and the first feature film from Jordan that won many awards, including the Sundance Audience Award, and was the first entry for Jordan to the Academy Awards. The film school has graduated hundreds of students, and the Film Company and animation/software

Company are flourishing.  In 2006 the country of Jordan held an event at the Metropolitan Museum of Art in NYC to commemorate these efforts.

While in Jordan I also helped fund programs for the first women's shelter, Jordanian Women's Union (JWU).  In a modern country of nearly six million, this is practically the only women's shelter offering shelter and housing for abused women and women accused of "honor" crimes.

I am an accomplished businessman who taught himself to be a writer and creative person.  I learned this the same way I learned everything else in my life; I worked at it.  I am tireless and dogged to a fault.  I like to use my imagination and take pride in coming up with novel, creative solutions to problems.  This skill and attitude has served me as a non-profit volunteer and organizer, and as a high altitude mountain climber.

I am an avid outdoorsman and environmentalist.  I have climbed (not always to the summit) eight of the highest mountains in the world: K-2, Denali, Anapurna, Aconcagua, Alpamayo, Popocaptle, Kilimanjaro, Mont Blanc, and Damāvand.  This is an exercise that challenges every fiber of human endurance and concentration.  The precise science of climbing a 20,000 ft mountain is the ultimate test of mental focus, planning, teamwork, stress tolerance, finishing what you start.  I am attracted to this sport because of its demands on one's courage, physical stamina and mental and emotional strength in confronting seeming insurmountable obstacles.

I am truly sorry that investors lost money in Gigapix.  I worked tirelessly without salary save for some personal expenses for the last three years I was at Gigapix to try to generate projects that would save the company.  I owned no stock in the company, and I invested my producing fees from the Comedy Central hit television show I had helped create and produce, 'Workaholics.' into Gigapix.

In the entertainment industry you are truly one project away from turnaround and success.  That was my plan, my intention and my goal.  In retrospect, there are some things I wish had done differently and some decisions I regret, but I did try my hardest to make Gigapix successful.  I invested more of myself in Gigapix than I have in any other endeavor and I have paid an enormous price.  When the company folded, I was one of Gigapix's largest creditors and I was physically and emotionally exhausted.

In closing, I would ask the Court to show as much leniency as possible.  I recognize that I have been convicted of serious offenses and that investors lost the money in Gigapix, but I hope that the Court will give me an opportunity to continue to make contributions to society in the future.

Respectfully

David Pritchard