# Letters by Friends & Family

David Pritchard is my older brother.

He was very helpful in my long career on PBS helping me secure Corporate funding for many of my Series for children. In addition he helped create a feature documentary about Viet Nam veterans at HBO called Dear America. He helped get large donations for Swords to Plowshares and helped me help, wounded and homeless vets on the streets of San Francisco. My brother extended himself to helping my son, who is medical school in NYC, create a show about Naturopathic Doctors International. Taking my other son to Peru to build dormitories for orphans, and gently shifting him to be an engaged compassionate person. As well he arranged for my son to travel as a young medical student in Nicaragua doing work in the free clinics in Ometepe. My brother has inspired and helped his nephews and young cousins to become Global-volunteers, for the greater good. Many of them have become AmeriCorps and Peace Corp workers. When homeless were in need he convinced my comedy friends to create a first ever comedy show to benefit a non-profit telethon with my buddy Robin Williams and Whoopi Goldberg. Many years I watched him do charity work for Quadriplegic, adults in Boston with Journey Forward. He helped raise funds for USO tours on ships during Fleet Week. He helped get Sponsorships for Ronald McDonald House benefits I was hosting and he helped get comedy backing and corporate sponsors over and over. Nationally and internationally he helped with diplomacy and compassion in dangerous locations in the Mideast to bring and demonstrate the concept of community service. He inspired and built a film industry in the Middle East with his film Captain Abu Raed that was the first Arab Language film to win a Sundance Audience Award. And thru that film and his other productions in Jordan he brought recognition and a voice of moderation to Islam!

My brother's charity is honest, we got that from our mother who lived it as David, I and our other brothers do.

He assisted me in Los Angeles with Gang Violence PAL working with Detective Joe Buscaino now a City Councilman. David worked as a volunteer on this with me for seven years. He never said no!

In summation I have been indebted since he graduated from Washington University and encouraged me and helped pay my college costs to become a probation officer and social worker. Today I am here with 11 PBS series, honored by numerous national organizations and proud to say a warm and dear friend of Pope John Paul II. I can honestly say my brother David inspired me often. While he and I are different we share a passion and compassion to help others.

I believe my brother could be of incredible use to our nation and communities. He holds a wealth of insight that could be so helpful as opposed to under-utilizing his abilities away from society. David is a valuable resource and could be extraordinarily helpful to the betterment of many of the world's communities. I would ask that you show leniency in his sentencing.

Michael Pritchard

**Denise Esparza**

**From:** Jean Nelson
**Sent:** Thursday, January 29, 2015 11:23 AM
**To:** Denise Esparza
**Subject:** another letter

Jean M. Nelson
Scheper Kim & Harris LLP
601 West 5th Street, 12th Floor
Los Angeles, CA  90071

Office: (213) 613-4677
Cell: (626) 664-6491

From: James Cummings [mailto:jc@broadvision-entertainment.com]
Sent: Thursday, January 29, 2015 9:54 AM
To: Jean Nelson
Subject: Pritchard/Dan Cummings

My name is Danny Cummings and I am the founder and leader of a Boston non-profit, Journey Forward.  The organization helps and inspires spinal cord injured adults recover their mobility and freedom following the trauma of a serious life changing event.
In my early 20's I was told I would be confined to a wheel chair for the rest of my life following
a serious accident.  I decided that I could walk again and regain my ability to have a life without 24 hour care, which was a large burden on my family.  I accomplished that, and decided I wanted to bring the program I joined in San Diego to Boston. That organization in San Diego was a for-profit company and I wanted to share my journey and success by helping those who couldn't afford this opportunity in a community based non-profit.

My brother introduced me to David Pritchard.
David took a floundering organization and gave it structure, organization focus, an operational  methodology and most of all he made us believe we could do this as a non-profit in Boston.  And he helped us stay on a course and we got thru a lot of early stage growth and personality issues.  He helped build a Board of Directors and create the documents we needed to govern theorganization.  He was also instrumental in several of the early fund raising events and his steady hand and experience in building non-profits was irreplaceable at that time.
Today Journey Forward is growing strong and we have a great crew of therapists and employees, and a string of inspiring stories from a lot of clients that have persevered and broken thru to have a more productive and independent life.  David was instrumental in making all of this happen and bringing this unique opportunity to the Boston community.  He did this because he wanted to help me and my family.  Nothing else.  He wasn't from Boston he just believed in me and my family and witnessed what I had accomplished.
I would ask the court to show leniency for David as he is a person who cares and throws himself at problems and finds solutions.  He is not someone who comes along very often.  Journey Forward got thru those early years because David was here.  There are other Journey Forwards that need this David.

