**DECLARATION OF TONYA PINKERTON**

I, Tonya Pinkerton, declare as follows:

I am a Forensic Accountant with the Federal Bureau of Investigation and have been so employed for almost five years.

1. I testified in the trial of David Pritchard and Christopher Blauvelt, as well as at the trial of Cherie Brown and Gregory Pusateri. This declaration supplements my testimony in the first trial for purposes of sentencing.

2. I provided my calculations, which I discussed at trial, to Janice Chiquet, a financial analyst at the U.S. Attorney's Office, who I understand passed them on to the probation officer for use at sentencing. I have reviewed the summary of my testimony included in this pleading, and it is accurate. I would add that in determining who the investors were, I used documents I received from IRA Resources and Sterling Trust to determine the specific investors that went through those trust companies.

3. I understand that defendant Pritchard has objected to the inclusion of a loss amount from Buchanan Ingersoll & Rooney. However, that law firm acted as an escrow for a number of investor deposits. One investor provided documents evidencing this, and Colin Mutton confirmed that some investor deposits went through this firm. The amount listed for "victim No. 76" actually represents 16 different deposits from September 2009 through March of 2010 -- thus, possibly 16 separate victims.

4. I understand that defendant Pritchard has also objected to a deposit from Sterling Trust company and from Northern Trust Company. These were both companies investors used to transfer

retirement funds to Gigapix and OZ3D, but in the instances mentioned by Pritchard, we were unable to tell exactly who the investor was.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 4, 2015.

_____
TONYA PINKERTON