STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ELLYN MARCUS LINDSAY (Cal. Bar No. 116847)
BYRON J. MCLAIN (Cal. Bar No. 257191)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2041/0637
     Facsimile: (213) 894-6269
     E-mail:    Ellyn.lindsay@usdoj.gov
                Byron.mclain@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>              v.<br><br>DAVID PRITCHARD, et al.,<br><br>           Defendants. | No. CR 14-282-R<br><br>GOVERNMENT'S SUMMARY OF ADDITIONAL VICTIM IMPACT STATEMENTS IN CONNECTION WITH SENTENCING<br><br>Sentencing Date: February 9, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom of the Honorable<br>        Manuel Real |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby submits its Summary of Additional Victim Impact Statements in Connection with Sentencing.  The statements themselves will be filed separately under seal.

Dated: February 5, 2015          Respectfully submitted,

                                 STEPHANIE YONEKURA
                                 Acting United States Attorney

                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                          /s/
                                 _____
                                 ELLYN MARCUS LINDSAY
                                 BYRON J. MCLAIN
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

2

**SUMMARY OF ADDITIONAL VICTIM IMPACT STATEMENTS**

**I.      INTRODUCTION**

The government has received 16 additional victim impact statements since it filed the sentencing positions of defendants David Pritchard and Christopher Blauvelt. The government hereby excerpts some of these additional statements, as they are crucial to the sentencing of the defendants.

These new victim impact statements show the horrifying effects of the defendants' crime. These were not wealthy people who could afford the loss inflicted on them. The following statements detail consequences of the crime such as foreclosure of homes, health consequences leading to disability, inability to pay bills, loss of credit, and even death.

**II.     EXCERPTS OF ADDITIONAL VICTIM IMPACT STATEMENTS**

From victim P.M.:

I don't even know how to begin this letter but let me share with you the **DEVASTATING** IMPACT THAT Gigapix studios had on my life.

When my brother separated from his wife after 34 years of marriage he came to me and requested financial help. I was able to help him but at the same time I had heard about Gigapix and was told how much we would profit from investing with them. . . .

Because I could no longer help my brother financially, he took his life, by committing suicide, this last year. I am DEVASTATED at the lost of losing my brother. Until you have gone through this, no one knows or even cares the impact that this has on your life. I am so MAD at Gigapix and their continually lying to me about what was going on and how soon I would be seeing profits. Yes, I would love to have my money back, but more importantly, I want my brother back. Because of their lies, I no longer have a brother.

I hope upon sentencing them, they realize the impact that a scam has on people's lives and what it has cost the investors. I will **never get my brother** back because of

what they did with their lies and the phony baloney they kept telling people. . . .

PLEASE, let these people (Gigapix), know what they have done to my life.

From victim S.B.:

When my husband Sal and I were married in 1992, he promised to love and take care of me, which he did financially until his health made him take an early retirement. As he was no longer able to work outside of the home, he felt that he could best provide for our family with two teenage daughters, (one with severe disabilities) through taking some of our savings and making good investments. He researched GigaPix and made the investments in the company with due diligence, talking with Chris Blauvelt and Dave Pritchard by phone, by e-mail, and by visiting with them in person in Chatsworth. I made the investments with him, supporting him to have all of his dreams come true. . . .

I had to work 7 years longer than we had planned, partly due to the lack of funds which were no longer available to us because of our investments with Chris and David. During our marriage, Sal suffered many heart attacks. His health deteriorated, and we were unable to participate in many of the activities which had previously given us much pleasure.

These were years filled with worry and stress. I was constantly torn between the need to take care of my husband, our daughters, and the need to work to support us. Many days, I left home fearing the worst. I was unable to spend the time I wanted, the time Sal needed, because we chose to trust Chris and David. . . . Sal and I will never get that time back.

One year ago, on January 6, 2014, my husband . . . passed away after his seventh heart attack. He died before his 'ship came in' when GigaPix and OZ3D finally paid off. . . . [W]e would have been able to spend much more time together and our lives would have been much easier and more comfortable if we had not been swindled out of money through this group.

From victim C.P.L.:

I invested, LOST, was ROBBED of $10,000! By these thieving, conniving, scum. They conned me out of what is for me, a LARGE sum of my heard earned money, cash I could desperately use now as my job with GE went away at the First of this year (2014) unemployment Benefits ran out in 20 weeks, the stress caused a cranial subdural heatoma requiring emergency surgery, leaving me disabled and unable to work. My home is going to foreclosure. I'm unable to pay my bills and barely keep my wife and daughter fed, I'm

daily reminded of my poor judgment and what these Hollywood scumbuckets took from me and spent on high living while I sink deep into debt and my family goes without.

From the son of victim H.B.F.:

My father was a fairly successful oil and gas operator in Texas for over 60 years. His health began to fail because of an undiagnosed case of acute myogenic leukemia several years before his subsequent death in 2008. He continued to go to his office to conduct his regular business but his secretary informed me he had withdrawn funds inherited from his mother to "invest" in some unusual enterprises. I purposefully moved into his office to help her monitor the situation. He exhausted those funds and started using funds marked for future needs with the family business and continued to deplete his savings.

