ELLYN MARCUS LINDSAY (SBN 116847)
Assistant United States Attorney
312 North Spring Street, 11th Floor
Los Angeles, CA  90012
Phone (213) 894-2041; Email ellyn.lindsay@usdoj.gov

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br>v.<br><br>DAVID PRITCHARD, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 14-282-R<br><br>NOTICE OF MANUAL FILING<br>OR LODGING |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged:  (**List Documents**)

GOVERNMENT'S FILING OF SUPPLEMENTAL VICTIM IMPACT STATEMENTS; GOVERNMENT'S EX PARTE APPLICATION FOR ORDER SEALING SUPPLEMENTAL VICTIM IMPACT STATEMENTS; AND [PROPOSED] ORDER SEALING DOCUMENT

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

February 5, 2015
Date

ELLYN MARCUS LINDSAY
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)                    NOTICE OF MANUAL FILING OR LODGING

CERTIFICATE OF SERVICE

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **NOTICE OF MANUAL FILING** service was:

[X] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows:

[ ] By federal express as follows:

**U.S. Probation Officer Cristina Torres**
**U.S. Probation Officer Alexis Berg**
**United States Probation Office**
**312 North Spring Street, 6th Floor**
**Los Angeles, CA 90012**

This Certificate is executed on February 5, 2015, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*Belinda B. Tunque*