**SCHEPER KIM & HARRIS LLP**
RICHARD E. DROOYAN (Bar No. 65672)
Email: rdrooyan@scheperkim.com
JEAN M. NELSON (Bar No. 150856)
Email: jnelson@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendant**
**DAVID PRITCHARD**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID PRITCHARD, et al.<br><br>    Defendant. | CASE NO. 2:14cr00282-R<br><br>**ADDITIONAL LETTERS IN SUPPORT OF DAVID PRITCHARD FOR PURPOSES OF SENTENCING**<br><br>Date:      February 9, 2015<br>Time:     10:00 a.m.<br>Ctrm.:     8<br><br>Assigned to Hon. Manuel L. Real in Courtroom 8<br><br>Action Filed:   05/15/2014 |

Defendant David Pritchard, by and through his counsel of record, hereby submits additional letters by friends and family of Mr. Pritchard for the Court to consider for purposes of sentencing.

DATED: February 5, 2015         Respectfully submitted,

                                          SCHEPER KIM & HARRIS LLP
                                        RICHARD E. DROOYAN
                                        JEAN M. NELSON

                                          By: /s/ Jean M. Nelson
                                                Jean M. Nelson
                                                Attorneys for Defendant
                                                DAVID PRITCHARD