# Additional Letters by Friends & Family

## Atche's Letter to Judge Real

I love Dave because he is my uncle, but also because, although I have only known him for 2 years, I have learnt more with him than with anyone else. I learnt about the Sequoias, Nature in America, and a bunch about animals here.

I also like him because he cares about our family, he cares if something happens to us. I know it because of the way he talks, and the way he acts. If he goes to jail, it will be the end of the world to me, because he teaches me, is always there to help, and makes great Lasagna. This is why I love my great uncle.

Atche (11)



Esther Gonzalez
1622 West 24th ST
Los Angeles, CA 90007
(323)973-0202
Esther.gonzalez88@yahoo.com

February 3, 2015

To Whom It May Concern:

My name is Esther Gonzalez and I am writing this letter to request leniency in the sentencing of Mr. David Pritchard. Mr. Pritchard is a man who, through his generosity, helped my daughter achieved the one thing that shaped her life as a learner and her career goals.

My daughter was a member of Harmonies Girls Choir. In 2007, the choir was invited to participate in the Saint Dennis festival in Paris, France and the Soave Festival in Veneto, Italy. The parents of the 22 girls of the choir did not have enough money to pay for all the expenses. We did a number of fundraising events, but we needed $25,000 to cover all the expenses. The choir director talked to Mr. Pritchard and he was able to donate all the $25,000.

The girls went on the trip and when my daughter came back, she told me that while she was in France and Italy, she had decided that what she wanted to do as a career was to work in the fashion industry. That trip inspired her to become a merchandise developer for the fashion industry. She graduated one year ago with a degree in Merchandise Development from the Fashion Institute of Design and Merchandise. She is currently working as the assistant to a famous designer in the industry.

I am so thankful to Mr. David Pritchard because even though, he did not personally know any of the girls or the families, he unselfishly decided to contribute to the growth of these girls. My daughter made her life-long career choice in that trip.

Sincerely,

*Esther Gonzalez*
Esther Gonzalez

February 4, 2015

To whom it may concern:

I became acquainted with David's compassion in October of 2005. I received a phone international call from my daughter Brettany Tucker who was studying abroad for the semester, when she told me she wanted to extend her stay to a full year. At the time I did not give her an immediate answer, even though I knew financially, it was nearly impossible. I had just moved back to California with my youngest daughter, searching for employment and trying my best to make ends meet.

Not long after I called my daughter's mentor and explained to her what my daughter's interest of extending her stay and how it would make things slightly easier if she was able to stay a little longer while I secured things in the mean time. Not more than a week passed when I was told that a donor made this possible. That donor was Mr. David Pritchard.

What struck me most was his quick response to such a great and last-minute need. Later on that year I was able to welcome my oldest daughter Brettany to a stable home. It was a gift I could give to her because David *first* gave to us. I like to make known that individuals like David do not possess temporary urges to give and help. That's who they are 365 days of the year, every year. Second chances are detrimental. I for one have been a recipient of several and would be extremely grateful to see the legal system be considerate of David's character wherever possible and thank you in advance for such consideration.

My Best,
Cynthia Harvey-Tucker

**From:** y. Mackler [mailto:y.mackler@yahoo.com]
**Sent:** Wednesday, February 04, 2015 9:45 AM
**To:** Jean Nelson
**Subject:** Sentencing of David Pritchard

Sentencing of Mr David Pritchard.
Here is a little of mr david who we know for so many years, his a kind man who has help the girls from harmonies choir his donations give the chance so the girls can go to europa and many places his donations not only give the choir a big change to travel but to continue they journey into music.
His one of the kind Man because not many people like him will step in and say here is my donations, but to open his house for the girls to practice and have there concerts. I have so much to say about Mr David, that if i keep going it wont be enough paper to describe his kindness to help a group of latinas girls that each one of them are inspired to be one day singers.
One thing Mr David Is a Man who deserves in Oscar for his kind heart and for his generosities.

Sinceraly Irma Mackler
323 899-6074
ayso commissioner
Region 514

This letter is being written in regards to the sentencing of David Pritchard.

My name is Guadalupe Montellano and I am a former member of Harmonies Girls Choir. Singing has always been my passion and Harmonies Girls Choir provided me with the education and platform I needed to become a better singer and better musician.

