**SCHEPER KIM & HARRIS LLP**
RICHARD E. DROOYAN (Bar No. 65672)
Email: rdrooyan@scheperkim.com
JEAN M. NELSON (Bar No. 150856)
Email: jnelson@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA  90071-2025
Telephone: (213) 613-4655
Facsimile:  (213) 613-4656

**Attorneys for Defendant**
**DAVID PRITCHARD**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14cr00282-R |
| Plaintiff, | **ADDITIONAL LETTERS IN SUPPORT OF DAVID PRITCHARD FOR PURPOSES OF SENTENCING** |
| v. | |
| DAVID PRITCHARD, et al. | Date:     February 9, 2015 |
| Defendant. | Time:     10:00 a.m. |
| | Ctrm.:    8 |
| | Assigned to Hon. Manuel L. Real in Courtroom 8 |
| | Action Filed:   05/15/2014 |

1  Defendant David Pritchard, by and through his counsel of record, hereby
2  submits additional letters by friends and family of Mr. Pritchard for the Court to
3  consider for purposes of Sentencing.
4
5  DATED: February 6, 2015        Respectfully submitted,
6                                  SCHEPER KIM & HARRIS LLP
7                                  RICHARD E. DROOYAN
                                    JEAN M. NELSON
8
9
                                    By:  /s/ Jean M. Nelson
10                                       Jean M. Nelson
11                                       Attorneys for Defendant
                                         DAVID PRITCHARD
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Additional Letters by Friends & Family

To the Honorable Judge Real,

I meet David Prichard April 2014, while he was a consultant for FreeConferenceCall.com. I'm the Senior Marketing Analytics Manager at FreeConferenceCall.com and was working very closely with David. Professionally, he quickly became a mentor who coached me into becoming a better leader. I think every young professional need a mentor like David, who coaches you to become your best, expecting nothing in return.

David Prichard is a very wonderful man and a friend that I could count on, no matter what. While I was going through a child custody battle and having difficulties affording legal counsel; David was there as a supportive friend.  He even took time out of his day to research free and low cost options for legal help.  He was among the very few friends who helped me during this hard time and I'm forever grateful.  Both my son Gavin and I love David and consider him family.

If I could describe David Prichard in only one word it would be: philanthropist. David is extremely generous in providing both time and money for several charities that he cares about like helping low-income children become successful academically and helping to preserve the planet for future generations. It's my hope that David may continue the positive contribution that he makes to society.

Sincerely,

Karolina Larsson DiMario

To Honorable Judge Real,

Thank you for taking the time out to read this letter concerning David Prichard and allowing those of us who call him 'friend' and 'mentor' the opportunity to share with you the David that we know.
I've known Dave know for several years now and when I inventoried all of the times we have shared together, the word 'inspiration' is probably the strongest take-away emotion I have.  He is simply the most action-orientated person I know and his track-record of entertainment industry achievements speak for themselves, but what impressed me the most was his drive to create and improve the lives of others on a global scale.  I could see that he had enjoyed success in the entertainment industry, but he wanted to graduate to something more meaningful.
Whether it was creating an ultra-nutrition food bar for famine relief distribution or the development of retired giant shipping containers that could be converted to low-income housing in Los Angeles, Dave cares about people and his ability and desire to not just talk about ways to help people but actually do it was of tremendous inspiration to me and I asked him if I could become more involved with such projects because of the potential they had to make a difference.
Dave is simply a whirlwind of ideas when you sit down with him.  It's amazing.  Once when we were having dinner, he must have mentioned ten to fifteen different projects he had going on at the same time and many of them humanitarian in nature.  I asked him "How could you possibly do all this yourself or juggle it all" and he said, "I partner up with talented people".  Dave's amazing track record of success will always attract people who want to partner up with him, but I'm sorry that he was failed so severely in the matter you are currently reviewing.
Judge Real, Dave has been on this earth for sixty-six plus years, I ask that you take into consideration the full scope of his life of good deeds.  I have been witnessed too much of it and I am deeply thankful my friend and mentor David Pritchard came into my life and I pray you can see the truly good man he is.  Thank you very much for allowing my voice to be heard.

Sincerely,

Dave Doerre

D. Doerre.doc

Honorable judge Real

Words cannot even begin to explain the kindness, warmth, and altruistic spirit spirit that I, Naomi NEVEU, see in my uncle and personal mentor David Pritchard.
Not only is he looked up to by my little brothers, family and myself but admired by those whose hearts he touched around the world thanks to his vision and humanitarian efforts.

Just to mention a few : David pritchard took part in the erection of an Hospital in Nicaragua, the creation of an orphanage in Peru and the production of a movie about the pitiful condition of women and children in the Middle East. All this in hopes of raising awareness.
The most important part to me isn't much of his past actions but more about what he is doing today, and his strong consistency to care. Because David Pritchard cares, he cares about being a good person, and he cares about becoming a better one, day after day.
Therefore,today as everyday, He is working hard on making the world a better place, giving some of us opportunities we could have never reach without him. He is active and innovative as well as genuinely making efforts for mankind. David is on his way to do so much more, please don't stop him here.

