STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ELLYN MARCUS LINDSAY (Cal. Bar No. 116847)
BYRON J. MCLAIN (Cal. Bar No. 257191)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2041/0637
     Facsimile: (213) 894-6269
     E-mail:    Ellyn.lindsay@usdoj.gov
                Byron.mclain@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>DAVID PRITCHARD, and<br>CHRISTOPHER BLAUVELT,<br><br>           Defendants. | No. CR 14-282-R<br><br>GOVERNMENT'S FILING OF REDACTED VICTIM IMPACT STATEMENT<br><br>Date: February 9, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom of the Honorable Manuel Real |
|---|---|

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby submits an additional victim impact statement in this case, which has been redacted to remove identifying and personal information.

//

//

| | | |
|---|---|---|
| 1 | Dated: February 6, 2015 | Respectfully submitted, |
| 2 | | STEPHANIE YONEKURA |
| 3 | | Acting United States Attorney |
| 4 | | ROBERT E. DUGDALE |
| | | Assistant United States Attorney |
| 5 | | Chief, Criminal Division |
| 6 | | _____/s/_____ |
| 7 | | ELLYN MARCUS LINDSAY |
| | | BYRON J. MCLAIN |
| 8 | | Assistant United States Attorneys |
| 9 | | Attorneys for Plaintiff |
| | | UNITED STATES OF AMERICA |