SUPPLEMENT/ATTACHMENT

(Redacted Victim Impact Statement)

Case 2:14-cr-00282-R   Document 299-1   Filed 02/06/15   Page 1 of 3   Page ID #:4556



January 27, 2015

Hon. Manuel L. Real
c/o Victim Witness Assistance Program
Attention: Katherine J. Ferguson
USAO- Central District of California
312 N. Spring Street, Ste. 1700
Los Angeles, California 90012

TO:  Honorable Manuel L. Real
RE:  Victim Impact Statement Case Number 2014R01006, Court Docket Number-14-CR-00282

For many years, my husband, W███ E. (B██) P█████ and my son, J███ P█████, were very excited about their involvement with Giga Pix Studios. They believed their investments were in good hands and the people they were involved with were truthful and honorable. They enjoyed talking to each other about the projects in which the company was involved.

B██ and J██ each sent initial checks for $10,000. My husband received many calls from Giga Pix and was especially interested in the conversation about the company poised to go public, which he was assured was going to happen. He had many phone calls from sales people at Giga Pix encouraging him to invest more money. When the request came to invest in "OZ3D", my husband invested $5,000 and he convinced me to also invest $5,000. The brochures and printed information were very slick and professionally done and my husband was very excited about this project. However, I didn't have a good feeling about the investment; I felt he had gone too many years without any return on his initial investment. But I went ahead and joined him in investing in "OZ3D". The next thing I knew was that our son, J██, flew to Des Moines to observe the filming of Blackbeard and found there was nothing in the mall to show filming nor did anyone who worked at the mall know anything about the filming. That was when I knew this was not a company to be involved with or to trust. However, B██ kept getting phone calls to invest more money into the company.

Unfortunately, my husband passed away from pancreatic cancer. The only thing I can think is good about his passing is that he never knew the extent to which he was deceived by Gregory Pusateri, Christopher Blauvelt, Cherie Brown and David Pritchard. I am thankful to you and the FBI for convicting these people for their sham.

Sincerely,

J████ P█████
Cell: ███████

CERTIFICATE OF SERVICE

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **GOVERNMENT'S FILING OF REDACTED VICTIM IMPACT STATEMENT** service was:

| [X] | Placed in a closed envelope, for collection and interoffice delivery addressed as follows: | [ ] | Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows: |
|---|---|---|---|
| [ ] | By hand delivery addressed as follows: | [ ] | By facsimile as follows: |
| [ ] | By messenger as follows: | [ ] | By federal express as follows: |

**U.S. Probation Officer Alexis Berg**
**U.S. Probation Officer Christina Torres**
**United States Probation Office**
**312 North Spring Street, 6th Floor**
**Los Angeles, CA 90012**

This Certificate is executed on February 6, 2015, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*Belinda B. Tunque*