1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

# **Character Reference Letters for Sentencing**

1. David S. Olson
2. Robert Corti
3. James F. Hurley
4. Tom Householter
5. Janet Householter
6. John D. Rowell
7. Rev. Monsignor T. Terrence Richey
8. Rev. Ayamanatara Brown, R.M.
9. Donovan James Brow III (Son of Ms. Brown)
10. Arhur Roitstein (Gigapix Investor)
11. William J. Crabb, M.D. (Gigapix Investor)
12. Philip Ruyle (Gigapix Investor)
13. Ralph M. Witkin
14. Stephen L. Bloch
15. Stanley R. Cohen
16. David and Nancy Conant
17. George Benatato
18. Sandra Stewart
19. Bill Hill
20. Steven P. Sheridan
21. Ken J. Margarit
22. Rev. Msgr. Robert J. Gallagher VF
23. Michael Denny
24. Denis Garvey
25. Rev. Kevin Larkin, Pastor Emeritus
26. Richard Blair
27. Jennifer Schwandt
28. Mary Bailey
29. Robert Regan
30. Jim Reilly
31. Michael Morin
32. Giselle Nagy
33. Saralee Vosburg
34. James M. McNally
35. Thomas Smallwood
36. Kenneth A. Jacobsen
37. Sari Averill
38. Bob Nowicke
39. Sam Usher

40. Donald Morgan
41. Jean Atwood
42. Victor Ramos
43. Cherie Brown

Hon. Manuel Real
United States District Court, Central District of California

I have been a practicing attorney for close to thirty years. I am licensed and in good standing in California, Florida, the United States District Courts for the Central and Southern Districts of California, the Ninth Circuit Court of Appeals, and the United States Supreme Court. I am AV rated and a shareholder of a well-established Los Angeles law firm.

I have known Cherie Brown for over six months and am acquainted with and have witnessed the work she does in the community with the Red Jelly Donut group of Alcoholics Anonymous (which she established seven years ago). Ms. Brown, based on my observations, not only is not a threat to society, or likely to engage in any criminal or other wrongdoing, but on a daily basis SHE SAVES LIVES.

Ms. Brown became sober as a young woman 39 years ago through AA and has maintained her sobriety throughout that time. More than that, she has dedicated virtually her entire adult life to helping others get and stay sober.

People of all ethnicities come to AA--usually voluntarily, and from all walks of life: rich, poor, and middle class, and are judges, doctors, police officers, lawyers, unemployed, mothers, fathers, wives, husbands, sons, and daughters. These folks have one thing in common. They are trying to get or stay sober and become or remain productive members of society.

Ms. Brown goes above and beyond in working with people toward those admirable ends. By sharing with others seeking help her own experiences with alcoholism and sobriety, her wisdom and knowledge, and in a caring and compassionate way, *she makes a tangible and very real difference in people's lives*. First, she helps people get and stay sober. That saves their lives, often times literally. Second, when an alcoholic sobers up and stays sober, that also the saves the lives of the wives, husbands, parents, relatives, and especially children of the people she helps, not to mention the public at large because alcoholics, obviously, often can be a danger to society at large, including by drinking and driving. Ms. Brown dedicates herself to helping those who suffer from alcoholism and thus saves lives. She has helped thousands of people over the years in this most profound way and continues to help people (and society) on a daily basis through her service to AA. She does not give money. She gives her time, and she gives herself, to those in need.

From my experiences with and observations of Ms. Brown, I am quite surprised she was convicted of felony crimes and do not believe she would ever again engage in any criminal or wrongful conduct. Moreover, as noted above, there is no doubt that if she was unable to continue with the work she does in AA, it would be a tremendous loss for

the community at large that she is protecting by helping people get and stay sober and to those she would no longer be able to help.

David S. Olson
CSB # 127264



Burbank, CA

December 3, 2014

Hon. Manuel Real
U.S. District Court

Dear Judge Real,

I am a professional that has been in the entertainment
business my entire life.  I've known Cherie Brown as a
friend in the entertainment business socially for 7 years.
During the past 7 years I have spoken with her often,
sometimes several times per week.

In speaking with Cherie over the years I have gotten to
know her quite well and know the history of her life to
date.  If you took the time to learn Ms. Brown's life story
you would be amazed and overwhelmed with the
admirable life that she has led.  Cherie started working at
the age of 14 and was living on her own since the age of
16.  She not only went to school but she worked to support
herself at this young age at this time as well.  Taking on
such responsibility is to be commended and admired.  She
worked at a number of jobs during her career to date and
has excelled at each of them due to her work ethic.  Ms.
Brown not only worked to support herself but she also
raised 2 sons on her own.  While working and raising her
sons as a single mother she earned a college degree.
Cherie Brown was not born with a silver spoon in her
mouth and never gave up when faced with a challenge.  In

fact, she's always taken a negative situation and turned it into something positive in order to succeed. Starting with her first job at the age of 14 she made an honest dollar and never took the easy way out. While never cheating anyone, she has always been upfront and honest in all of her dealings. Cherie has one of the highest work ethics of anyone that I have ever known. From all the facts I know about Cherie Brown, I cannot fathom her being a criminal in any way shape or form.

Cherie is a loyal friend that is always there when you need her and has one of the biggest hearts that I know. She runs a weekly meeting of a chapter of Alcoholics Anonymous where she sponsors others that need help to over come their addiction. I personally have witnessed her weekly ritual of getting to the meeting place early, setting everything up, arranging for the night's speaker prior to the meeting and then breaking down and cleaning up the venue herself. She is a dedicated and responsible person who is always available to help others in need.

Over the years I have seen Ms. Brown give money to the homeless and people asking for donations outside stores when she really couldn't even afford it. But she gave from her heart. Cherie is a better person than I am, because I can easily ignore any beggar that I may confront on a daily basis but not Cherie. She is a giver and I've witnessed this personally. She is in no way shape or form a greedy person. She has compassion and love for people who are in need. She is a giver and not a taker.

Cherie even gave money out of her own pocket to a co-worker at Gigapix when he didn't get paid and on another occasion when he needed money to take his girlfriend out. She was never paid back a dime from this man. Instead, he did find it in his kind heart to testify against during her trial.

Ms. Brown has been a practicing Catholic her entire life and attends mass and receives the sacraments. She is a believer in the 10 commandments and uses them to guide her through life's journey. I'm sure you are familiar with the 7th commandment "Thou Shall Not Steal". The charges brought against her are completely out of character with the way she has always lived her life. A life of crime and corruption is not her way of life and never has been.

Ms. Brown has never been in trouble with the law her entire life. In fact, she has been a model citizen and someone to be admired for her accomplishments. This is just one more reason that these charges are so out of character with her inner being.

This case has had a tremendous negative impact on Ms. Brown because she knows that she did not participate in any criminal conduct but still a jury somehow found her guilty. She is also devastated that people who were once friends have now been persuaded to testify against her.

The criminal conduct that led to Ms. Brown's conviction is utterly surprising and unbelievable based on what I know about her character. Cherie would never mislead any client

at any company for any reason.  She was successfully
doing her job while working at Gigapix and was rewarded
with a paycheck just as anyone else in a sales position at
any company would be.  Being a devout Catholic and also
being accused of untrue actions such as having a personal
relationship with her boss is something that is also totally
untrue and completely out of character for her.

I know that a jury found Ms. Brown guilty but quite frankly
I do not believe it.  In my opinion, and having knowledge
of her life and character, committing such a crime would
be completely opposite of her beliefs.  In addition, I have no
reason to believe that she would never commit any crime
like this in the future.  This is 100% out of character with
her entire being.  She is not a criminal.  All Ms. Brown
wanted to do and still wants to do is to earn an honest
living, be happy and enjoy her children and grand children
in the remaining years of her life.

I know that you have a very busy schedule but if you
have the time I think that having a personal one on one
conversation with Cherie Brown in private you will realize
what a kind, generous, loving and honest person she is
and that she did not commit and would never commit any
crime.

Cherie Brown's life has been turned upside down.
She has been wrongly convicted.  As a friend with an in-
depth knowledge of her life story, I cannot even entertain
the thought that she is now a criminal, ever has been or
ever will be.

Please take in to consideration the facts I've written in this letter and as well as the admirable life Cherie Brown has led before you make any decision. I sincerely hope that you will agree that she should be released and not sentence her to any time in jail. This woman was put on this earth to help people and that is exactly what she has done and will continue to do if she is free. Sentencing her to jail would be a travesty of justice and a loss for all mankind.

Thank you for taking the time to read this letter.

Sincerely,

Robert Corti

December 14, 2014

Honorable Manuel Real, U.S. District Court

Re: U.S. v. Cherie Brown, CR 14-282-R: Mr. Stanley I. Greenberg, Counsel to the Defendant

Your Honor:

May it please the Court, I am writing today on behalf of Ms. Cherie Brown.

I have known Ms. Brown since approximately 1988. I met her at a Sherman Oaks meeting of Alcoholics Anonymous. Since that time, I have attended scores of AA meetings where she was present, and have been the speaker at numerous AA meetings where Ms. Brown was the secretary and the guiding force of the meeting.

Outside of the rooms of AA, I have had no personal or business relationship with Ms. Brown. However, as Your Honor undoubtedly knows from long perspective on the bench, much in the way of character, honesty and integrity is perceptible through sustained exposure to a person in a peer-review setting over an extended period of time.