Danny Cummings

1

I am writing this letter with respect to the sentencing of David Pritchard, whom I have known and with whom I have lived for ten years. My name is Margaret Martin. I am a doctor of public health trained at UCLA, a Board Member of the Los Angeles City College Foundation and Founder of Harmony Project (www.harmony-project.org), a multi-year mentoring program for at-risk youth.

Harmony Project operates in Los Angeles gang zones, engages at-risk youth in music-based mentoring, teaches them to play music, and build bands and youth orchestras with them in their own neighborhoods. We currently have 2,000 at-risk youth, ages 8 – 18+ enrolled, 5 to 12 hours per week, year-round. In 2009, Harmony Project was awarded the *Coming Up Taller Award* by Michelle Obama, the nation's highest honor for an arts-based youth program. In 2011, I received the *Presidential Citizens Medal* from President Obama for founding Harmony Project. Harmony Project now has affiliated programs in six states and others are developing throughout the U.S.

David Pritchard gave me considerable support as I developed Harmony Project into the national award-winning program it is today. David enabled me to attend meetings and conferences throughout the country by raising funds to cover my travel expenses, when the organization did not have the ability to do so. It was through those meetings and conferences that we were able to develop a national network of affiliated programs. Without David's support, I would not have been able to attend those meetings, and we would not have the national network that we have today.

David advised me to develop a partnership between LA City College's Music Department and Harmony Project and I followed his advice. For the past several years nearly 200 Harmony Project middle and high school students have earned Dual Enrollment (high school and college) credit for participating in Harmony Project ensembles at LACC.

David is one of the most up-beat, creative, caring and generous people I have ever known. He enabled Harmony Project alum, Judith E., to attend U.C. Santa Cruz for a full year by raising more than $7,000 for tuition that her family could not afford to pay. He raised funds to enable Harmony Project alum, Brettany T. to participate as a Foreign Exchange Student in Panama, covering her costs with the American Field Service during a time when Brettany's family in the U.S. was homeless. David later raised funds to enable Brettany to attend school in China and later, to cover the unpaid balance of her college tuition. Brettany was offered a Fulbright Award and when Brettany completed her Fulbright service in Colombia, David raised funds to pay Brettany's airfare home.

Whenever opportunities came up for Harmony students that the organization could not afford to support, I reached out to David. He, in turn, reached out to his friends and colleagues and he always came through. David raised the funds that enabled 26 Harmony Girls Choir students to attend a festival to which they had been invited in Paris, and to deliver a series of performances in Italy. The trip was life-changing for these Latina girls, all of whom came from extremely low-income families. Without David's support, the trip would never have been possible. The Harmony girls all graduated from high school and went on to college. Many are currently in graduate school. And all of them point to that trip as a moment that changed their lives.

David Pritchard has shown great kindness and care to members of my family. My 94 year old mother came to live with us after she was injured in a fall. We cook and care for her 24 hours per day, 7 days per week. Helping to lead a non-profit does not pay me enough to enable me to hire someone to come in to help me care for my mother. Now when I have to travel for work, David cooks and cares for my mother in my absence. He has also become a stable, caring presence in the lives of my four young grand-nephews, who moved to Los Angeles from East Africa with their mother, my niece, to escape the violence they had suffered at the hands of their father. David takes my nephews to museums, helps with their homework, prepares dinners for them, and engages them in conversations about the larger world. He has been instrumental in their learning English, as they all only spoke French when they arrived two years ago. David attends their events at the parochial school they attend and has attended parent-teacher conferences. He also takes them hiking and camping to teach them nature and conservation. David is the first stable, caring adult male my nephews have ever had.

These remarks do not begin to describe the compassionate, generous upbeat 'problem-solver' that David Pritchard is or the positive impact he has on individuals, communities – and members of my own family. I sincerely hope that David's lifetime of positive contribution be given full consideration with respect to his sentencing.

Sincerely, Dr. Margaret Martin

I am Adriana Cardenas and I am writing this letter in regard to the sentencing of David Pritchard. I have known David since 2008 when we met when he was lecturing at Singularity University (SU). I had been a selected student the prior year and had been invited back as Associate faculty to supervise the new students. SU is one of the most inventive educational institutions of the 21st Century. SU offers a Master's program which challenges its highly recruited students from all over the world to come to the NASA campus in Mountain View CA., and create from scratch (in 10 weeks) an enterprise that will change the world by positively impacting 1 billion people over 10yrs. The core curriculum is created by invited lecturers on various topics. David was one of those lecturers.