The defendants, by their actions, almost brought my parent's 60+ year marriage to a divorce because my mother realized he was being swindled and had already lost several hundred thousand dollars. Dad was at that time trying to regain what he had lost but unfortunately there was no quick fix to a lifetime of slow but steady accumulation of funds. . . .

It is more than a helpless feeling to daily see your father continue to be preyed upon by the relentless onslaught of a set of individuals like the defendants. He had worked hard to get where he was in life and to have a group of greedy individuals who predominantly prey on the elderly is a complete travesty.   . . .

Judge understand that the sentence passed on the defendants will never come close to mitigating the financial and emotional damage they have done to my family. They perpetrated their enterprise with willful malice of forethought and preyed on those in your society that were not able to defend them. This white-collar crime is no different that Madoff or Ken Lay with Enron except in it's size.

Please understand that there is no prison course study or medication available to treat a defendant where they lack compassion for those around them that are the most helpless. I only ask that you sentence them to the maximum time available for this crime and thereafter keep them away from any situation with the elderly or functionally disabled so no one has to go through what we had to endure in the future.

From victim D.N.:

[Unintelligible] and depression on my part, plus anger, sadness made me go into self isolation, and not thinking of

3

the family situation, but seeing what happens to me affects all of them. I was so disappointed in myself for being taken by Gigapix, that I wasn't thinking properly. Meaning I was a strong outgoing person going the opposite direction, not wanting to go anywhere or talk to anyone has its repercussions on all of them. This investment was supposed to make a better life for all of us, but instead it put us in the poor house. I almost lost everything, including love of family over this. It's like my hole world collapsed around me, loans started to default, money got tighter, credit score from 760 to 500 fast couldn't get credit anymore, loans became high interest. Could not refie home, can't buy a car, and ate Top Ramen for over 2 years, yes I'm very angry.

From victim C.K.:

I am deeply upset that so many people as well as myself have lost hard earned income due to this type of illegal activity. . . . I should have become suspect when the salesman directed me to declare to a personal financial position that was beyond my means, but necessary to invest with the defendants' business ventures. My personal finances have been detrimentally affected by the tens of thousands I lost in my investments with the defendants and their businesses. I trust your Honor will proffer the strongest penalties to the defendants to hopefully deter any future actions against unwitting persons by same minded individuals.

From victim J.T.J.:

This statement is to confirm that I [J.T.J.] and my wife [S.H.J.] were duped out of a lot of money by the defendants. We are not wealthy. We were school teachers and worked long and hard to save up a few dollars to help us in retirement. Now all this is gone. We were made to feel that this was a no lose investment. Many phone calls were made to ensure that we understood how lucrative this investment was, even to invest in the company itself which we did.

These people should be made to repay what was taken from us. We will never be able to live the life and do the things we had planned to do because of this mistake on our part.

From victims S.W. and G.W.:

I get sick to my stomach every time I think about Greg Pusateri's lies and false statements and how he not only took from me but many other individuals/victims. Since I

4

had worked many years to save this money for retirement, it will definitely postpone any possible way for retirement.

Since I make barely 30,000 per year, the money was a big part of my savings for retirement. It took me <u>years</u> to save that amount.

<u>From victim J.G.</u>:

I'am a eighty-five year old soon to be 86 who's worked since I was 18. I have been working five days a week, looking to retirement when I was sixty-five. I had a family of 3 other people, it wasn't easy to save much money because of basic exspenses and educate my two sons with additional college costs. When I participated in Gigapex it was with after tax money, I was told would be well worth it, to make my life financially easier for vacations and luxuries. I invested $30,000 total in installments of 10,000, 10,000, 5,000, 5,000 for which huge sacrifices for which I did without vacations, newer cars, larger home, but of rewards promised only to have my dreams shattered.

. . .

Our family's livelihood is the following, social security, small IRA, no income from property, a few stocks with small divadens. Have have our son living with us 61 years old, with Parkinsons diseas no money, getting divorced after 22 years married 2 daughters in community colleges. Resided in North Carolina.

<u>From victim L.S.H.</u>:

We lost $25,000, which is a year's wages for me. . . . We had bills we couldn't pay. . . . We are nearly retirement age and instead must work several more years to make is up.

<u>From victims J.W.H. and K.W.H</u>:

The money we invested with Gigapix were funds for our retirement. Setting aside that amount ($5,000) annually, basically set us back 3 years. It was not easy to regroup, or simply say "oh well." We had a difficult time, as it was the same time my company lost money with the economic downturn and less money was available to put towards retirement. Just very frustrating and economically damaging.

5

CERTIFICATE OF SERVICE

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **GOVERNMENT'S SUMMARY OF ADDITIONAL VICTIM IMPACT STATEMENTS IN CONNECTION WITH SENTENCING** service was:

[X] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

U.S. Probation Officer Cristina Torres
U.S. Probation Officer Alexis Berg
United States Probation Office
312 North Spring Street, 6th Floor
Los Angeles, CA 90012

This Certificate is executed on February 5, 2015, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*Belinda B. Tunque*