In 2007, Harmonies Girls Choir was invited to participate in two prominent European music festivals: "Le Festival Saint-Denis" in France and the "Festival Europeo di Canto Corale" in Italy. Personally, I was very excited about the opportunity to visit and sing in both the country that held the "City of Love" and the country that held the birthplace of opera. Everyone was on board to go and everyone was excited about the opportunity to participate in the festivals that world-renowned musicians had participated in; these festivals were of high caliber. However, despite the excitement and enthusiasm from both the parents and the girls, we were off to a rough start: we had both recently lost our practice space and didn't have enough funds to ensure that everyone would be able to go on this trip.

David Pritchard heard about our plight and immediately stepped in. He opened the doors of his home to us (at the time, strangers) and provided us with a safe space to practice in, FREE OF CHARGE. We spent hours practicing and sang well into the late hours of the night for six consecutive months; I'm sure he sacrificed hours upon hours of sleep!

Mr. Pritchard had also heard about the lack of funds that the choir needed in order to make the trip happen and donated $25,000 to the choir, asking for nothing in exchange. I was shocked and so overwhelmed with happiness and excitement when I heard that the trip was going to be possible. I couldn't believe that I was going to be traveling to France and Italy and live out my dreams of singing on both French and Italian stages, but most of all, I couldn't believe that there was someone out there that cared so much for the education and advancement of girls like me. I come from Pico Union, a neighborhood that's known for its teenage pregnancies, high school drop out rate, and gang violence, and to have someone like David Pritchard believe in me and selflessly give so much support, meant the world to me.

I am asking for leniency in sentencing because of everything that David Pritchard did and has done for me: not just the financial support he contributed for the choir's trip to France and Italy (which were both great influences and crucial advancements in my musical education), but also for the support he has given me in the form of advice and encouragement. In the time that I have known David Pritchard, he has shown time and time again what generosity and an open heart looks like.

David Pritchard is a man that makes dreams come true and made not just my dream, but also the dreams of Harmonies Girls Choir, into a reality.

I am forever grateful.

*Guadalupe Montellano*

This letter is being written regarding the sentencing of David Pritchard.

My name is Julieta Montellano, I am the mother of Guadalupe Montellano, a former member of Harmonies Girls Choir, and I am asking for leniency in the sentencing of David Pritchard. In 2007, Harmonies Girls Choir was invited to participate in both "Le Festival de Saint Denis" in France and the "Festival Europeo di Canto Corale" in Italy.

My daughter was excited about the thought of participating in these music festivals, but the choir didn't have the funds to make the trip happen and didn't have a place to practice and prepare for said festivals.

Mr. David Pritchard, without knowing us, opened the doors of his home and provided a safe space for the choir to practice in for six consecutive months, without charge. Apart from providing a practice space, David Pritchard donated $25,000 in funds to the choir and made the trips possible for the girls, ALL out of the kindness of his heart and his immense generosity.

This trip made a great difference in my daughter's life; it opened the doors to new horizons and the experience motivated her to study music in college.

I am thankful for the help that Mr. David Pritchard gave in making these young girls' dreams come true and for helping the girls reach their goal of performing in these prestigious music festivals. He is a person of great character, an inspirational being, and a great role model for everyone who is lucky to have him in their lives.

Thank you David Pritchard!

*Julieta Montellano*

To the Honorable Judge Real,

I write to you today in hopes that my words shed some light on the integrity and character of Mr. David Pritchard.

In October of 2012 I was introduced to David Pritchard through a mutual colleague for the purposes of collaborating on a new venture. While that particular opportunity ceased, David and I continued to share ideas over coffee/meals over many months and I quickly realized that God had put a special person in my life.

David quickly became a friend and mentor who has inspired me to work smarter, think bigger, but most importantly - to make the work that I do count by putting philanthropy at its heart's center.

Helping others. This was no new concept to me - but as I learned more and more about David's life work I was compelled to alter the course of my own life and business and, as a result of our relationship, I am now creating my own non-profit Foundation.

David Pritchard has altered the course of my life in a very short period of time and through his own myriad philanthropic endeavors I know that he is directly and indirectly changing the lives of countless others.

I believe that David cares a great deal about the people he works with and he has shown me in many scenarios his willingness to sacrifice of himself for the benefit of the greater whole. He has shown himself to be honest and forthright in all our dealings (business & personal).

For all of the aforementioned reasons I hope the court will take into account David Pritchard's broader impact in helping others from all walks of life when deciding his sentence.

His life serves the community immeasurably greater free to continue to his good works.