You will read it over and over : David Pritchard is an example for most of us who crossed his path, and I truly hope he can keep on being one.

I often wonder how he finds the time to accomplish all this while still being a caring and attentive family man. He indeed makes a tremendous effort to teach my brothers and I positive life lessons like caring for others and considering the benefit of mankind as a whole.

In the context of David Pritchard's life altruistic efforts toward others I would implore the Honorable Judge Real to keep my humble and caring uncle out of imprisonment.

Your honor, I sincerely hope this letter finds you well and that Mr Pritchard's noble actions will be taken in consideration in your decision.

Naomi NEVEU.

Daughter of Tatiana Thomas, and Margaret's Grand Niece

Naomi's Letter to Judge Real.docx

Mexico, February 4, 2015

To whom it may concern:

Through this letter I wish to convene to the reader my personal opinion in regards to Mr. David Pritchard, in aid for any purpose he deems fit.

I met Mr. David Pritchard last year in August, when I was visiting Los Angeles for the first time in over a decade. It was a personal and family setting, completely unrelated to any professional activity. I had the pleasure of making his acquaintance as he is a close friend of the mother of the person I was visiting. This should highlight that neither one of us held nor holds any professional interest in each other.

Despite this, I am writing this humble letter to underline his humane and proactive nature with the utmost pleasure. In fact, at the time of writing, David himself is unaware of this letter; as it was a friend of him that mentioned to me the chance of doing something for David. They say help comes to those who do good for others; I am happy to pay back to David some of the good he has done for others.

David has a very special relationship with the sons (Yavan, Hirabai, Soyoko & Shayam Renaud) and daughter (Naomi Neveu) of her friend Tatiana. I saw David caring for and supporting them on countless occasions. Be it hugging them when they most need it, taking them camping, supporting their education or teaching them about astronomy, David is a solid bastion of empowerment, guidance and love to those children.

While this is the most important example, I hold it for a fact that this same positivity he irradiates to people around him. In the stories shared about his travels and life experiences, you could always find a high regard for people of all walks of life. And I am happy to say I learned a valuable lesson in being more empathic and understanding about those around me. "It's very easy to label people on the mistakes they make under pressure, and way too easy to forget that it is their essence that defines them." I never thanked him enough for those words.

Nobody in this world is a paragon, a perfect role model; however it's the positive, empowering influence that resonates inside people around David that makes him invaluable. I hope this small contribution adds another voice to benefit a caring benefactor.

Sincerely,

Oliver John Rivera

January 25, 2015

To Whom It May Concern:

I am writing in support of my friend and business associate, David Pritchard. I am in the entertainment content business and came to know David through a mutual business associate roughly 10 years ago. In our first meeting we discovered our common interest in mountain climbing and that, in fact we had climbed some of the same mountains in South America, as well as our mutual concern for environment issues. Over the years he has shared with me information and progress on several initiatives that he has worked tirelessly on regarding homelessness, water conservation, and low income housing.

In the time that I have known and conducted business with David, I can say in complete honesty and sincerity that he has always conducted business in a forthright and honorable manner. David and I have engaged in many deals over the years. Some have come to fruition and others not, but in every deal David was honest, straight forward and always generous to the point of selfless.

David is a consummate and brilliant strategist. You could say that his only fault is his hubris and fearless attitude that he can take on a multitude of challenges at the same time and conquer all. But his talents are self-evident in the number of people who are constantly reaching out to him for guidance and assistance in their business affairs. At the very least, his intelligence and visceral sense of humor always makes for a refreshing interaction. And in my experience and observations of David he brings this same focus and comittment to the various nonprofit communities he is involved with.

Over the years that David was working with me I have seen him start a nonprofit in Boston for spinal cord injured adults, bring an arts education program to life and take pride in seeing that organization win multiple presidential awards, and bring the joy and challenge of mountaineeringand backpacking to inner city youths as a way to help educate them on environmental issues.

Incarcerating David will do society no favor. In fact, the Truth is actually quite the opposite... we need more David Pritchards out and about in the world.

Sincerely,

Ralph Stevens
**FILM CHEST MEDIA GROUP**
100 Congress St
Bridgeport, CT 06604
212-722-9755

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2015, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF System, which will send notification of the filing to all counsel of record.

                    /s/ Jean M. Nelson
                    Jean M. Nelson

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 601 West Fifth Street, 12th Floor, Los Angeles, California 90071-2025.

On February 6, 2015, I served true copies of the following document(s) described as **ADDITIONAL LETTERS IN SUPPORT OF DAVID PRITCHARD FOR PURPOSES OF SENTENCING** on the interested parties in this action as follows:

> Alexis Berg, USPO, Los Angeles – Main Office
> 600 U.S. Courthouse
> 312 North Spring Street
> Los Angeles, CA  90012-4708
> Telephone: (213) 894-3600; Facsimile: (213) 894-3627
> Email:  Alexis_Berg@cacp.uscourts.gov

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Scheper Kim & Harris's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ptanigawa@scheperkim.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 6, 2015, at Los Angeles, California.

_____
Pamela Tanigawa

Case No. 2:14cr00282

CERTIFICATE OF SERVICE