Over these many years, Your Honor, I have come to know Ms. Brown as a continuously sober and dedicated member of Alcoholics Anonymous. At no time have I experienced, or heard, anything that would tarnish Ms. Brown's reputation for candor and honesty. I believe my own long experience in senior roles in business and in AA places me in a position to accurately evaluate friends and associates, and I do not take such responsibilities lightly.

Ms. Brown has a lifetime of additional service behind her and before her in helping others to obtain and maintain sobriety. I believe she continues to be fully committed to this work, and that the principles which guide her in so doing are the same principles she holds dear on a deeply personal level.

For Your Honor's information, my own sobriety date is May 13, 1973. I have been continuously sober and active in Alcoholics Anonymous since then. My entire life has been revitalized – something I know from personal knowledge is true in Ms. Brown's case. I rebuilt my family, community and business life by applying the principles of AA, as I know Ms. Brown has. I am a past two-term chairman of the Los Angeles County Commission on Alcoholism and have served on many corporate and not-for-profit boards of directors. I am a past president of Wilshire Country Club and past director

and president of the National Investor Relations Institute. I am currently managing partner of Beacon Advisors, a national communications consultancy.

Like Ms. Brown, I see my overarching life's work as helping other alcoholics recover from their deadly illness. While I am in no position to have heard both sides of the case before the Court, I am aware of the accusations against Ms. Brown, and I find it extremely difficult to fit them into what I and many others know and admire about Ms. Brown and the principles of rigorous honesty she has long demonstrated to us. I urge Your Honor, in contemplating Ms. Brown's case, to consider the implications of subtracting her from the community she serves so avidly.

Your Honor, with complete respect for the Court's long service to justice, I simply cannot fathom, based on my long personal knowledge of Ms. Brown, that she would knowingly violate the laws of the nation and the common ethics of business as reflected in the proceedings.

It would be a privilege to amplify on this letter if it would please the Court.

Thank you, Your Honor, for your attention.

Sincerely,

James F. Hurley

858 756 3123 (O)

213 500 7440 (C)

858 756 3101 (H)

December 12, 2014

Honorable Manuel Real
U.S. DISTRICT COURT

Honorable Manuel Real:

My name is Tom Householter and I have known Cherie Brown for just about four years. I first met Cherie at an Alcoholics Anonymous (AA) Program meeting called the "Red Jelly Donut Group". I was living in a sober living house at the time and the whole house attended a meeting lead by Cherie each week. She treated us all like her children and taught us standards and expectations so we could be productive members of AA. This meeting actually, now four years later, has become my "home group". The last couple of years I have been leading the meeting with Cherie's guidance. Playing a lead role with the weekly AA meeting has taught me leadership, service and responsibility. I had none of these qualities before becoming sober. I give Cherie a lot of credit for helping me over the years through personal example and hands on guidance.

The Cherie Brown I know and respect has always been a very rules oriented person. She has shown those of us with many fewer years in the AA Program what it takes to be a productive member of society. It is important to remember that during our active addiction we were self-centered individuals ignoring any kind of rules. I am still struggling with the fact that the Cherie I know was convicted of any kind of wrongdoing. Those of us who know her see her as a hard working, responsible and a law-abiding individual. Spending time with Cherie over the years has shown me on many an occasion that she puts other people's well being ahead of herself. From being sure to reimburse any one incurring expenses on behalf of the weekly AA meeting to helping a newcomer struggling with their active addiction.

If I can stress one final thought regarding Cherie Brown it is that I cannot envision any set of circumstances or events that would cause her to break a law in the matter she was found guilty. Cherie teaches us the exact opposite, laws and rules are to be respected and followed. In the AA Program we are taught to come "clean" about any wrongdoing because our conscience can eat us alive leading to a drinking relapse or possibly death. For a woman with almost four decades of sobriety, who has lead her life on the positive guiding principles of AA, it is impossible for me to believe she would do something so severe that it could lead her to drink again and destroy the positive example she has set for many others.

Thank you for consideration.

Sincerely,

Tom Householter

12/17/2014  03:04PM  8188544908          JANET HOUSEHOLTER          PAGE  02/02

December 7, 2014

Honorable Manuel Real
U.S. DISTRICT COURT

Honorable Manuel Real:

My name is Janet Householter and I have known Cherie Brown for just over three years. My relationship with Cherie began through her personal mentoring of my son, Tom, as part of the Alcoholics Anonymous (AA) Program.  In order to better understand the challenges of my son's alcoholic disease I began to attend one of the weekly AA meetings that he went to that was lead by Cherie. Our friendship grew out of these weekly AA meetings. Initially our discussions centered on Cherie helping me better understand the AA program and the role I could play as a parent in being there for my son. As time has passed our relationship as grown into a very strong friendship. We still see each other at the weekly AA meeting and it is not unusual for us to talk on the phone each week.

My friendship with Cherie actually grew stronger after she shared with me last year that she was being indicted by the Federal Government on charges stemming from a previous job she had held.  I believe you learn a great deal about a person's true character during times of severe stress. I would have not been surprised to see Cherie completely focused on her own personal difficulties at the expense of her work with members of AA. I actually saw the opposite. While it was clear that Cherie was very concerned about her personal situation throughout the entire legal process, it still amazes me that her focus on helping others in the AA Program remained so very strong. I saw a friend that stressed to others the importance of recovery, honest in all dealings and being of service. So when the time came that Cherie needed a friend's help in posting a bond for her bail, my husband and I were grateful we could be there for her.  She has never given us any reason to doubt that we made the right decision.

Clearly these proceedings will forever change Cherie. She will need to make changes in her life and I believe she can and will. I also believe through my personal dealings with her that she has a strong sense of what is right and what is wrong. She is a good honest person at her core. I know she will continue her service work and strengthen her commitment to helping others lead better lives through recovery.

Thank you for consideration.

Sincerely,

Janet Householter

CHEONG, DENOVE, ROWELL & BENNETT
A LAW PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
10100 SANTA MONICA BOULEVARD
SUITE 2460
LOS ANGELES, CALIFORNIA 90067
(310) 277-4857
FAX (310) 277-5254

CHEONG & DENOVE
A PROFESSIONAL CORPORATION
WILKIE CHEONG
JOHN F. DENOVE
MARY M. BENNETT

JOHN D. ROWELL

ALICIA S. CURRAN
JESSE E. FRENCH
SHANE V. HAPUARACHY

MICHAEL A.K. DAN, APC
OF COUNSEL

December 19, 2014

Honorable Manuel Real
United States District Court

Dear Judge Real:

     I am writing this letter in support of Cherie Brown and to report to the Court on her character. I ask the Court to bear with me, as I have never written such a letter for anyone previously. When asked to write for Ms. Brown, I immediately accepted the opportunity to do so. I do not write this letter lightly. I am a civil attorney and have been a sober and active member of Alcoholics Anonymous for more than 29 years.

     I have known Cherie Brown for more than eleven years. I first met her when she came to speak to a group of alcoholics in Glendale at the Windsor Club. I was introduced to her by a mutual friend who was instrumental in constructing the facility. At that time Ms. Brown had been sober for almost 28 years. I began asking her to speak at other meetings. For many years, I have asked her to come with me when I take panels into jails, hospitals and rehabilitation facilities to hold twelve step meetings. She has never refused a request. She gives of her time freely and frequently. In my experience she is devoted to helping others recover from alcoholism and, over the ten years I have had the privilege of knowing her, she has been unceasing in her efforts. I have seen her effect on others. She has helped many to turn to recovery and to stay sober during the most trying of times.

     For more than 15 years I have been a member of the Board of Directors of the Original Men's Twelve Step House, a non-profit organization which owned and operated a resident care facility in the area of Los Angeles. For approximately 20 years, I have been a member of the Foothills Hospital and Institutions Committee, a group which takes twelve step meetings into hospitals, jails and rehabilitation facilities. At various times, I served as Executive Director, Treasurer, Controller, Facilities Director and Secretary of that organization. I presently take three twelve step meetings a month into the Dual Diagnosis Ward of the Glendale Adventist Hospital, the Della Martin Center at Huntington Hospital in Pasadena, and the Pasadena Recovery Center. Ms. Brown has

Honorable Manual Real
United States District Court
December 19, 2014
Page 2

attended these meetings with me at these facilities.  Additionally, as a result of my involvements above, I have been able to personally witness Ms. Brown's commitment and participation in charitable events held by these organizations.  She has always donated her time and efforts freely.

I have been on the Board of Directors of Alanon of Glendale and/or the Windsor Club of Glendale, which owns and operates a meeting facility in Glendale.  As a result, I know Ms. Brown has volunteered to man the front desk, answer phones and talk to people who are new to AA or who are returning after a relapse.   She has donated her time in other ways, helping with the Thanksgiving Dinner offered to those who have no one to go to or who cannot afford a Thanksgiving meal.

I am also a member of the Board of the Los Angeles Central Office, a non-profit organization which provides the only 24 hour live phone service for those who have alcohol problems in Southern California and which regularly publishes and sells at cost a directory of all AA meetings in Southern California.  Ms. Brown has taken phone shifts at Central Office and I consult her as a resource for matters concerning the Central Office.

All of this effort by Ms. Brown is without financial compensation.

Her life and story are inspirational.  Essentially abandoned by her parents in Glendale when she was 16, she finished high school, married, had children and was divorced.  As a single mother, she worked her way through college while supporting two young boys.  She is extremely active in AA and has been so the entire time I have known her.  She has sponsored other female alcoholics.  She helps organize and donates her time to AA conventions.  During the time that I have known her, she has started weekly AA meetings and is at the center of others.   She has served as Secretary and other positions at meetings all over the Los Angeles area.