At the time I was detailed to SU, I was employed as the Associate Director for Engineering at NASA Ames Research Center. I recently retired after 14 years at NASA. Prior to my tenure at NASA, I was a Special Agent for the U.S. Defense Department. Also, I began my federal career as a Correctional Officer for the U.S. Bureau of Prisons, which I left to attend law school. This background gives me a unique understanding of the situation Mr. Pritchard is currently in and I am writing this letter to amplify the personal characteristics and the work product that I have witnessed and heard discussed when I met others who have worked with David over the years.

At SU, David went beyond the expectations of a lecturer when he offered to lead the project he came to address. This meant he dedicated a lot of his weekend time to help fund the project that a dozen women SU students from six countries had identified as their project of "change". The project was educating, inspiring and leading the charge of socializing young girls into becoming more empowered, more resourceful, and more in control of their lives. David helped us build a business model and structure a commercial enterprise. He also set up meetings in Hollywood for the Singularity students to present the idea to studio and internet executives. David has continued to work at adapting and revising the plan and he remains committed to the project.

I also have met people who have traveled with David to build orphanages in Peru, and others who have volunteered with him on his early AIDS and HIV education efforts and his environmental work thru his mountaineering. David is not someone who gives up on things. If he believes in something he stays with it. If he believes he can get something done but it will take time, he puts in the effort over time. I have remained close to David and his partner Margaret, and together we have recently started other non-profit organizations for the benefit of inner city children in under resourced communities. David's commitment to youth crime prevention is reflected in the generous gifts of his time, resources and skills.

David is highly intelligent and infectiously enthusiastic about everything he does. I have noted that when he takes on new projects there is always a foundational element of how it may also help others, the environment or animals. The focus has never been on his own exclusive benefit. I can unequivocally state that I have not met a more generous and selfless person than David. I intend to be his lifelong friend and that is the highest compliment I can pay.

I ask the Court to please consider giving him a lenient sentence to take into account the many good things David has done outside of his prolific business career. His work for the benefit of humanity spans his lifetime and is worldwide. This includes his development of business opportunities for women in Jordan, his work with early AIDS education, his work with orphanages in Peru, his helping found a spinal cord injured rehabilitation clinic and his continued commitment to helping empower girls globally. We need more people like him working on these problems to make this a better world.

Adriana Cardenas

January 25, 2015

To: The US Federal Court

Regarding: David Pritchard

From: Amin Matalqa

I have known David Pritchard since 2005 when we met in Los Angeles. I was just entering the American Film Institute as a film student and Mr. Pritchard had been doing animation work in my country of origin, Jordan, over the years. While in Jordan, Pritchard had participated in building an animation studio at a software company and had expressed an interest in creating an independent film company there to produce Arab language feature films. In addition, Pritchard had helped several non-profit entities in Jordan to get off the ground including a women's shelter in Amman.

In a short period of time Mr. Pritchard approached me to write a screenplay and produce a dramatic film that would portray Arab characters as human beings in a positive light without politics or religious influences, something that would appeal to a worldwide audience. Working with Pritchard as the producer, I wrote over 30 drafts of my screenplay for my first feature film, **Captain Abu Raed**. In a few months, Pritchard and a small group of Jordanian investors lead by my mother raised the money to produce the film. Captain was the first Jordanian film exported out into the world, won at the Sundance Film Festival and numerous other International festivals, and received worldwide distribution. It was also Jordan's first Oscar entry for Best Foreign Film. Pritchard arranged for Gigapix Studios to be a co-producer in the film, and to be the presenting production company named alongside the Jordanian company. Pritchard provided jobs to the Jordanian film crew on Captain Abu Raed, the same crew that went on to work on the Oscar winning film, The Hurt Locker, as well as other subsequent local productions. Today Jordan has a thriving film industry, and Pritchard played a significant role in its inception.

Mr. Pritchard was one of the first Americans to help build the film business in Jordan. He lived with us, appreciated our culture, and emphasized that the divide between our cultures was best crossed by human bridges built on media work that created jobs. I can best describe his genuine good nature in saying that the kids in our film (who we cast from refugee camps and orphan centers) were always found playing games with David whenever we weren't shooting. He was a nurturing father figure to everyone. I would ask that the court understand and appreciate what I have seen of the deep character of David Pritchard and do what you can to minimize the time he may serve so he can continue to do for others what he did for Jordan and the Arab world.

Amin Matalqa

# Konwiser Brothers

4547 Morro Drive  Woodland Hills, CA  91364
310 567-0415 Kip  310 702-2157 Kern
www.konwiserbros.com

January 26, 2015

To Whom It May Concern:

This letter is directed to the court in order to provide proper and accurate insight into the character and actions of David Pritchard.