Sincerely,

*DAR*

Davin A. Riley

Gabriela Salazar

1818 west 51st street
Los Angeles, CA 90062
323-698-5348
gabriela_salazar54@yahoo.com

February 3, 2015

To whom it may concern:

I am currently nineteen years old and a past member of Harmonies Girls Choir. Being in Harmonies was a huge part of my life. I was given many opportunities to learn, grow, and was shaped with every experience that I came across. One of the biggest experiences that truly impacted my life was the Europe trip that we took in 2007. However, without the help of David Pirtchard and his big donation for our trip, I and many of the other choir members would not have been able to have shared this experience.

I and many of the girls come from less fortunate families. Going to that trip was something we would not have even though of until we were able to receive such donation. I am and will not stop being grateful for that opportunity. It shaped me into the person I am. I am very blessed to have gone on that trip because not many other children of my age would have had the opportunity; especially from the neighborhood that I come from.

Going on that trip was beyond me. I learned so much culture that any language class or movie would not have been enough. Not only did I learn about the other culture, but I also learned much aout myself. Through that trip I realized my passion for the arts was bigger than I had thought. I am now a classical voice major and I plan on pursing music to the fullest of my abilities. Without the help of Mr. Pirtchard, I wouldn't be where I am today. I think that I would probably not know what to do with my life and I'd be wandering like many of the kids off my block. Being in Europe made me realize that there was so much out there for me. I no longer felt like I was stuck in some pit whole. Receiving that donation made me feel like I my future mattered to somebody.

All in all, going trip was the best thing that has ever happened to me; and it would not have been able to become a reality without the help of David Pitchard.

Sincerely,

Gabriela Salazar

To whom it may concern:

Back in 2007 my kids Gabriela e Iza Salazar belong to a choir name Harmonies Girls Choir, back in that time we were Invited to go to Europe with The choir, since they were really good and had participate with different organizations with beautiful musical presentations. Back in this time, I remember we were collecting and working really hard for the girls to make this trip, which we knew it was going to be exceptional. One of the places they were going to be visit was France, Italy, Venice, one of the presentations was going to be at the Festival Corale Verona Garda State. But first they were going to Perform at the St. Dennis Festival. Obviously was a big deal to all this girls and their families. we were families from Pio Pico area, a community where dreams hardly come to reality, however like good workers and big dreamers we worked really hard to make this dream come true for our Kids. We had the opportunity to meet with wonderful people, who they had the same interest as we did, education. love for music, people, like Mr. Ernest Lieblich and Mr. David Pritchard. Mr. Leblich pass away a few years later,however we had the chance to Bring some music with the girls as Thank you for his generosity. Mr. David who was kind and good hearted person, help us back in that time, we were short of money to make This trip and Mr. David in that occasion help, because he knew it was going to be hard for low income kids to have a dream like this, a trip that would change a life.  Let me tell you, how this has change lives. My kids for example had and experience that has been unforgettable, they see life in different way, with a purpose, meaning. See a future to make a difference in their as other people lives. Iza with it's the youngest of two girls, I have three kidsone boy and two girls, the youngest one, Iza Natalie, who was 9 back at the time, she is now 16 still talks about the trip like if it Would be it yesterday, that trip motive her to learn more and help in the community. She plays the violin now, and teaches in a little school in Pio Pico, and that it's a little example that I have, other girls from the choir now are also helping in the community and studying music with love. Thanks to a generous man, who open his heart and mind to help the neededback in that time. Mr David open a door that many people who could didn't. he just believed in us; it's hard to believed that a good man it's in a position tha Mr David its now, he always help people just because he knows he is change a life one at time. He is kind and very welcoming person who always believed can have a good education would have a great future in this country and make a difference in the world.
he is a man with integrity, with values, and he who believed in good people.
I extend my thanks to him, because one day he help to make a difference in somebody's life, our life.May God bless him and keep him from harm, because people like him are hard to find in this life.

                With all your respect, WE need people like him.
                              Sincerely
                              Mirna Salazar

## Shyam's Letter to Judge Real

My uncle is the best, because he helps me do my homework, and he helped me with my projects. I love having fun with him, and doing stuff. He helps me become a good person.

Love,

Shyam(7)

*Shyam*

## Soyoko's Letter to Judge Real

Me and Dave are like best friends.

He is my uncle and I would do anything for him, because he does everything for me and my family. He brought us to Mammoth, it was a 5 hour drive, but it was worth it.

And he did all of it just for us.