She also donates her time to non-AA charities.  I remember one incident in particular in 2003, there were a series of fires in the San Bernardino Mountains near Lake Arrowhead which became known as the Old Fire.  The firefighters and residents were having a tough time of it.  The fire destroyed almost a thousand homes and burned over 91,000 acres.  Many of the trees in the area had been killed by an earlier beetle infestation and unfortunately provided plentiful fuel for the fires. As the scope of this tragedy became more and more apparent, Ms. Brown got a group of people together in the South Bay, collected needed goods and supplies and arranged to have a

Honorable Manual Real
United States District Court
December 19, 2014
Page 3

semi-truck deliver the needed supplies to the area.  This donated effort took a full week during which she took off her regular work and put in 15 hour days.

She is a member of the Catholic Church, as am I, and regularly attends mass.  She participates in Church-sponsored events and charities.

When I met her, Ms. Brown was working as a substitute junior high and high school teacher for the Centinela Valley Unified District, Long Beach Unified and the LAUSD.  She left that teaching job after being assaulted by a student and injured.  She went on to work with non-profit organizations operating theaters and sold ticket subscriptions to donors.  When she went to work for Gigapix, she was tremendously excited, a "true believer" in every respect.

Over the years, I have seen Ms. Brown on a regular basis as we regularly attend some of the same weekly AA meetings.  I consider her a good friend.  Over this eleven year expanse of time, I believe I have come to know her very well.  In my experience, long-term interaction with someone is key to understanding their character.  In all of my dealings with her, she has been honest and forthright.  I know quite a few people who regularly deal with her and they uniformly share my opinion of her good character.  She is deeply appreciated by others of us who are in AA.  She has never, in all the time I have known her, taken advantage of anyone.

Over the years she has proven to be rigorously honest to a fault.  I have been with her when she made the car turn around and go back because someone had given her too much change.

I currently represent Ms. Brown as Respondent and Cross-Appellant in a civil appeal pending before the Court of Appeal for the State of California, Second Appellate District.  She is a good client.

Ms. Brown is a doting grandmother and carries photos of her grandchildren with her, from my experience at least, at all times.  She is more than willing to share stories about her grandchildren and pictures pop out at the first opportunity.  Unfortunately, in my experience, alcoholism tends to run in the family and her son seems to have inherited the gene.  This has caused a great deal of distress in her life and that of her grandchildren.

Honorable Manual Real
United States District Court
December 19, 2014
Page 4

Needless to say, I was shocked when I learned that Ms. Brown was charged with criminal activity. The Cherie Brown that I have known would not take advantage of others.

In my opinion, Ms. Brown is extremely unlikely to engage in any criminal conduct, now or in the future. This whole experience has terrified her and left her extremely depressed. In this time she has continued to turn to her church and to helping others in Alcoholics Anonymous. It is my hope that she can continue to contribute her efforts to help others in our community deal with the scourge of alcoholism. We can all use the help.

For the Court's information, my background is as follows:

My family and I have resided in Glendale since 1976. I am an attorney and have been a member in good standing of the Bar of the United States District Court for the Central District of California since 1978. I was admitted to the Bar of the State of California in 1977 and have been a member in good standing ever since. I am a member of the American Board of Trial Advocates and have served on the Executive Committee of the Los Angeles County Bar Association. I am on the Board of Directors of the Attorneys Information Exchange Group. My primary areas of practice are products liability, insurance bad faith and civil appeals. I am a partner in the law firm of Cheong, Denove, Rowell & Bennett.

I would be pleased to talk to the Court or to anyone from the Court in greater detail about my experiences with Ms. Brown as well as my opinion of her character.

Very truly yours,

CHEONG, DENOVE, ROWELL & BENNETT

John D. Rowell

JDR/mc



## St. Basil's Church

3611 Wilshire Boulevard, Los Angeles, CA 90010
Office: 637 S. Kingsley Drive, Los Angeles, CA 90005
Telephone: (213) 381-6191 Fax: (213) 382-5883

December 19, 2014

The Honorable Manuel Real
US District Court

I am retired priest of the Archdiocese of Los Angeles. I still direct the Office of Alcohol and Drug Abuse Ministry.

Cherie Brown and I met over 40 years ago through a mutual priest friend, Rev. Denis Garvey. She was a young woman, on her own, always searching for understanding and a good way of life. Her discovery of an alcoholic problem, her very active recovery, helping others through sponsoring and starting a new AA meeting are known to all who know her.

As she became aware the malfeasance of those who managed the company, she shared with me her shock and dismay that such behavior could even be possible by those for whom she worked.

In our personal conversations, she has always shown herself to be earnestly searching for a way to deal with the challenges in her life in an honorable and effective way.

Sincerely yours,

Rev. Monsignor T. Terrence Richey

*"...the poetry of the Gospels, and the hushed beauty of the sanctuary at noon Mass at St. Basil's led me to Christ."*

Hon. Manuel Real
US District Court
Re: US v Cherie Brown, CR 14-282-R

December 23, 2014

Dear Honorable Judge Real,

I have known Cherie Brown for approximately 20 years. As we are both members of a 12-step group, we see each other fairly frequently, and I have, in that time, learned a good deal about her character, how she handles herself, and her reliability. She has always been straightforward and honest, and I have observed that strict adherence to rules and guidelines is incredibly important to her. I have never had any question as to where she stands on any given matter, and her personality has not wavered. In the common vernacular, Cherie is very "what you see is what you get."

As an Interfaith Minister, I prefer to associate with people who are trustworthy, dependable, and honest. Ms Brown has never given me any reason to even contemplate reducing contact with her. I am comfortable in her company and have no doubt that she can be trusted with any matter I share with her. Furthermore, I value her opinions and assessments of situations and have found her insight to be invaluable.

I am, therefore, very surprised at the charges that led to Ms Brown's conviction. The behavior described is very much out of character, in my experience.

As this case has progressed, I have seen Cherie become more and more distraught. In our conversations about her situation, she has presented as bewildered, and has given me the impression that she doesn't understand why this is happening to her. In other matters, I have seen her take responsibility for situations in her life without hesitation; I have no doubt her reaction would be different if she felt she had done anything wrong herself. I truly believe that, once she is clear of this, she will be even more discriminating and careful about her associates and with whom she involves herself.

Thank you for your consideration of my input. I know your time is valuable and trust that you are being diligent.

Sincerely,

Rev. Ayamanatara Brown, RM

| | |
|---|---|
| Subj: | **To: Honorable Manuel Real US District Court:** |
| Date: | 12/27/2014 2:18:01 P.M. Pacific Standard Time |
| From: | djbrown20@yahoo.com |
| To: | ▓▓▓▓▓▓▓▓▓▓ |

To: Honorable Manuel Real US District Court:

My name is Donovan James Brown III . I am the son of Cherie Brown. I am writing this letter not only as her son but also as a character witness.

Throughout my childhood and my life my mother has instilled many values and morals in me of the highest standing. She has always taught me to be kind, honest and loving to all of God's children. She has been a parent who is expected only the best out of me. When I expressed to her difficulty I've had with other people in my life her answer would be "Donovan that is someone's son or daughter, maybe they have serious difficulty in their life, maybe they're losing a loved one or just lost their job and cannot pay their rent." My mother always taught me to be compassionate and loving and to see the good in people. She has always expressed to me the importance of being a giving person who is grateful for what we have. Not looking at the next person in comparing, and the idea of what we don't have. We grew up poor and my mom has always struggled financially, she never looked at it as we were less than or not equal to others. We had food, a roof over our head and she made it clear that as long as we have each other and our health we could get through anything. And we did. My mother has given me the gift of love and affection that I could ever ask for.

My mother has been in Alcoholics Anonymous for over 39 years. She has helped hundreds of people to better their lives based on the principles of unity, service, and recovery. These principles she will take to her grave. She will live no other way. At times I thought to myself "I wish you could have a drink" the difficulties of raising two boys on her own, her tough childhood, and the stresses of life that we all have. But through it all she remained a shining example to others through her actions. My mother is a giver not a taker. All throughout Los Angeles and even further she is respected and asked to share her story so that it may pass to someone who is fighting for their own life through the program of Alcoholics Anonymous. Asked to drive three hours to Palm Springs to be the speaker at a meeting at the last minute or get up in the middle of the night to go help a newcomer and get them off the street, without hesitation she's there. Always putting others before herself, this is the message she has made sure she's instilled in me. And I believe it is the way. Whenever I'm down and life hurts, I call my mom as many children do, and she tells me "make a gratitude list, write down 25 things you're grateful for, God is giving you so much, understand all that you have. You are blessed. God will always take care of us, we don't need more than what he wants for us right now. This very moment is where we are supposed to be."