When I first met David Pritchard nearly 7 years ago, he described himself as a 'social entrepreneur', someone who brings his resources and abilities to help birth great ideas that promise to enlighten or improve our lives. Over the years, I've witnessed David make good on that ambition, as he has helped to launch so many different start ups, non-profits, films and media ventures using his considerable experience, insight and relationships. I have been a direct beneficiary of David's mentorship and influence; without it, I doubt I'd have quite the same opportunities I enjoy today as an industry respected filmmaker.

In 2008, David brought me on to direct and produce "Baker Boys: Inside The Surge", a 4 part documentary series about the experiences of American soldiers fighting the war in Iraq. David co-funded the war correspondent's trip to Iraq to capture the footage, and provided guidance and support, including financing post production, to complete the film at the highest level of quality. Not only did it earn numerous awards from film festivals and journalism organizations alike, but it also was integrated into the school curriculum at USC's School of Social Work, Military Affairs Division. The film was truly an educational and social uplift.

I've personally witnessed David rise to support or launch dozens of projects as significant as this one. Just a few examples:

• The Harmony Project, which he was central in launching, puts classical instruments in the hands of impoverished kids, transforming their lives, their education and their future. The Harmony Project has received dozens of awards, not the least of which is the Presidential Citizens Medal presented by Barack Obama.

• Zoo Cards, a non-profit initiative to save endangered animals through a trading card and plush toy program that encourages kids around the world to work together to turn the tide of extinction.

• Personally traveled to Peru with his nephew Connor to help build orphanages there.

The list is just about endless, but all these endeavors are rooted in the same core value, which is "how can this make a positive difference?"

To imprison David would only deny us one of the 'good guys', and we know they are in short supply. While David is no longer a free member of society, there will be brilliant ideas that won't come to realization and future leaders who won't get the breaks that David made it his life mission to give them. We will all pay the cost of losing such a valuable and contributing member of the community. For this reason, and so many others, I ask that the court please show leniency or reduce his sentence. It would be one step toward true justice.

Thank you for your time and consideration.

Sincerely,

Kern Konwiser

January 26, 2015

My name is Lucinda Durning and I am writing this letter in support of David Pritchard, who I understand is being sentenced in federal court in February.

I have known David since 1983 when I began working at Home Box Office. I worked for David directly in Human Resources starting in 1984 and then with him after he moved into Corporate Affairs. I have not had a more brilliant, supportive, fun or humane boss since.

I have held very senior Human Resources, Change Management and long term consulting positions at State Street Bank, Columbia University, CIGNA, Shearson Lehman Brothers and the Home Depot, among others. As a result of this I have had the opportunity to work with and for a lot of executives, and David stands out among them in the best of ways. He consistently mentored me to "do what's right for people" and "be fair and consistent in your judgment," and I still use this as my guide today. David is a terrific human being has always focused on helping people achieve their dreams, and on being the best they can be in any situation. He is a catalyst for tremendous human growth, development and understanding.

At HBO David was one of the few executives who regularly volunteered to work with underprivileged kids, coaching basketball and little league, and making sure every kid had the right equipment, no matter how poor or resource-challenged his family. He also represented HBO on the renovation of Bryant Park, which was at the time a drug den and an eyesore directly across from HBO. He did the same for the N.Y. Public Library and Grand Central Station. David also served as the Volunteer Chairman of the United Way and created events, entertaining programs and prizes, breaking all the fundraising records at HBO and its parent company, Time, Inc. When David left HBO and moved to L.A, New York lost a precious resource in improving its communities and helping people cope with and celebrate life.

He was also the liaison between HBO and Time, Inc. and was instrumental in forging the early attempts to merge Time with Warner. David was also the lead spokesperson for HBO in Washington, D.C. and regularly crafted the testimony and positioning of HBO in its various regulatory issues. When he left HBO to start his own production company, I was told that the Chairman and CEO of HBO said that the heart of HBO was leaving and the place would never be the same. It wasn't.

I would encourage the court to show as much reserve as possible in sentencing David as people like him don't come along often. He is one of the few people I've met in in a wide and varied corporate life that I have remained friends with over many years, and I am deeply respectful of his vision and his ability to just get stuff done. He is truly one of the most creative and compassionate people I have ever met. I have personally experienced and heard others talk about his ability to solve complex problems, synthesize issues and keep everybody on the same path. No boss had a greater impact on my continuing ability to do the right thing for others. His talents need to be put to use and allowed to flourish.

Respectfully,

*Lucinda J. Durning*
Lucinda J. Durning

212-380-8998