Soyoko (9)

February 4, 2015

To whom it may concern:

In the summer of 2005 I was introduced to David Pritchard by my mentor Dr. Margaret Martin of thirteen years. I believe that after meeting David for the first time--his sincerity was most palpable. I told him of my hopes of completing a study-abroad semester in Panama, and becoming fluent in another language. Once abroad for the next four months, toward the end of my stay I realized how important and beneficial it would be for me to extend my stay another six months. And, although, I did not have the funds to continue my studies for the year, the idea was expressed to him and not long after I was told that the rest of my semester was paid in full by David. This was the first of many acts of compassion I received on David's behalf. After completing my year abroad in Panama, I was fluent in Spanish, more culturally mature, but most of all, humbled by the experience I was afforded as a result of David's compassion.

Throughout my life, Mr. Pritchard has been an unyielding stream of financial support, and quite honestly I would not have been able to complete my B.A. in economics without it. As I had been the recipient of so much of David's support, it's always been my mindset to show how grateful I am by continuing to both set higher educational goals and achieve them. One of my greatest accomplishments was in 2012 when I was awarded a Fulbright scholarship to Colombia. Yet in order to comply with the stipulations of the program, submission of my official transcripts were needed, without them I would not be able to receive the scholarship. David paid the last of my past due tuition amount (as I was not able to) which not only allowed me to both receive my Fulbright grant, but also complete my undergraduate studies. David's contributions in my life have had an amazing domino effect of which I have not been the only one to benefit. That has been the best part. I think that is why David continues to give and give so passionately.

David is an individual that we all need in our lives. He is the individual that has paid, and continues to pay it forward. He is everything able, willing and ready to make a difference in the lives of lesser privileged youth. And I am blessed to have been one of them and would ask that such acts are taken into unyielding consideration upon David's sentencing.

I thank you for your time and consideration.

Sincerely,
Brettany Tucker

Alondra Urbina
2400 Durant Ave. Beverly Cleary #136
Berkeley, CA 94720
Aurbina0518@gmail.com

February 3, 2015

To the Judge in the Sentencing of David Pritchard:

My name is Alondra Urbina and I am writing this letter in regards to the sentencing of David Pritchard. I would like to request leniency in the sentencing of a man who has done so many selfless deeds for others.

I was a member of an all-girls choir named Harmonies Girls Choir. This choir consisted of several low-income, Latino families who often lacked the capability to have their children enrolled in any other type of extracurricular activities. Through Harmonies, we were exposed to an unimaginable world of music that many of us never knew existed. We were taught how to sing, learned to read music, and enhanced our musical capabilities to a nearly professional level.

This musical enhancement, however, was not solely achieved through rehearsals and practices, but rather, through events and performances. The most significant of these performances were the invitations to participate in the Saint Dennis Festival in Paris, France and in the Soave Festival in Veneto, Italy in 2007. One can only imagine the enthusiasm we had. This was the opportunity of a lifetime for several of us. Many of us had never been outside the country and could have never dreamed of visiting cities we had only seen in movies. However, since many of the families were low-income, they didn't have the means to pay for the trip. We immediately began fundraising. In the end, however, we fell short by $25,000. Our choir director reached out to anyone he could and the person who stepped up to the plate was David Pritchard. He worked endlessly and tirelessly to raise the remaining $25,000 in order to give my friends and I the chance of a lifetime. His efforts, time, and determination made the difference in so many of our lives. David Pritchard gave to us what many thought was impossible to materialize: a dream.

The experiences in Paris and Soave changed our lives. We got to meet and sing with children from Beijing, China, a choir from Toronto, Canada, a girls group from Maryland, and many more. The experience of melding everyone together, regardless of nationality, race or gender, under the common threshold of music was enlightening and inspiring. To this day, I know that many of my choir members still keep in touch with friends from that trip. All of the 22 girls who attended the trips are either attending college or have graduated from college. Three girls graduated with music majors. Two who have graduated are currently working on their masters and the other two are teaching. Several of us have dreams of going back to Paris and Soave to visit the place that gave us so many memories and opportunities, none of which would have been possible without the dedication of David Pritchard.

I can definitively say that the trip to France and Italy left me with a deep appreciation for culture and music. Music has remained a strong aspect in my life. The most memorable of those experiences was the gift that David Pritchard gave to me, and the choir. I was the youngest member of the choir on the trip. Now, I'm currently a freshman attending the University of California, Berkeley as an intended double major in Legal Studies and Sociology, with a minor in Peace and Conflict Studies. I plan on attending law school with a focus on human rights. My ultimate dream is to work as a lawyer for the United Nations.

David Pritchard worked endlessly to raise the remaining $25,000 that was needed for the trip. I will always carry the memories of Paris and Soave with me. I can honestly say that David Pritchard changed my life and the lives of the other 21 members who went on the trip to France and Italy.