My mother has made many sacrifices to raise her children and be the best she can be. Not just to us, but to all of humanity she has come into contact with. She has done this with honor and integrity. She has always been there for me and has been by my side through my darkest times. She's a positive and inspirational part of my life, always teaching me that God has a plan for all of us. That as long as you do the right thing in life and treat gods children kindly, things will always turn out in your favor. I find it very difficult to see any sort of change of heart in my mother, where greed and carelessness happened on account of others. My mother would never take advantage of someone else through deceit to benefit herself. She is the strongest woman I have ever known. Independent and a survivor. A warrior who has battled through her tough childhood, life struggles, and still helping others first and foremost.  My children adore their grandmother, my seven year old daughter is being taught these same values from her.. If you knew my mother is I do, she would not be standing there on trial, or accused, or definitely not sentenced. She would be forgiven for getting involved with people who look at life as what they can get out of others, taking advantage of others to reach financial gain. My mother does not do this. She believed she could help others to raise them up, she would've never recommended one single investment if she didn't believe in it wholeheartedly that it was an honorable practice. I ask that God oversees your decisions. My mother is not the reason that people were purposely taken advantage of and hurt. And she never will be.
Sincerely, Donovan J. Brown III


Sent from my iPhone=

Arthur Roitstein

~~Clark Street~~

~~Brooklyn, NY 11201~~

Hon. Manuel Real

U.S. DISTRICT COURT

SUBJECT     U.S. v. Cherie Brown, CR 14-282-R

I have known Cherie Brown since May 2008 when I made my first investment in Gigapix Studios Inc.  Over time we became good friends, speaking to each other during lengthy phone conversations 3 to 4 times a week and exchanging emails (I often forwarded jokes and cartoons to her that had been emailed to me) and discussed books and articles we'd read.  I found her to be interested in many national and worldwide political and moral issues that I was concerned with too. On several occasions she discussed helping elderly neighbors and organizing fund raising dinners for her church. We got to know each other well enough to feel comfortable discussing our relationships with our children and grandchildren, even exchanging pictures of the latter. She has met my wife (who at the time was in the beginning stages early onset Alzheimer's) and son on a trip she made to New York.  She had suggested we go out to dinner.  I told her about my wife's condition and asked if she would mind if I brought her along. Cherie had no problem with that and in fact took my wife with her to ladies room before we left the restaurant.

Cherie was the first one to warn me that investors weren't being told the truth about Gigapix Studios financial state, the development of the animated film OZ3D, other projects that should be generating income, and the much touted reverse merger that was supposed to expedite going public. She suggested, that

as an investor I had the right to request financial statements, and that I call the President of Arc Studios (the Toronto based firm that did the animation for Elton John's extremely successful "Gnomeo and Juliet" and was now "partnering" with Gigapix on OZ3D) and gave me his phone number. When I did call, he told me Arc had stopped working on OZ3D after spending $75,000 on the project because Gigapix had only provided them a copy of the script and sketches indicating the desired look of the characters but had never made any of the scheduled payments they owed Arc. He then stated that Arc was suing Gigapix! When I asked Gigapix CEO Blauvelt about missing payments, he claimed Gigapix hadn't missed any, but had merely been late with the first one.

Cherie told me that when she asked David Pritchard about how to answer questions she was getting from investors about matters such as when they would receive the proxies concerning the merger with Make Something Happen, he asked her who she worked for – Gigapix or the investors, and that she told him the investors. At another point she told me he yelled at her that he could go to jail!

She told me when and why she quit and about going to the FBI to report the mishandling of investors' money and misinformation being disseminated to them. She also told me she was able to provide the FBI with listings of investor names and the amounts they'd invested in Gigapix and/or OZ3D. She asked if I would mind her giving my phone number to other investors and also gave me some of the numbers of those who said it was alright if I contact them.

Gigapix and OZ3D Investor

*Arthur Roitstein*

Arthur Roitstein

Hon. Manuel Real                                                12/19/2014

U.S. District Court


RE: U.S. v. Cheri Brown, CR 14-282-R


Dear Sir,

I have known Cheri Brown from May of 2008 till now.  I became acquainted with her when I first invested in GigaPix and later in OZ3D.

I have always found her to be forthright and honest in our dealings.  I never had reason to think otherwise.

I was disappointed to hear of the outcome of her case as I do not feel that she was involved in any conspiracy to defraud me.  In fact, when she first became aware of the possibility that others were misusing the monies invested she contacted myself and her other investors to alert us of this problem and urged us to take action to protect our investments.

I don't know what recourse you have, but I hope this letter helps you understand how I feel about Cheri and her dealings with me throughout this unfortunate investment.

Sincerely,

William J. Crabb, MD

**Phil Ruyle**

**To:**       stanmanlaw@aol.com
**Subject:**  Cherie Brown Federal District Court Case

Honorable Manuel Real,

I first met Cherie Brown by telephone after making an initial investment in Gigapix.
She had taken over for a previous representative, who left the company. I live and
work near Toledo Ohio and was in Trust Banking for 26 years prior to the recent 10
years as an independent Investment Advisor. I have extensive experience in
dealing with sales representatives for private placement investments.
After speaking with Cherie, I also talked to Chris Bleavelt and David Pritchard. Then
made a smaller investment in OZ3D.

At all times Cherie was professional and honest with me. No great rosie pictures
were ever put forward by her. I was never deceived by Cherie Brown and that is
why I travelled to California to testify on her behalf. I am still in disbelief that she
could have been involved in this terrible scam. She is not trained in finances and I
find it implausible that she knew the Gigapix/OZ3D financials well enough to be a
willing participant.

Please consider my letter and trial testimony as independent and experienced
thought in support of Cherie Brown. I am very grateful that the District Attorney
pursued this case against the company principal's. As a shareholder, thank you.
Sincerely,

*J. Philip Ruyle*

*January 7, 2015*

J. Philip Ruyle, JD

Senior Advisor
Munn Wealth Management
P 419-794-7191
F 419-794-7194

**Ralph M. Witkin**

~~7967 Pine Barrens St., Las Vegas, NV, 89148~~   (702) 786-6378

Email: *i215Exit17@gmail.com* (new)

19 December 2014

Hon. Manuel Real

U.S. DISTRICT COURT

c/o: **Stanley Greenhberg** via email: *Stanmanlaw@aol.com*

I've known Cherie Brown personally for over 30 years.. During these past three decades we've been involved with non-profits together where we have worked on fund raisers, there was even a brief period about 25 years ago when we worked together on a business project.

Although I left the Los Angeles area over 16 years ago, we've remained in regular contact and whenever either of us is anywhere near the other while traveling – we always get together.

In all this time, considering the nature of our experiences together – I've never once questioned her honesty or level of personal responsibility. At times, one of us will purchase tickets for an event with the understanding that the other will reimburse for their share, and this has always been done without question in a timely manner.

I've always felt that if I was having a problem or some personal trouble, Cherie would be a friend that I could rely on to help me thru that period in whatever way she could. This is the feature of our relationship that I consider most valuable.

She never seems to be too tired, or too busy regardless of what's going on in either her personal or business life to help someone in need.

I know that she's not the type of person who seeks compassion, and believe she has told very few people of this current problem she's trying to deal with, but because of our long term friendship and level of trust towards each other, she has shared with me the seriousness without going into much detail. This has worn her out emotionally, she's having a difficult time understanding how she can be subject to such severe consequences.

Of all the people I know, Cherie Brown is NOT a criminal! If the court has decided that she did something that is legally classified as "criminal conduct" – there is no way she would've been aware of that before hand. I've never even seen her park in a Handicapped space (even if it was raining and she was carrying packages).

The quality of her personal character is such that she would never knowingly do anything that was against the rules. Her "word" is not something that anyone has any reason to ever question. She has always been willing to make the personal sacrifice and put forth the necessary effort to achieve her personal goals at no inconvenience to others.

I was shocked when I learned of this situation. I'm a business person and don't believe that Cherie would ever engage in transactions that she had any knowledge of that were improper.

*Ralph M. Witkin*

December 6, 2014

To: Honorable Manuel Real

U.S. District Court

I have known Cherie Brown for over thirty (30) years. I am a sober member of

Alcoholics Anonymous and I am acquainted with her through the above

mentioned program. Through observation and interaction with her she has

helped numerous individuals afflicted with alcoholism and has had numerous

successes.

I am shocked and in disbelief that Ms. Brown would do anything illegal. This

matter has taken a tremendous toll on her life both emotionally and physically.

Based on my long time observation and interaction with her it is inconceivable to

me with what she has been charged with! Over thirty(30) years of acquaintance,

observation and interaction with her I have found that she has the character

traits of high morals, ethics, integrity and financial honesty. My observation of her

is that she has always acted honestly and correctly even if it was apparently

detrimental to her. I see absolutely no possibility of Ms. Brown ever putting

herself, now or the future, of being associated with any illegal activity.

Thank you for your courtesy and consideration in this matter.

Sincerely,

Stephen L. Bloch

December 3, 2014

To: Hon. Manuel Real

U.S. District Court

I have known Cherie Brown for over 20 years. I am a sober member of Alcoholics Anonymous, and I know her through the program, and the many people she has helped over the years. She is an active member of A.A. I've seen or talked to her once or twice per month, we have gone out to eat together, and she trusted me to call her son up to try and help him get sober.

I have only known Cherie as a straight shooter, and it is hard for me to believe that she would knowingly do anything illegal. This case has obviously taken a huge toll on her life. She has been holding it in, and not letting people know what was going on. No wonder why she seemed depressed the past few years.

In order to let you know the kind of person she is, a couple of years ago I lent her some money because she was going through hard times. She was paying me back $50 to $100 at a time whenever she could, but kept apologizing that it was taking so long to pay me back. Several months ago I told her that she paid me back enough, and she didn't have to pay anymore. Besides, I didn't even know how much more she owed me. She told me that she had kept track, and she owed me the money, and would pay me back every cent. Does that sound like a thief?

Based on everything I know in regards to Cherie Brown this is completely out of character, and I am flabbergasted by the charges. It just does not seem like her.

Her reputation as an upstanding member of Alcoholics Anonymous that is a law abiding productive member of society means too much to her.