Sincerely,

Alondra Urbina

Mayra M. Urbina
1324 West 50th ST
Los Angeles, CA 90037
(323)243-8968
Mmu9925@lausd.net

February 3, 2015

To the Judge in the Sentencing of David Pritchard:

My name is Mayra Urbina and I am writing this letter in regards to the sentencing of David Pritchard. I would like to request leniency in the sentencing of a man who has done so many good things for others.

My daughter, Alondra Urbina, was a member of Harmonies Girls Choir. This choir was composed of girls from low-income families. The choir's goal was to give an opportunity to girls from the inner city to learn how to sing and appreciate music (including Opera and Classical), while providing an activity that developed their musical talents and enriched their lives socially, academically, and intellectually.

In 2007, the choir was invited to participate in the Saint Dennis Festival in Paris, France and the Soave Festival in Veneto, Italy. For the 22 girls involved in the choir this meant a great opportunity to perform in another country, to experience traveling, history, art, architecture, and most of all to meet other choirs from around the world. We fundraised at church and with family and friends, but towards the end, the choir was short $25,000. The choir director reached to David Pritchard and let him know of the situation. David Pritchard stepped in and raised the $25,000 that our girls needed in order to do this fabulous trip. The girls and us, parents, were extremely happy, but mostly thankful to Mr. David Pritchard for making the dream of our girls a reality. He knew that by going on this trip, the girls were going to learn lessons that were not accessible at home and that would impact their lives forever.

This trip changed the lives of the girls. When they came back, they had a deeper appreciation of classical music, art, languages and of diverse cultures. They spent a day with high school kids in Paris and with a family in Italy, made new friends from different countries and realized that they had the opportunity of becoming better persons who besides achieving in their own goals could also help society in different ways. I am very pleased to write in this letter that those 22 girls have all attended or are currently attending college. Seven have graduated (3 music majors), two are working in their masters and two are teaching. One of those girls, during her junior year at UC Santa Barbara, went back to Paris to study French. My daughter was the youngest of the choir and now she is at UC Berkeley double majoring in Legal Studies and Sociology. She tells me that her goal is the United Nations. I attribute most of the successes of this group of girls to a trip that would had not been possible without the generous help and kindness of Mr. David Pritchar. He facilitated those funds without having any personal interest, other than providing 22 low-income girls with the opportunity of changing their lives in a positive way. As a parent, I say, "Thank you, Mr. David Pritchard." He is a person with a great heart.

Sincerely,

Mayra Urbina

February 4, 2015

To whom it may concern:

It was the summer of 2005, when my granddaughter, Brettany Tucker at the time told me that she was interested in expanding her study-abroad semester in Panama. Although, I thought it would be an amazing opportunity for her, I knew that we--her grandfather and I would not be able to contribute financially. It was not soon after that I became aware of an individual--David Pritchard, whom which made it possible for my granddaughter to continue her studies abroad. It was an act of invaluable kindness and generosity that really moved me, especially knowing how important it would be for my granddaughter's future.

Two years later, Brettany now in college, told me she would not be able to continue her studies at Barry University as she had a past due payment of a couple of thousand dollars. At the time my husband and our family were going through a period of extreme financial and housing instability and so again contributing to this balance could not even be considered. One week later, my oldest daughter Cynthia Tucker told me that it was David who sent a check that paid for Brettany's balance.

I can continue on about all the wonderful things that have been done for my granddaughter on David's behalf, but what I'd like to highlight is how those same benefits have in turn benefit other members of our family-- myself included. Those acts gave me the security in knowing that I could give my attention to my children like my daughter Cynthia (who throughout most of Brettany's college years had no home of her own). David's contribution also gave me the optimism needed to instill in the lives of my children, the optimism that when there is a will, there *will* be a way.

David is living proof that individuals like himself empower our youth in ways in which they cannot do alone. Yet, with more Mr. Pritchards in the world we can all take note of how important it is to give and keep giving. I kindly request that during the case, the aforementioned examples of Mr. Pritchard's are taken into consideration and that all possible types of leniency be granted.

Cordially,
Cheryl Way

<u>Yavan's Letter to Judge Real</u>

I love Uncle Dave.

He helps us a lot and he cares about our education.

I m 13, and he is doing his best to get me into a good high school, so I can keep on learning. He does a lot for me and my brothers, helping in every way to teach us what life is about. We have discovered the United States, gone to a lot of different places with him. He cooks for us and does all sorts of wonderful things, he helps us with almost everything.

He is outgoing and helps a lot of people. I don't want him to move out of my bubble, it would make me very sad. I really want him to be part of our future.

Yavan (13)