Sincerely yours,

Stanley R. Cohen

8December2014

Honorable Manuel Real
US District Court

Re:   Cheri Brown

Dear Honorable Real:

We have known Cherie Brown for over 25 years through a highly regarded business
association.   We have been in her home and spent hours in her presence both
privately and publicly.  The principles of the association are such that only people
with sound moral character are attracted to, volunteer to be affiliated and remain in
the association.   So it is that we find her current situation astoundingly incongruous
when juxtaposed with the fine person of high character we have come to know.  We
are genuinely perplexed by the developments as described and are deeply
concerned for her particularly because the allegations as we have learned of them
seem, from our knowledge of Cherie, to be antithetical to her underlying character.

We do not believe that Cherie is capable of knowingly misrepresenting or misleading
anyone, especially in business-related matters.   On the contrary, we have found her
honesty and integrity may even seem abrasive at times but only surface in her
pursuit of straightforward and steadfast honesty.

Sincerely,

David and Nancy Conant
~~1904 Chiccun Street~~
~~Thousand Oaks, CA 91320~~

805 494 0869

# GEORGE BENETATO
### *Attorney at Law*

18501 SOPHIA LANE
TARZANA, CALIFORNIA 91356
TEL: (818) 342-3083 ♦ FAX:(818) 342-3868

December 3, 2014

The Honorable MANUEL REAL
U.S. District Court

Re:   U.S. v. Cherie Brown
      Case No.:   CR 14-282-R

Dear Judge Real:

Please allow this letter to serve as a character reference for
sentencing purposes regarding Cherie Brown in the above-captioned
matter.

I have known Cherie Brown for the past 30 years on a personal,
social and business basis and have always found her to be honest,
truthful, hard working and an unselfishly giving person.

She has been a sponsor and counselor to hundreds of persons, helping
them to cope with their sobriety efforts and emotional difficulties.
Ms. Brown has been a sought-after speaker for the past 30 years,
unselfishly donating her time and effort to help others.

Ms. Brown has two (2) sons whom, as a single mother, she raised
and educated to be productive members of society.  She is now a
gradmother of six (6) children who adore her.

For many years, my family and I always found her up-front and
honest in various business and social transactions.

Therefore, to learn about her criminal conviction in this case, it
was -- to say the least -- surprising and shocking and far beyond
unusual and antithetical to her character.

Cherie Brown is 65 years old and is not a threat to society.  The
chance of breaking the law in the future is non-existent.  She has
learned a tough lesson in this case most likely resulting from
her naive trust in people.

Honorable Manuel Real
U.S. District Court
December 3, 2014
Page Two.

Accordingly, I respectfully hope that your Honor, after considering
Ms. Brown's lack of any previous criminal activity whatsoever
during her long life span, in your good wisdom and justice, show
mercy and sentence her to the minimum rehabilitating program/term
as permitted by law.

Respectfuly submitted,

GEORGE BENETATO

GB:sf

December 15, 2014

Hon. Manuel Real
U.S. District Court

Re: Cherie Brown

Dear Sir:

This comes as character reference on behalf of Cherie Brown. I met Cherie in my early months of sobriety in Alcoholics Anonymous. Our relationship has been primarily in the rooms and as that of fellows in the program.

I have been to her home for a Christmas Party and have attended some program functions with her and some that she has hosted in the program. I have gone to support her when she speaks in meetings as service to her fellow Alcoholics and I have gone to speak for her when she requested I be of service at meetings she has chaired.

Although I do not have a strong personal relationship with Cherie, i.e.: "close friends", knowing her intimately on a personal level, knowing her family, I have known her for 28 years and I cannot believe she would do anything in a dishonest manner. Everything we stand for in AA is to be honest, have integrity and be of service. Any negative, dishonest behavior would surely lead us back to old behavior and to drink.

I do not believe that Cherie Brown would do anything like what she is accused of in this matter and I hope you consider that in your decisions. I have never heard of anything negative being said about her over the 28 years I have known her. In AA, we are focused on Sobriety, putting our lives together and being of service to our community and other alcoholics. People do talk in our fellowship. I have never heard any such negative talk about her. She is highly respected in our fellowship.

Thank you

Sandra Stewart

12-10-2014

To the Honorable Manuel Real -
        U. S. District Court

Your Honor, I've known Cherie Brown, CR 14-282-R
for (39½) years. For the majority of that
period of time Ms. Brown and I would
meet frequently on a friendly, social basis.
    During the mid-nineties Cherie and I
taught school at secondary locations for the
Los Angeles Unified School District. As a
qualified classroom teacher, she was consistent
in her thorough planning for daily instruction.
Ms. Brown was respected by her students
and faculty members for her unreserved
professionalism and her willingness to supervise
after-school activities.
    I have observed Ms. Brown as a devoted
single parent, without exception, place the welfare
of her (2) sons far and above any of her own
needs and struggles. I might add at this point,
as her sons grew into manhood, Cherie was
gainfully employed full-time, yet she prevailed
and earned a college degree.
    During my frequent health-related matters
(ie-coronary bypass, prostate, eye surgeries, etc.) Ms. Brown
was always available to provide concern and
assistance in terms of my follow-up home

(1.)

care. She would offer to transport me to doctor, hospital, clinic and blood lab visits and appointments. Cherie was always there for me regardless of any hardship or major inconvenience. Her truly loyal support and 'care-giving' friendship were beyond dispute.

Cherie Brown's current legal predicament has been physically and emotionally debilitating for her. Her general health has undergone a severe deterioration, some of which may have serious future ramifications.

In addition, I am astonished by Cherie Brown's present 'charge' of criminal activity. In reflection, it is in direct opposition to virtually everything I know regarding her moral character.

In closing, Ms. Brown's integrity and soundness of values exclude reproach. I have nothing but the highest personal regard for Cherie Brown.

With Respect,
Bill Hill  - 12-10-2014

②

The Valley Club
8728 Corbin Avenue
Northridge, California  91324
(818) 407-1902


December 16, 2014

Hon. Manuel Real
U.S. District Court

My name is Steven Sheridan. I met Cherie Brown 10 years ago at The Valley
Club. The Valley Club is an Alcoholic Anonymous Club House hosting fifty (50)
AA meetings a week. I have seen Cheri Brown almost every week at one or more
of our meetings.

Cherie Brown has been very active as a volunteer and a sponsor helping many
alcoholics recover and become productive members of society.

She has volunteered countless hours helping our clubhouse with events, such as,
Thanksgiving, Christmas, New Years and Alcathons for our members.

My personal experience and observations of Cherie Brown are unselfishness,
honesty, reliability and dedication to the program of Alcoholics Anonymous.

If find it extremely difficult to believe Cherie Brown was involved any criminal
conduct and convicted. This type of behavior is not consistent with the woman I
know. I am convinced that she will never be involved in any criminal behavior in
the future.

Sincerely,

Steven P. Sheridan
Manager
SPS/sps



December 16, 2014

Honorable Manuel Real
U.S. District Court

Case: CR 14- 282-R

Cherie Brown has been a very special part of my life since 1983. We began our friendship when I joined Alcoholics Anonymous 31 years ago. Cherie welcomed me and made me feel a part of the group that we attended. Over the years we have become good friends that have shared our families, friends and just about all areas of our lives.

As a single parent Cherie has done a fantastic job of raising her son Donovan in a proper fashion. She reminds me of my own mother who sacrificed so much to make sure her children would have the best that she could give them. Now that she is a grandmother she loves to talk about her grandchildren and the good times they have.

Cherie and I are both the kind of friends that are there in the good times and in the bad times. We have been to many birthdays, parties and social events together. We have also been to hospitals and funerals when friends and their families have needed support.

Cherie is a highly respected and valued member of Alcoholics Anonymous who has helped countless men and women. Even now when she has so much on her plate she schedules the speakers, furnishes refreshments and organizes a weekly meeting. We are not required to mop the floors of the auditorium after our meeting but we do it because Cherie insists that we leave the area in a better condition than we found it.

I am shocked that Cherie is in the situation that she is in at the present time. It seems totally out of character for her to participate in the things she has been accused of. I feel like Cherie has done a lot of good with her life and that it should be taken into account by the judge. I have not been asked to testify on Cherie's behalf but if I were I would make every effort to be there to share what I know to be true about Cherie and express my support for her.

Respectfully,

Ken J. Margarit
President
KJM Electric Works Inc.

(818) 888-8197 • Fax (818) 887-6274 • 7357 Deering Ave., Canoga Park, CA 91303 • Lic. #701774



**St. Charles Borromeo Church**   10834 MOORPARK STREET, NORTH HOLLYWOOD, CALIFORNIA 91602.   TELEPHONE • 818 • 766 • 3838
FACSIMILE • 818 • 766 • 5711

December 7, 2014

Hon. Manuel Real
U.S. DISTRICT COURT

Re: U.S. v. Cherie Brown, CR 14-282-R

Your Honor:

Please accept this letter as a positive comment about Cherie Brown, who currently has issues pending with the Court. I have met with her a couple of times. She is not a member of St. Charles Borromeo Parish, but has lived in this area for many years, and has a close relationship with a number of women who have been in this parish.

Cherie has been involved with Alcoholic Anonymous for many years, and has lived a sober life style for almost thirty years. My experience of 42 years as a priest and as a confessor leads me to have the conviction that one of the things you can always observe with those who have been on the program is that they do no lie. They have given that up many years ago when they found that lying was part of the problem that ruined their lives.

I also know that Cherie has been involved with Msgr. Terrance Richey, who worked for many years in our Archdiocesan Vicar Of Clergy Office helping priests with alcohol problems. He is definitely someone who would be very straight-forward in his dealings with Cherie, and others that he counseled.

So by way of observation, more than any personal comments I would make, I would be inclined to believe Cherie in her testimony. She is absolutely distraught that, after years of trying so hard to live an upright life, she has now been pulled into something that she did not have full knowledge of what was exactly happening.

I hope that these comments have been of benefit to your office, Judge. In this case, I am inclined to believe this lady's testimony.

Sincerely,

*Rev. Msgr. Robert J. Gallagher*

Rev. Msgr. Robert J. Gallagher VF
Pastor

December 3, 2014                                          Michael Denny

Hon. Manuel Real                                         Character Reference Letter

U.S. DISTRICT COURT

SUBJECT: U.S. v. Cherie Brown, CR-14-282-R

Dear Sir:

Let me preface this letter with a humble, thank you that your Honor read my letter as a consideration related to the sentencing of my friend Cherie Brown.

I have been an active, sober member of Alcoholics Anonymous for over 27-years. It was several years ago that I first met Cherie Brown and since our first meeting together, have had the pleasure of getting to know her. I can honestly say that Cherie has always demonstrated the highest degree of character and her willingness "to do the right thing" has always prevailed; she represents a fine example of someone in recovery, which demands rigorous honesty in all of her affairs to maintain sobriety. This character representation is echoed by every single person that we know in common, she is always held a high degree of respect from our colleagues.

Cherie is a very active member of Alcoholics Anonymous (AA) herself and has chaired a Wednesday evening meeting for as long as I can remember. The "Red Jelly Donut" meeting has a very large following, due in large measure to Cherie's role as the senior member and mentor to all who attend. If your Honor were to pole anyone walking into this meeting on Wednesday evening and ask about Cherie's character, there would be a unified message from all attendants and the message would state that Cherie Brown is always standing up for what is right.

Ms. Brown is well known throughout the Los Angeles Valley and could be recognized by hundreds of sober members of AA who have some sort of personal interaction with her. Cherie has been instrumental, in so many capacities, which demand a level honesty, sincerity and dedication to service that requires a high degree of moral fiber.

If your Honor could find it in his heart to reflect on this woman's public persona and unified respect from all who know her when passing your Honors sentence, it would be sincerely appreciated. We don't want to lose such a productive member of AA, who has demonstrated an inexhaustible level of service to helping other people recover from a hopeless condition of mind and body. Cherie's contribution to helping others could be considered a "safety net" to the larger LA County area and her efforts to helping other people has helped considerably on the otherwise burden of the state's Public programs, law enforcement and hospitals.

Thank you for taking the time to read this heart felt written letter.

Sincerely,

Michael Denny

702-591-4874



**AN INTERNATIONAL DEVELOPMENT AND REFUGEE AID ORGANIZATION**

Office location:  2015 N. Broadway • Santa Ana, CA 92706
Mailing address:  P.O. box 1790 • Santa Ana, CA 92702
Phone: 714-953-8575 • Fax: 714-953-1242 • Email: info@concernamerica.org

December 13, 2014

Hon. Manuel Real
U.S. District Court

Subject:  U.S. v. Cherie Brown, CR 14 282-R

Your Honor,

Fifty Years ago I accepted an appointment to serve as a parochial vicar at a church in Glendale and that was the beginning of a respectful relationship with Miss Cherie Harris, who was later to become Ms. Cherie Brown, but who (at the time) was attending High School in Glendale. Although I was transferred to Garden Grove in 1970, we have stayed in touch over the years.

I know that she has a good grounding on ethical boundaries and, in my dealings with her, her moral compass has been correctly aligned.  I have always considered her to be a deeply spiritual person and a person of integrity, especially one who would not engage with falsehood. The news of her very serious conviction has surprised and shocked me. I appreciate that some of her life events would indicate that she has at times found herself to be (as it were) walking barefoot in a field of thistles but I have to say that very often, the unfolding of the narrative suggested that the thistles were not of her own planting.  But the purpose of this letter is not to make excuses so I need to move on and not take more of your time with this.

I certainly believe that she will learn from this experience and that it is most unlikely that there will ever be the coming together of circumstances similar to those that have led to this serious and unhappy consequence.  She is not intellectually disabled.  While she is rightly devastated at this turn of events, she knows from way back, from her own religious background, that one has to be careful of the company one keeps. She also belongs to an association that reminds members of this, and that this, of course, applies to one's employment-milieu behavior as well as to one's personal conduct.

I am and have been a devotee of French philosopher, Rene Girard, even before learning that now in his later years he has become a member of the same faith community (which I embrace).  He unwraps for me some of the following concepts, and the terms he uses a lot are, mimetic desires, surrogate victimage, myth, ritual and the sacred. Reading him and others who write commentary on his work, somehow help me to understand Ms. Cherie Brown's predicament. Thank you for taking the time to read my words before you proceed with your decision on this matter.

Respectfully,

Denis Garvey

Denis Garvey
Advisor to the Board and Executive Staff



**ST. FRANCIS DE SALES CHURCH**
13360 VALLEYHEART DR. SOUTH
SHERMAN OAKS, CALIFORNIA 91423-3298
(818) 784-0105 • FAX: (818) 784-4807

December 1, 2014

Hon. Manuel Real

U.S. District Court


    I have known Sheri Brown for the last 49 years. Throughout that time she has been a faithful Catholic and a member in good standing. She has been guilty of no more than a traffic ticket. She has two sons whom she has raised successfully. She is an honest person and does not lie. She is mortified by the judgment in this case and denies that she is in anyway guilty of any wrong doing. I am surprised that she would be found guilty since all her life she has always been honest and forthright. There is no way that Sheri Brown could or would be involved in any criminal activity either in the past or in the future. I believe that Sheri Brown is innocent of any wrong doing and should be declared innocent. Thank you for your reconsideration of this case.


Sincerely,

*Rev. Kevin Larkin*

Rev. Kevin Larkin

Pastor Emeritus

12/8/2014

Richard Blair
14037 Oxnard Street #40
Van Nuys, Ca 91401

To Whom it may concern:

RE: Cheri Brown

My name is Richard Blair. I am a commercial H.V.A.C contractor, located in the San Fernando Valley. As a self-employed contractor I have worked throughout Los Angeles and the surrounding areas for the past 30 years. I've been in this business for 43 years, during this period I have come across many people, clients and referrals, some good, some not. But over the years my ability to tell the difference has kept me successfully working in this career.

I met Cheri Brown 9-10 years ago in an organization that stresses rigorous honesty, accountability, high moral conduct, helping others and generally abstaining from any questionable behavior.  These are all good attributes that Cheri helped me understand through her actions.

Over the years we've kept fairly close both in this organization and in our personal lives. In all these years, even though our lives went up or down, Cheri remained the same. A hard working, program orientated, sincere and caring person. I have never seen or heard her do anything but up standing and true, giving, without expectations for herself.

I consider Cheri Brown a friend and good person and hope that if there is anything I can do to help her I would be more than willing to do.

If you need to talk to me any further or if I can help Cheri. Please don't hesitate to call me. Cell phone 818-321-2067 Hope this will help her.

Sincerely,

Richard Blair

December 3, 2014


Hon. Manuel Real

U.S. DISTRICT COURT

Re:     U.S. v. Cherie Brown, CR 14-282-R


I have known Cherie most of my life, as she married my uncle, Donovan Brown when I
was approximately 7 years old. (I am now 52 years old.) We used to live next door to
each other for approximately 2 years.  Once we moved, my mother and I, I would say
we kept in touch as she and my uncle had my cousin Donovan the III.  We got together
for most holidays and birthdays.

Through the years, even after Cherie and my uncle Donovan were divorced, we kept in
touch, as I still considered Cherie my aunt.  As far as I know, Cherie has always been in
some type of sales. I recall a time when we sold Amway together.  Cherie, is a very hard
worker and very good at her job, whatever type of sales she was in at the time.

I have to admit that when I received a telephone call from Cherie about this lawsuit
which she was involved in, I was extremely surprised.  I have always known my aunt to
be a law abiding person.  She has never had any trouble with the law in any way.  For
her to knowlingly do something illegal is very uncomprehensible.  She would be the last
person I would expect to be involved in anything illegal.

My aunt is very involved in her grandchildrens' lives, and I have to say that she would
never do anything to jeopardize her time with them.  I pray you do not punish my aunt
too harshly, as I do not believe she has done anything wrong.

Please feel free to contact me at any time, if I can be of any assistance to this matter.

Sincerely,

Jennifer Schwandt

(661) 274-0202

December 4, 2014

Hon. Manuel Real

U.S. DISTRICT COURT

Re:     U.S. v. Cherie Brown, CR 14-282-R

Cherie Brown and I met when we lived next door to each other in an apartment building in
Glendale, California. I was approximately 24 years old when we met. We were both single
parents and we became friends fairly quickly.


Not long after we met, I introduced Cherie to my brother, Donovan Brown. I thought they
would make a wonderful couple, which they did. They did marry and have a child. They were
married for quite a while, however, we no longer lived next to each other. We would see each
other mostly at holidays and birthdays. Even after my brother and Cherie divorced, we all felt
she was a part of our family and we stayed in touch.


I have known Cherie Brown for most of my life, and am extremely surprised about the above-
mentioned lawsuit. The Cherie Brown I know has never been in any type of legal trouble in any
way. She wanted to set a good example for her children. I truly cannot believe that she had
any part in the allegations set against her.


I am writing this letter so that I can inform the court that she is a wonderful friend, parent and
grandparent and I truly cannot believe that she would ever knowingly break the law in any way,
so as to jeoparize her life with her family.


Please let me know if I can be of any further assistance.

Sincerely,

Mary Bailey



Monday, December 15, 2014

Hon. Manuel Real
U.S. District Court
Los Angeles, CA

Dear Judge Real:

I am writing this letter as a character reference for Cherie Brown.

I have known Ms. Brown for over 30 years, mainly as a sober member of Alcoholics Anonymous (both of us).

Over the years, she has come to me for advice on business matters, and the matter before your court came as a shock to me. On no occasion has she exhibited any behavior or shown any inclination to act in an illegal or unethical manner. On the contrary, she has spent her own time and money to support an AA meeting that was on the verge of falling apart.

She has raised her two sons as a single mother, insuring that they were educated and cared for. They are now fine young men.

I am bewildered to hear that Cherie is in this serious and sad situation.

In AA we use the term "Practice these principles in all our affairs", and I can assure you that all of my observations of Cherie have shown this quality of behavior.

Writing this letter to you breaks my heart. Please show Cherie whatever mercy you can.

Sincerely,

Robert Regan, President
Axco Adhesive Systems Co., Inc.
2401 Eastman Avenue
Suite 27
Oxnard, CA 93030

Axco Adhesive Systems Co., Inc.
2401 Eastman Avenue, Unit 27
Oxnard, California 93030

Toll Free: 800-676-2926
FAX: 805-604-0735
www.axco.com

December 3, 2014

HONORABLE MANUEL REAL
U.S. DISTRICT COURT
312 North Spring Street
Los Angeles, CA 90012

RE: CHARACTER REFERENCE FOR CHERIE BROWN, CR 14-282-R

Dear Honorable Real:

I am writing this character reference for Cherie Brown whom is appearing before your court for sentencing in the near future. Here are a few facts about my relationship with Ms. Brown:

- Cherie and I have been friends for about three years. We are jointly connected as senior members of an altruistic organization and fellowship known commonly as Alcoholics Anonymous or AA.
- It is my opinion that Cherie represents integrity, honesty and truthfulness in all her endeavors. My relationship with her has been nothing short of a platinum social relationship. Her ability to help others, keep her side of the street clean and trust in God is a remarkable example of sober living and recovery to others in society.
- We do not take personal credit for accomplishments in AA but rather humbly help those who cannot help themselves. Cherie has been a living example to countless souls whom would have not found their way to sober living and leading a spiritual life without her help.
- It has been my personal experience people who lead a spiritual life work every day at doing the next right thing and when in doubt, the next kind thing. I believe Cherie Brown exhibits those character traits in her everyday life.
- As of this month, I am very grateful to have twenty eight years of being sober, clean, and healthy and cancer free. You see, I am also a cancer survivor who helps other cancer patients as well as veterans. Cherie is cut from the same cloth as me who would go out of her way anytime and anywhere to help another in life whether they were alcoholics or not.
- We call people like Cherie Brown "good AA people." The highest honor we can bestow upon one another in this fellowship is the position of example or servant or messenger. I believe Cherie Brown possesses those honors by her achievements and dedication to helping others.
- I am not familiar with the case Cherie is being brought before you. That is a matter for you and a jury of her peers to decide. My part only is to let you know I would trust Cherie Brown explicitly from my involvement and relationship with her. The nature of my work and personal life lends itself for me to be very protective of these entitlements and I am honored to know this woman.

If I can be of further service or answer any questions please do not hesitate to call or write.

Sincerely yours,

Jim Reilly

702-419-9496

Hon. Manuel Real
U.S. DISTRICT COURT

By way of introduction, my name is Michael Morin. I have been a sober member of Alcoholics Anonymous for over 25 years. I have known Cherie Brown since 1989 through the fellowship of Alcoholics Anonymous, & have seen her on a regular basis at Alcoholics Anonymous meetings. From my observations, I consider her to be an individual of outstanding moral character. She has helped many people in the program of Alcoholics Anonymous to achieve sobriety & embodies the spirit of service associated with the organization. Many individuals & families she has come in contact with have gone on to live useful & productive lives in the community due to her continuing efforts. For the length of time I have known Cherie Brown, any criminal conduct on her part seems quite out of character and surprising. It has been an honor & a privilege to have been associated with her over the years.

Sincerely,

Michael Morin

Michael Morin
████████████ St.
████████ CA 91005

December 4, 2014

To the Honorable Manuel Real, U.S. District Court.

I have known Cherie Brown through our mutual membership in the recovery program, "Alcoholics Anonymous" for 33 years. I have to tell you a little bit about myself so you can become aware of how helpful Cherie has been to women trying to get sober and improve their lives. When I started in the program back in 1981, Cherie had already been sober for six years. I was a 19-year-old girl who had made a wrong turn and Cherie served as an inspiration to get me back on track. Her example helped me to become an active and responsible member of society. I was a teacher and school director for over 25 years.

Cherie has always been an upstanding member of the AA program, regularly attending meetings each week. She is especially known for her dedication and service at the "Red Jelly Donut Group" that is held each Wednesday night in Tarzana. Many newcomers make their start in recovery at this meeting, as they have over the years. And they in turn go on to help others like I did. So from Cherie's loving service at this meeting alone, countless people have been inspired to stay sober, improving their lives and those of their entire family, becoming good members of society.

Cherie is also an active member of Saint Charles Borromeo Parish in North Hollywood. I always spot Cherie sitting in the second pew, dressed conservatively and carrying herself like a real lady who is of service at various church functions.

I respectfully request of the Honorable Manuel Real to take into consideration the many insights I have offered into Cherie's character and all of the positive things that she has contributed to this community. I thank you for taking the time to read this letter and get to know her.

Sincerely,

Giselle Nagy

Gal72700@aol.com

December 7, 2014

To Whom It May Concern:

I have known Cherie Brown for over 30 years.  We are members
of a spiritual program and practice the principles of honesty,
love of others, and dependence on G-d.  Cherie has always
been dependable and loyal to our groups.  She is supportive of
me and others and is there for anyone in need.  I can't imagine
her doing anything criminal.

Sincerely,

Saralee Vosburg

████████████et
████████████1

(818)766-0583

December 10, 2014

Hon. Manuel Real
U.S. District Judge
Los Angeles, CA

Dear Judge Real:

Re: U.S. v. Cherie Brown CR 14-282-R

I have known Cherie Brown for at least six years through the program of Alcoholics Anonymous in which she has been an active, sober member for more than 30 years. Cherie has helped hundreds of people get and stay sober.

I have found her to be an honest, productive member of society, one who would certainly do well on probation. I am sober 42 years in A.A.

Respectfully,

James M. McNally

JAMES M. McNally
805-708-5984

December 3, 2014

Honorable Manuel Real

U.S.  DISTRIC COURT

Subject: U.S. v. Cherie Brown CR-14-282-R

Dear Sir

I am writing this Character Reference letter on behalf of Cheri e Brown I have known Cherie Brown since the mid 80's through her work in the 12 step program of Alcoholics Anonymous.  We attended Radford Hall in North Hollywood regularly.  Over the years Cherie has been of service to our community in all aspects of Alcoholics Anonymous including Hospital's & Institutions, Conventions and she is considered the back bone of the Wednesday night speaker meeting in Tarzana.  I can tell you she is very active and works tirelessly helping others.  Cherie has helped hundreds of women over the year who feel they owe their very lives to her.

Your honor I know nothing about her case, but what I do know is that this is a tragedy for all of us and that Cherie will truly be missed by the community.

So I pray upon the court for any leniency and mercy on her behalf, for I truly believe she has a great heart and kind soul. Cherie has a wealth of friend and family who count on her here in California.

Thank you for reading my letter.

Sincerely,

Thomas Smallwood

Suite 458
22704 Ventura Blvd.
Woodland Hills, CA 91364

**K.A. Jacobsen & Associates**
Investigations and Consulting

818-312-6301
Fax 818-881-0227
kajacobsen@socal.rr.com

December 8, 2014

Hon. Manual Real
US District Court

    I am submitting this letter on behalf of Cherie Brown.  She and I have never done business together and I am unaware of her employment practices.  I have no firsthand knowledge of any of her actions that resulted in criminal charges being lodged against her.

    I met Cherie Brown several years ago due to her active participation in the program of Alcoholics Anonymous. I can unequivocally state that she gives a great deal of time and energy to assisting alcoholics in attaining and maintaining their sobriety.  The medical profession recognizes alcoholism as a disease that if left unchecked can result in a wet brain or death. The disease causes careers to vanish, families to dissolve and drains resources from our society. In many cases individuals under the influence commit crimes or cause injury to other citizens. In the 1980s when I sat on the Los Angeles County Commission on Drug Abuse, our studies showed that over 80% of inmates in prison in California either had a drug or alcohol charge attached to their prosecution or had one or the other in their system when the crime was committed.

    If Cherie Brown is incarcerated, the Los Angeles area will lose someone who has successfully worked for many years to arrest the disease in others and thereby better society.

Sincerely,

Kenneth A. Jacobsen

Member of the Society of Former Special Agents of the FBI
State of California Bar Member # 52499-Inactive Status
State of California Private Investigators License # 21745

Hon. Manuel Real
US. DISTRICT COURT

My name is Sari Averill.
I have known Cheri Brown for approximately 12 years. We met in
Alcoholics Anonymous. We would see each other frequently each week
over the years.

I have always known Cheri to be helpful. Being considerate to her peers.
As well as welcoming to new people in her surroundings.
I have never experienced her breaking the law or talking about any type of
uncouth behavior.

Cheri speaks of her children often, expressing there best interest at heart,
always. As well as consistently being sweet to others children including my
own.

At a time in my life a few years back, I was having a terrible time
emotionally. Cheri was there for me physically as well as over the phone at
any given time. She was very inspirational in guiding me through a
possible deep depression .

As this time in her life as this case has unfolded I have never seen Cherie
more distraught. Devastated would be more like it.
She is not this type of person to commit such an offense.

I was completely surprised as well. Over the years her tolerance in the
work place for unethical actions had gotten intolerable. In fact she would
express her disappointment in people at times, when she would observe
dirty or dishonest motives by others.

I don't think Cheri would repeat this behavior due to the fact that I do not
believe she is capable of these crimes.

My thoughts on Cheri Brown is that I hold her in high regard along with
many others that I know.
And to punish her wrongly would be a sin.
She helps too many people that would suffer by her absence.
Thank you for your consideration.

Sari Averill
12/12/2014

December 20, 2014

Hon. Manuel Real
U.S. DISTRICT COURT

Regarding   U.S. v. Cherie Brown, CR 14-282-R

Your Honor,

My name is Bob Nowicke and I have known Cherie Brown for over 20 years.  Our relationship is business related as we support each other in our independent distribution businesses.  With an average of 6 contacts per year over the 20 years I have never know Ms. Brown to be anything other than ethical and a person of her word.  The fact she is still active in her pursuit of her business goals is a testament to her high values because those who do not have high values or are not ethical would not succeed and last this long.  Her business success depends on her willingness to put the interests of others above her own.

When I first heard of the charges brought against her I was 100% convinced once the facts were known she would be found innocent.  This is based on our long relationship and conversation we had on this case.  In our discussion her reaction was not one of anger nor one where she had to find a way out of this but one of dis-belief and knowledge and faith she did nothing wrong.

I have no doubt that Ms. Brown will be a valuable employee in her next job and will be careful who she associates with.

Regards,

Bob Nowicke

**Sam S. Usher,** CADC II, CEAP
ADDICTIONS CONSULTANTS
5724 Stansbury Ave.
Sherman Oaks, CA 91401
(818) 988-4183
samusher@aol.com

Hon. Manuel Real                                December 31, 2014
U.S. DISTRICT COURT

Re: Cherie Brown

Cherie Brown has been a personal friend for the past 35 years.

During that time I have noted her dedication as a parent as well as a trusted friend to many people.

For the past 40 years Ms. Brown has been an active member and mentor to women in a 12 Step support group, both locally and in other states.
She has been a caring and productive catalyst to the recovery of hundreds of women. She is often asked to speak to groups on the benefits of recovery and has been open and willing to tell her own story to those who feel isolated and alone.

Based on her obvious honesty and good ethics it seems unlikely that she would engage in any behavior to the contrary
Based on recent conversations with her she is clearly shocked and dismayed that she would be implicated in some illegal activity. I, too, find it hard to imagine.

Cherie Brown makes a significant positive contribution to our society. I hope she will be allowed to continue to do so.

Sincerely,

Sam Usher, LAADC, CEAP
President & CEO
Addictions Consultants EAP

December 18, 2014

Hon. Manuel Real
U.S. District Court

Re: Cheri Brown, CR 14-282-R

My name is Donald M. Morgan, and I'm writing this character reference on behalf of my friend of 39 years.  We met at an AA meeting where she is always very active and available to help people learn how to be honest and stay sober.

She has organized meetings, which includes sponsoring and sharing her experience, strength and hope that they can change their lives for the better and become good helpful citizens.   Even through the stress of this case, she has continued to honor her commitments and responsibilities on a daily basis, and I admire her strength & courage to stand up for her beliefs.

I have been sober for 48 years and my observation of Cherie is a woman who knowingly wouldn't do anything that was dishonest. If you have any further questions, please don't hesitate to contact me.

Sincerely,

Donald M. Morgan
818 830-0513

DEAR HONORABLE MANUEL Real                    Dec. 17, 2014

I HAVE KNOWN Cherie BROWN FOR 30 Years as Members of Alcoholic
ANONYMOUS. She HAS 39 Years of CONTINUOUS Sobriety, I HAVE 36 Yrs
of the SAme. We see each other AT Meetings About 1 or 2 Times
A week — for 30 years (Average).

Cherie hAS AWAYS beeN A Very Highly Respected member of
AA. Whenever Cherie is iN a Meeting She is AlMOST AlWAYS
Called ON because her Message is so VAluable To us. I FIND
HER to be a great example of living The SPIRITUAl PRINCIPles
THAT we iN AA STRIVE FOR iN ORDER To become The best HUMAN
Beings We CAN be, and live iN Peace WithiN OUR Selves.

Over The Years I have Seen Cherie WALK through great
difficulties with COURAge and Faith. NOW She is FACiNG The
MOST TERRIFYING CIRCUMSTANCE iN her life. She hAS been CON-
vicTeD of a crime THAT She SAYS She did NOT CommiT. AND
is FACing FACiNG Possibly MANY Years iN PRISON. I AM deeply
Shocked AND SADdeNeD. I believe, WITHOUT a doubt, iN HER
iNNOCENCE. Everything I have ever KNOWN About Cherie POINTS
To THAT Conclusion. Cherie SAID She WAS offeRED A
lighter SENTENCE if She would PleAD "guilty" AND WEAR A
WIRE TO TRAP OTherS. I APPlAUD her FOR her Refusal
TAKe The "DeAl". HONesty is one of Cherie's finest VIRTUES
and once Again it is shining bright iN her. She Will
continue to Tell the TRUTH and leave The Res Results
To GOD.

All of This TURMOIL HAS HAD a DEVASTATING IMPACT ON
Cherie AND Her family. Due To STRESS and FeAR, Cherie hAS
CANCER. She is exBTREMELY WORRIED about the effect of
This on Her family, Also.

IN cloSING, Sheric hAS been A PRODUCTIVE, lAW-AbiDING

Citizen All her life. She is a Hard Worker in AA, dedicated to every Aspect of it. Doing Whatever Needs To be done, consistantly at Meetings and events and giving emotional Support to anyone who Needs it.

One thing More I would like to Say about Cherie That is A tribute To her Character. I have Always assumed That Cherie Probably Makes a good living, but I have Never, in 30 Years, Ever Heard her Allude To it, or Measure The Success of A life by Amou The Amount of Money or Possessions They Have. To me That Shows Humility and a detachment of The importance of Material Things.

Sincerely,

Jean Atwood

Dec. 15, 2014

To: Hon. Manuel Real
    U.S. District Court

Subject: Character reference for sentencing
         U.S. V. Cherie Brown, CR 14-282-R.

About who I am.

I am VICTOR E. RAMOS, retired master
Brewer from Anheuser Busch. With
34 years in the brewing Industry.
A veteran of World War II, and the Korean
War.
    A sober member of Alcoholic Anonymous
sober 43 years.

    I met Cheri Brown in Alcoholic Anonymous
about 38 years ago.
    At that time she was a single mother
of two small boys, with very little help
if any from the boy's father.
    She was driving a delivery truck for
Frito-Lay. And going to college to improve
her situation.
    Cheri got her degree, and became a
    (page 1 of 2 pages)

school teachers, until she changed her career to the present one.

She attends meeting where I go regularly.

Chéi is always active in helping the meetings, beg being secretary of meetings that she attends. Also getting leaders for the meetings. And she always helps in cleaning up our meeting room. And helping new comers any way she can.

When she told me of her present trouble. I was very surprise, and I found it hard to believe.

This legal trouble has given her great stress in all areas of her life.

In my opinion it is highly unlikely and remote, that it will happen again.

I am willing to answer any questions you may have.

Sincerly,

Victor Ramos

VICTOR E. RAMOS
Phone # 818 991-5558

Page 2 of 2 pages

02/04/2015  17:54   0000000                    GREENBERG                    PAGE  01/01

Honorable Manuel Real
US District Court


I understand that it is customary for the defendant to submit a letter to the court prior to sentencing. In most cases the defendant will accept responsibility and ask for the mercy of the court. In this case of course your Honor that can't be done.

I have pleaded innocent to all charges and continue to tell the court that in spite of the conviction that took place in your court room, I am innocent of these charges.

What did not come out in your court room was the fact that the government had offered me a plea deal prior to my indictment.
According to them if I were to plead guilty and go to work for them, I would receive a lighter sentence. What I told them was that I am not guilty of any of these charges, and I will not plead guilty to something I did not do. I believed in the judicial system.

If you are to read my letters with consideration and due diligence, from people from all walks of life, you would understand that these crimes that I have been accused of are not in my character to commit.
I am 66 years old this month, without any criminal history.
I have lived a life of work and sacrifice and believe in God and my country, family and friends, and trying to be of service to humanity.

After having sat in judgment on thousands of individuals I'm sure, over the course of your tenure, you have to have a sense for an individual.

As a mother and a grandmother, I live my life by example. I am not capable of living the life that you will read about in those letters, while simultaneously living a duplicitous life of crime.

I implore your Honor to search your heart and listen to it. I ask the court to give me back my life as I knew it.

As to the investors: these people had become my friends. I care about them. When I became aware that management had misspent investor money, I did four things. First, I alerted the investors and urged them to demand financial records. Second, I resigned.
Third, I initiated a call and meeting with the FBI. Fourth, I encouraged the investors to seek legal recourse and assisted them, by relentlessly pursuing attorneys until I found one who agreed to take their case.

Some of the testimony I heard from them in court does not match the true facts of what happened.


Very truly yours,

Cheri Brown