STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ELLYN MARCUS LINDSAY (Cal. Bar No. 116847)
BYRON J. MCLAIN (Cal. Bar. No. 257191)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2041
    Facsimile: (213) 894-6269
    E-mail:    ellynlindsay@usdoj.gov
               Byron.mclain@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>GREGORY PUSATERI,<br><br>                Defendant. | No. CR 14-282-R<br><br>GOVERNMENT'S POSITION RE: SENTENCING FACTORS<br><br>Sentencing Date: 2/23/15<br>HEARING TIME: 10:00am<br>HEARING LOCATION: Courtroom of the Honorable Manuel Real |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Ellyn Marcus Lindsay

and Byron J. McLain, hereby files its Position Re: Sentencing

Factors.  This Position is based on the attached memorandum of points

and authorities, the files and records in this case, and such other

evidence and argument as may be provided to the Court at the

sentencing hearing.

Dated: February 12, 2015          Respectfully submitted,

                                  STEPHANIE YONEKURA
                                  Acting United States Attorney

                                  ROBERT E. DUGDALE
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  _____/s/_____
                                  ELLYN MARCUS LINDSAY
                                  BYRON J. MCLAIN
                                  Assistant United States Attorneys
                                  Major Frauds Section

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

**TABLE OF CONTENTS**

**PAGE**

TABLE OF AUTHORITIES..................................................ii

MEMORANDUM OF POINTS AND AUTHORITIES..................................1

I.    INTRODUCTION....................................................1

II.   FACTS..........................................................1

III.  GUIDELINES CORRECTIONS.........................................8

IV.   § 3553(a) FACTORS..............................................9

      A.    "(1) the nature and circumstances of the offense and
            the history and characteristics of the defendant."........9

      B.    "(2) the need for the sentence imposed...................26

            1.    "(A) to reflect the seriousness of the offense,
                  to promote respect for the law, and to provide
                  just punishment for the offense."...................26

            2.    "(B) to afford adequate deterrence to criminal
                  conduct."..........................................26

            3.    "(C) to protect the public from further crimes of
                  the defendant."....................................26

            4.    "(6) the need to avoid unwarranted sentence
                  disparities among defendants with similar records
                  who have been found guilty of similar conduct.".....27

            5.    "(7) the need to provide restitution to any
                  victims of the offense."...........................27

V.    CONCLUSION.....................................................27

i

**TABLE OF AUTHORITIES**

**PAGE(S)**

**CASES**

United States v. Becerril-Lopez,
    541 F.3d 881 (9th Cir. 2008)....................................28

United States v. Green,
    592 F.3d 1057 (9th Cir. 2010)...............................28

**STATUTE**

18 U.S.C. § 3553(a)...............................................9

**SENTENCING GUIDELINES**

USSG § 2B1.1......................................................26

USSG § 2B1.1(b)(1)(K)............................................8

USSG § 2B1.1(b)(1)(L)............................................8

USSG § 3A1.1(b)(1)................................................26

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION**

The government concurs with the findings and calculations of the probation officer with one exception.  The loss figure for the time period that defendant was employed by Gigapix was approximately $19,338,194.65 to 720 victims.[1]

**II.    FACTS**

In 2002, co-defendant Christopher Blauvelt founded Gigapix, which was supposed to be an animation studio that would produce and distribute television shows and movies.  Defendant Blauvelt served as Chief Executive Officer, Chairman of the Board of Directors, and Chief Financial Officer of the Company.  In June 2006, co-defendant David Pritchard joined Gigapix as its President and Director.  While in charge as the two main operators of Gigapix, defendants Blauvelt and Pritchard hired salespeople to solicit investors in Gigapix and in the movie OZ3D through cold-call telemarketing.  Defendant and co-defendant Cherie Brown were the two top-selling telemarketers.

The evidence against defendant at trial consisted of testimony from victim investors he had solicited, insiders who testified about what happened at the company and what everyone knew was going on there, and financial analysis.  Defendant testified and made many admissions.

Victim Danny Anderson testified that he learned of Gigapix through a friend, and that shortly thereafter, defendant called him. Defendant told him that Gigapix was a $50 million company, the

---

[1] The incorrect numbers in the PSR are the fault of the government, which did not provide the probation officer with the edited loss calculations.  The probation officer now has the correct calculations for the time period defendant was employed at Gigapix.

earlier films of which had been successful.  The telephone call occurred in approximately May 2009, but defendant told Mr. Anderson that OZ3D would be released in 12-18 months and that Mr. Anderson would receive returns in 12-18 months.  Defendant told him that OZ3D action figures had already been made.  Defendant told him that he and his wife would be millionaires.  He also said that Gigapix was next in line to be purchased by the Disney company.  He said there was virtually no risk to the investment, and also that he personally had invested and that if the Andersons did not get paid, defendant would not get paid.  The Andersons told defendant that they were by-the-hour wage earners and that this was their retirement money.  When they went over the paperwork with defendant, he told them to disregard the risk language in the Private Placement Memorandum ("PPM").  In filling out the subscription agreement, defendant simply instructed the Andersons as to what they should check on each page -- when they got to the part asking if they were accredited, defendant told them to check that they were even though they were not.  Defendant never mentioned to the Andersons that he, Gigapix, OZ3D, and Blauvelt were the subject of cease and desist orders.  Because of defendant, the Andersons invested a total of $25,000 and lost all of it.

Victim Sandra Wilson testified that defendant told her that Gigapix's movies would do as well as Disney movies, that action figures had already been manufactured, and that the Wilsons would be millionaires.  He told her to think of her children and grandchildren.  While the call took place in May 2009, defendant told Ms. Wilson that she would see returns within one year.  He told her

the investment was very safe.  He never mentioned the PPM.  She was present with the Andersons when defendant instructed them how to fill out the subscription agreement, and he "just zoomed through it." Defendant knew the money they were investing was their retirement money, and he knew they were not accredited.  He instructed them to check that they were regardless.  Again, he never mentioned the cease and desist orders that he and others had received.  The Wilsons invested $17,000 and lost it all.

Victim Linda Hampshire testified that defendant told her, in May 2008, that OZ3D would be coming out in one year, and that Michael J. Fox would be one of the voice actors.  He told her she could not lose, and that he had invested his own money.  Defendant knew that the Hampshires were not accredited, and they never filled out a subscription agreement.  At a later date, he pressured her to invest her 401K money, telling her that he was her financial advisor.  He never mentioned the cease and desist orders.  The Hampshires invested a total of $25,000 and lost it all.

Victim Jerome Goodman testified that defendant told him that the investment was a sure thing, and that there was no risk because things were going so well.  He asked Mr. Goodman, "what are you going to do with all that money?" He told Mr. Goodman that Gigapix's prior movies had made big profits.

Shawn Walker testified that he worked at Gigapix as Pritchard's right-hand man from the fall of 2006 through the end of 2011.  He testified that the projects Pritchard undertook were highly risky and there was no guarantee they would be successful.  Walker testified that from 2006 through 2009, the projects he and Pritchard were

3

working on were in development mode and were not on the verge of being made.  OZ3D was never in production during the time Walker was present.  Moreover, no voice actors had been hired, let alone Michael J. Fox.  In 2009, they began to work on a live-action children's movie called "Blackbeard."  The financial structure for Blackbeard was not fully in place, in that Pritchard had not obtained bank financing and thus no production bond.  Part of the financing had been a tax credit from the state of Iowa that was withdrawn at the last minute.  This sent the production into disaster, and bills could not be paid.  This was in mid-2009.  After that, Gigapix was a financial disaster, and bills could not be paid.  Money was being raised through OZ3D but was being used to cover Gigapix's debts.  Everyone at Gigapix was aware that the only money coming in was from the OZ3D raise and that the money was being used to pay off the debts from Iowa.  The salespeople were all aware of this.  Bills were not being paid, such as payroll and health insurance.

Walker was asked about some of the statements in letters that Pritchard and Blauvelt sent to investors.  For example, Government's Exhibit 40 stated that Ernst and Young was doing an audit of Gigapix.  Walker stated everyone knew this was not true because if it had been true, it would have been a big deal and a selling point.  In Government's Exhibit 68, Pritchard stated that Gigapix was about to become a public company, which never happened.  Even if it did, it was only to be traded on the pink sheets and not on a major exchange.

Tiffany Ryan testified that she worked as an opener and then assistant sales manager at Gigapix.  The closers made 20% commissions, and if an opener helped them, they would give 5% to the

4

opener and keep 15%.  She and everyone else at Gigapix understood that the investments were highly risky, and it would have been a lie had a salesperson told the investors that the investment was not risky.  It would also have been a lie for a salesperson to tell investors that they would receive returns within a year of their investment, or to say that OZ3D was in production or would soon come out.  Also, no action figures related to OZ3D had been made.  When Ryan started, the offices were on Oso Avenue, and the closers sold behind closed doors.  When the office moved to Lankershim Boulevard, there was an open area for salespeople.  The manager, Ken Gross, wanted the salespeople out in the open where they could be heard, to make sure they were not making misrepresentations.  The only two who he was unable to get out in the open were defendant and Cherie Brown.  A salesperson named Hines refused to sell out in the open, so instead went to Cherie Brown and gave her his clients.  When she sold them behind her closed door, they split the commissions.  Ryan tried to be a closer, but she told potential investors about the risks and she never guaranteed returns, and she only made one sale in two months.

Gigapix's regulatory issues were well known, and Ryan prepared do not call lists which were circulated to the salespeople.

After the issues in Iowa, everyone was aware of the financial problems of the company.  People's salaries were not getting paid and the activity level of the studio had dropped to almost nothing.  Ryan left in June 2011 because Gigapix could no longer afford her salary of $900 per month.

Tonya Pinkerton, a financial analyst with the FBI, testified that she analyzed the bank accounts for Gigapix and OZ3D from July

5

31, 2006, through December 31, 2012.  Over $8 million came into OZ3D from investors, and about $13 million came into Gigapix from investors.  In all, there were 731 investors.  Forty percent of the money that came in went to administration, 23.4% went to selling the investment, a total of about 21% was spent on anything having to do with producing movies, and $1.9 million went to Pritchard and Blauvelt.  Cherie Brown made $650,964.81 from April 14, 2008, through August 19, 2011, and defendant made $578,284.15 from September 11, 2006, through January 10, 2011.

Professor William Hicks testified that the OZ3D and Gigapix offerings should have been registered with the SEC as none of the exemptions from registration applied.

Defendant called Ken Gross as a witness.  He testified that he was the sales manager at Gigapix on and off from 2002 through 2010.  He stated that he was defendant's boss, and that he ran a tight ship, by the book.  He said that he never heard defendant make misrepresentations and he was never reprimanded for making misrepresentations.  He testified that he wanted the salespeople to be in one room, out in the open for three reasons: so that everyone could learn from each other, so that there would be no hard feelings about certain people having private offices, and as a prophylactic measure against misrepresentations.  He testified that he wanted defendant and Cherie Brown out in the open with everyone else, but that Blauvelt refused, and defendant and Brown sold behind closed doors.  On cross-examination, Gross admitted that salespeople earning high commissions, such as the 20% at Gigapix, generally could not be trusted to sell honestly.  He also admitted that in the trial of

Pritchard and Blauvelt, he testified under oath that the reason he
wanted the salespeople in the open was so that he could do his job --
that is, preventing misrepresentations.  He testified that if
defendant and Brown were being fully open and honest, there would be
no reason not to let him hear what they were saying, but they
refused.  Gross had no idea what defendant said to the investors.  In
fact, he was unable to do his job as to defendant and Brown.

Defendant called one of his investors, Troy Judd.  The
government's objections to questions eliciting what defendant told
Mr. Judd were sustained.

Defendant testified.  He stated that he had a background in
production, and wanted to be on the creative side at Gigapix.
However, he got into sales.  He had about 260 clients.  He stated
that he never told anyone that there was no risk to the investment,
or that it was a sure thing.  He said he told everyone not to invest
more than they could afford to lose.  He never guaranteed a return on
the investment by a particular date.  He knew that with any movie,
returns would not come in for 2-3 years.  He might have said that
names were being tossed around as voice actors, such as Michael J.
Fox.  He might have said that Gigapix hoped to be like Pixar.  He
never told any investor that he was their financial broker.  He never
told investors that toys were already manufactured.  He did not walk
investors through the PPM, but he made sure they all received it,
read through it, and understood it.  He never told any investor that
the PPM should be ignored, and he never told anyone how to fill out
the subscription documents.  He never told any investor to mark that
they were accredited if they were not.

On cross examination, defendant agreed that several of the statements the investors claimed he made to them were false, but maintained that he never said these things to investors.  These would include: that the investment carried little or no risk, that OZ3D would be released within a year, that investors would see returns within one year to 18 months after investing, that action figures had been produced, that Gigapix would be purchased by Disney, and that he would only receive money when the investors did.

Regarding the offer and sale of unregistered securities, defendant admitted that he knew the securities were not registered, and that he knew they should have been registered, but claimed that he relied on Blauvelt, who told him that he was getting the securities registered.

Colin Mutton, Gigapix's accountant, testified.  He confirmed that after 2009, everyone at Gigapix knew that the company was falling apart financially.  It was clear that the money raised was going to the debts created by Blackbeard and just to keep the lights on.

## III. GUIDELINES CORRECTIONS

Because the loss during the time period defendant was employed at Gigapix was under $20 million (it was $19,338,194.65), defendant's offense level should be increased by 20 levels, pursuant to U.S.S.G. § 2B1.1(b)(1)(K), instead of 22 levels, pursuant to U.S.S.G. § 2B1.1(b)(1)(L), as set forth in the presentence report, ¶¶ 41, 54.) Thus, the government believes defendant's offense level is 35 which, with a criminal history score of I, yields a range of 168-210 months.

## IV.   § 3553(a) FACTORS

The government believes that an evaluation of the factors set forth in 18 U.S.C. § 3553(a) demonstrates why a sentence of 240 months is appropriate.

A.   **"(1) the nature and circumstances of the offense and the history and characteristics of the defendant."**

This case involves an egregious fraud of massive proportions that targeted non-wealthy victims who the defendants heartlessly misled.  The effects of this crime on the victims are truly devastating in every way, as set forth in detail below.  These quotes are taken from the numerous victim impact statements obtained by the government in this matter.  While the quotes are many and lengthy, the government urges this Court to read them carefully, for they agonizingly demonstrate the terrible devastation wrought by the defendants through their greed and absence of conscience.  The testimony at trial demonstrates that defendant's conduct was especially egregious, as he was fully aware that his investors were not wealthy, not accredited, and unable to afford the investment. Rather than warn such people away, defendant told them to falsely mark that they were accredited so that their money would be accepted and he could earn his commissions.

Below the victims discuss losing their homes, having to declare bankruptcy, losing their retirement savings, losing money they worked at low paying jobs for years and years to save, having to go on food stamps, experiencing depression, anger, and anxiety, physical health deterioration, and endless suffering.  These were, in some instances, elderly victims, low income victims, victims who suffered from

illnesses such as cancer and the effects of polio, and victims who were supporting children with down syndrome and spina bifida.[2]

From victim J.G.:

I'am a eighty-five year old soon to be 86 who's worked since I was 18. I have been working five days a week, looking to retirement when I was sixty-five. I had a family of 3 other people, it wasn't easy to save much money because of basic exspenses and educate my two sons with additional college costs. When I participated in Gigapex it was with after tax money, I was told would be well worth it, to make my life financially easier for vacations and luxuries. I invested $30,000 total in installments of 10,000, 10,000, 5,000, 5,000 for which huge sacrifices for which I did without vacations, newer cars, larger home, but of rewards promised only to have my dreams shattered.

. . .

Our family's livelihood is the following, social security, small IRA, no income from property, a few stocks with small divadens. Have have our son living with us 61 years old, with Parkinsons diseas no money, getting divorced after 22 years married 2 daughters in community colleges. Resided in North Carolina.

From victims C.A. and D.A.:

In Sept 2013, I began 45 Radiation treatments for prostate cancer. In Sept 2014 my wife ([C.]) began 35 Radiation treatments for breast cancer. Together we had over 100, two hour round trips to our doctors. The monies that was taken from us by the Gigapix Thiefs was a large portion we had saved for retirement. When the sickness came to us we would have used it to help pay our medical bills. Our medical bills were over 400 thousand dollars. Our Insurance paid 80% leaving an unpaid balance of approximately 20%.

Not only did it hurt financially, we believed these people were honest. We are still paying now and years to come.

---

[2] It is true that not all of these victims were contacted directly by defendant. In fact, many of the individuals who submitted victim impact statements do not remember who contacted them, and thus it is not possible to pinpoint exactly who defendant victimized personally. The first 11 statements are from victims who remember that they were contacted by defendant (J.G., D.A. (here with C.A.), S.W. (here with G.W.), and L.S.H. were trial witnesses.)

The actual victim impact statements have previously been filed with the court.

We will get this paid in full someday.  We are honest, considerate, and respectful law abiding citizens that still believe basically everyone has some good in them.

From victim P.M.:

I don't even know how to begin this letter but let me share with you the **DEVASTATING** IMPACT THAT Gigapix studios had on my life.

When my brother separated from his wife after 34 years of marriage he came to me and requested financial help.  I was able to help him but at the same time I had heard about Gigapix and was told how much we would profit from investing with them. . . .

Because I could no longer help my brother financially, he took his life, by committing suicide, this last year.  I am DEVASTATED at the lost of losing my brother.  Until you have gone through this, no one knows or even cares the impact that this has on your life.  I am so MAD at Gigapix and their continually lying to me about what was going on and how soon I would be seeing profits.  Yes, I would love to have my money back, but more importantly, I want my brother back.  Because of their lies, I no longer have a brother.

I hope upon sentencing them, they realize the impact that a scam has on people's lives and what it has cost the investors.  I will **never get my brother** back because of what they did with their lies and the phony baloney they kept telling people. . . .

PLEASE, let these people (Gigapix), know what they have done to my life.

From victims S.W. and G.W.:

I get sick to my stomach every time I think about Greg Pusateri's lies and false statements and how he not only took from me but many other individuals/victims.  Since I had worked many years to save this money for retirement, it will definitely postpone any possible way for retirement.

Since I make barely 30,000 per year, the money was a big part of my savings for retirement.  It took me years to save that amount.

From victim L.S.H.:

We lost $25,000, which is a year's wages for me. . . .  We had bills we couldn't pay. . . .  We are nearly retirement age and instead must work several more years to make is up.

From victims L.R. and K.R.:

We were looking forward to retirement and wanted to
increase our retirement funds as well as save money for a
new handicapped van.  My wife ([K.]) had polio as a child
and her health is slowly declining to the point she needs
to be in a wheelchair almost fulltime.  At the time we
invested the money we were told that and we were reassured
that our money would be repaid 3 to 4 times what we
invested, and we would have the money in 3 years.  We
invested our savings of $16,250.00 and when it got to the
point we had to have the van we had to borrow a lot more
money since we had trusted them, it also greatly reduced
our future retire funds, and we don't trust anyone now
after what we have lost with Gigapix.

From victim S.W.:

My Husband and I invested $5,000.00 dollars to Giga Pix in
April 2007.  We were told that our money contribution was
surely going to make us rich. . . .  After we invested we
waited patiently and nothing became of the company.  I was
called and pressured on several occasions again to invest
more money with the promise that Giga Pix was definitely
going to go big.  My Husband and I are on a tight budget
and thankfully I never invested anymore than the $5,000.00
with Giga Pix.  Although $5,000.00 might not be a lot of
money to some of the rich people, it is to us.  I hope the
Judge will make the guilty pay restitution and send back
our $5,000.00 that was stolen by false promises.  I am
thankful that we have a law that will finally stand up for
what is right.  So many times people get away with crime.
This time I pray that this Judge will stand up for the many
victims involved in this fraud.


From victims A.W. and R.W.:

We still haven't recovered from this terrific loss of
income and loss of growth as we near retirement.  We have
always lived below our means and this has set us back
farther.  We are waiting to see if there is any Restitution
from the Millions they have.

From victim J.P.:

I invested our family's hard earned money.  I took a
$10,000 position of common stock and a $10,000 position in
the film "OZ3D" ($20,000 total).  I fielded phone calls
from Gigapix and spoke to their salesman for hours, it
seemed I learned about all the "great" things that were
going on.  I even flew to Iowa to observe the filming of
"Blackbeard" inside the mall in Des Moines, but when I
arrived there were no actors, no pirates, and no pirate
ship.  When I questioned Gigapix, they said the production

had been stopped due to "mis-appropriation of funds". I was floored, but it didn't take long before I was propositioned for more money from Gigapix Studios. . . . I have lost my faith in investing, my wife's trust without our family finances, and my poor father has passed away after giving $20,000 to Gigapix Studios per my recommendation.

From victims G.J. and C.J.:

This represents a very sad day for me. Because of your actions 21 of the people that I love and cherish the most were hurt because of their trust in my recommendation to invest in Gigapix. My goal was to make their lives better not worse. I am especially grieved for my own children.

Of course we grieve over the loss of the money but far greater than that was the loss of the hope for wholesome film that harbored rich content and allowed families to sit in the same space without apologies for adult themes or innuendos. We represent a large population whose objective is to let children's minds expand and imagine without forcing them into a premature stage of life. We were promised and reassured that this was the highest goal of Gigapix filming.

From victim A.H.S.:

Much good could have been done by that $5,000 [invested]. I could have helped my children with educational costs, or possibly I could have given the money to various charities. . . .

From victim J.T.J.:

This statement is to confirm that I [J.T.J.] and my wife [S.H.J.] were duped out of a lot of money by the defendants. We are not wealthy. We were school teachers and worked long and hard to save up a few dollars to help us in retirement. Now all this is gone. We were made to feel that this was a no lose investment. Many phone calls were made to ensure that we understood how lucrative this investment was, even to invest in the company itself which we did.

These people should be made to repay what was taken from us. We will never be able to live the life and do the things we had planned to do because of this mistake on our part.

13

From victim C.R.:

Till this day, my life has been impacted GREATLY because of what these people did to me and my family.  They took my life savings that was set aside for emergencies and for my daughter which has Downs Syndrome and is mentally challenged for her medical bills.  I personally gave Gigapix $25,000 which was my entire savings.  My family . . . gave them over $177,000 and lost everything.  One year after I closed my saving account, I was forced out of my home because I didn't have the money to pay the bills and for my daughter's health care needs.

. . .

Honorable Real, I ask you to please put these people away in federal prison for the rest of their natural lives. Since, they are were found guilty of at least 13+ counts each, please, I beg you to not be lenient on them.  They were not lenient on the victims when they stole people's money.  They have ruined my life along with hundreds, if not thousands of other life's that were affected by their FRAUD while they used our money to live the good life!!

There is not one day that goes by that I do not think about my life savings which was stolen from me.  I was promised the world from Gigapix.  I am deeply saddened by their actions.  If I had my $25,000 returned to me, I could pay for my daughters medical bills and debt which Gigapix impacted me.

In closing, I asked two things from you honorable Real, Please put them away for life, so they cannot do this again and PLEASE award restitution for them to return my $25,000. My Down's Daughter and family really need's this money.

From victims O.P.M. and J.Y.M.:

I am 75 years old and [my wife] is 73 years old.  We raised four (4) children and impacted the lives of many other children as Foster Parents for many years.  My wife is a Domestic Engineer (Homemaker) and still is.  I retired from the City of San Diego as an Administrative Analyst in 1995 after 30 years employment.

. . .

As a result of these failed investments and a major economic downturn in 2008 through 2010 my family and I were forced to file for bankruptcy in 2010.  We are now struggling to stay above board in our finances.

From victim P.R.B:

I invested approximately $85,000 in Gigapix and Oz 3D, LLC. All 5 [sic] defendants sold me the American Dream, but the lights went out on this dream when they did not perform and stopped returning phone calls.  This investment was a large part that I was planning for my retirement (I am now 68 years old).  This loss has caused me and my family great anxiety and depression.  It has also taken a toll on me physically.  Because of their misrepresentation and fraud I hope the court will impose the most severe penalties and jail time.  They should have to pay big time for their crimes.

From victim C.B.B.:

When I first learned the FBI was investigati[ng] this case I felt devastation and my worst fears came true.  My wife and I had invested a total of $165,000 and it was all gone. Our nest egg was gone due to fraud.  A glimmer of hope and faith in the legal system is what followed.  It is what helped us try to move past the anger and depression that we had been duped in a huge way, impacting our future permanently.  Knowing the defendants have been found guilty makes the future seem a little brighter with the possibility of actual financial restitution being made, and jail time served for the financial and emotional pain caused by these two and others.

To this day it makes me sick to think how foolish I was to get involved with this investment.  . . . My wife and I met the defendants.  They had won our trust.

The emotional impact: Anger, depression, guilt, self doubt and broken. Not a day goes by without this event entering my mind.  My wife suggests that this case has contributed to serious health issues I have suffered in recent years.

The financial impact has been devastating as the source of the investment were home equity and hard earned savings. The home was sold as a result and our retirement plans are no longer viable.  Add unemployment and my age to the picture our retirement plans are non-existent, sadly replaced with worrying about making ends meet rather than having enough to live modest lifestyle.

Your Honor, please order restitution in order that justice may be served and that glimmer of hope will brighten the day, evil and corrupt greed will lose, and that financial damage may begin to be repaired.

From victim R.G.:

I invested all my savings in Gigapix Studios with the understanding that OZ would be coming out in 12 to 18 months, when that time was up I was told it was going to be another 12 to 24 months.  With the economy turn down and loss of work and not having any savings to fall back on I tried for Home loan modification over many stressful months with BAC.  My Home finally went in foreclosure and was sold, it was absolutely depressing being homeless.  About a month later Mark Shurtleff Utah Attorney General at the time came out and said BAC was foreclosing illegal and fortunately was able to get my modification.  It is still very stressing as it month to month survival and I had to file bankruptcy so I have no credit. . . .

I don't know if I will ever be able to save and be able to retire, will probably have to work until I die . . . totally lost and vulnerable, worry constantly. . . .

From victim R.J.:

Circumstances at this time:

A) My wife passed away in 2000

B) Very bad depression set in

C) Lost my job

D) [Illegible] took the money I had and began investing into almost everything I was approached about (I must have been on a sucker list).  This was one of the companies I invested in . . . . All I have is my social security check.  Live month to month.  Almost everyone thinks of leaving something to their children, I have nothing.  My 3 sons do not talk to me, afraid I'll ask them for a handout. . . . I don't need my house cleaned I need money for food and medicine.

From victim J.K.:

These people stole 40000 from my family.  When I started working at my present employer I was paid $160 per week.  That is 250 weeks to get that 40,000 back.  My wife's salary was about the same.  40,000 is a lot of money you just can't replace without a lot of years of extra work and just getting on with life.  Have three children whom I would like to help get started.

From victim B.S.:

I am pleased that some of the people that I have dealt with from Gigapix have been prosecuted and have been found guilty.  I kept pulling money out of my IRA and savings on

what I was promised.  I have lost 40% of my retirement and 75% of my savings listening to the defendant's.  I also talked my children into investing what they had into the company.  I have also lost my home and my retirement home as I did not have the money to keep up payments with the economy.

I am starting over at age 56 with my wife and my one daughter (age 24 with spinabifida) that is still at home with no savings and my wife that has to stay at home to take care of my daughter.  I just barrowed the money for a down payment on a home as we have been renting for the past 2 years.

The **$48,000.00** I have invested and the **$3,000.00** I talked my children into may not mean much to some but that was most of what I had, I was planning on using Gigapix for my retirement but that has gone.  I know that I should have spread things out but they are very convincing and I kept listening when they call.  That is on me.

From victim H.T.:

Thank you for your help and informations and your dedication to fight the unethical businessmen who undermine the American way of life; honest, trust, and compassion to each other.

I have worked very hard and tried my best throughout my life.  After serving the USA Army during the "Korean War" from 1952 to 1954, I graduated from the USC Electronic Engineering with a BA degree in 1958 with the help of the GI Bill.

.  .  .

I worked twelve hours per day Monday thru Saturday.  One evening in a week, I attended UCLA evening class from 7:00PM to 10:00PM.  On Sunday, I did my homework assignment and prepared for the midterm exam and the final exam. . . .

Now . . . my total income is $2,212 per Month including my Social Security benefits, and my total expense is about $2,200 per month . . . .

I wish that I had that $20,000 now, and I wish that I was more prudent and careful before putting my hard earned money to the GigaPix Studio.  The sales person of the studio called me many times "I should invest my money to make money when the studio goes "public."  The Gigapix Studio sent me their personal changes and bright future prospect except going "public" officially.  Finally, I

realized that I have made a poor judgment and bad investment, and I could not do anything about it. . . .

From victim S.W.:

I feel bad that all of this has come about and pray that restitution can be obtained.  My son also lost $10,000.00 dollars.  Because of this I am living of a greatly reduced income.  P.S. I am 75 years old.

From victim J.B.:

I'm just an[] ordinary guy working at the time for wages it took me about a year to save for the investment as I recall was about $5,000 for me at the time was and still is a big chunk of change.  I was told all sorts of wonderful things about the management by the sales man.  I was not expecting crazy returns just a few percent better than a savings account.  My job situation shortly after making the investment turned for the worse, and I have never quite recovered.  In fact I'm currently on food stamps/SNAP and could really use the funds just to pay the bills.

From victims L.A.C. and J.R.C.:

We are disgusted with the actions of Chris Blauvelt and David Pritchard as they knowingly lied and gave us continual assurances that their projects would provide us imminent financial security.  I was "right around the corner".  We had many telephone conversations over the past 11 years and even visited the Gigapix studio in Los Angeles.  Each conversation reassured us of their upcoming success!!

I worked as a high school science teacher and [J.] worked as a part-time RN while raising our family of 6 children. We invested our hard-earned savings in the hope of helping our 18 grandchildren with college expenses.  Obviously this is not possible now.  The investment also was planned as a resource for us in our older years and again we don't have this security.

. . .

I am now 80 years old and legally blind with Macular Degeneration so this loss to our family security is significant! Words can't express the emotional turmoil caused by the actions of these two individuals who seemingly had no regard for honesty.  I have experienced many lost hours of sleep as the true nature of Giga[p]ix/OZ3D slowly became apparent!

18

From victims C.G., M.G. and Family:

I'm a *Public School Teacher* in St. Louis and the **$20,000** I invested was obviously a huge amount for my family.  That amount is **40%** of my YEARLY salary.  The **$20,000** for my immediate family vs. the "huge returns" we were promised by David Pritchard (Gigapix) would be a small investment to what was estimated on returns.  This was inheritance money from my Mother who knew David Pritchard personally.  As a family, we certainly feel cheated.  Punch to the gut for sure!

Actually, four other siblings invested more than I did because of David Pritchard and his "St. Louis" connection and ties to the town we grew up.  He was a St. Louis neighbor.  Dare we say a family friend? Guy makes me feel sick now.

. . .

Again, as I type this, my frustration level is escalating thinking about what my immediate family could've done with **$20,000** for my three kids that are now ages 10, 9, and 6.  To David Pritchard/Chris Blauvelt, that amount might be just another vacation.  To where we're at, with three kids and a stay at home wife, that amount would make things MUCH easier around here.  Certainly, we didn't come from $$! To think, I had that $$$ in my account, passed down by my deceased mother, trusted David (*Gigapix or Gigacrooks* as we called them later) and his word, and writing that INITIAL check for $20,000 about tore me up but based on his word and promises, I didn't doubt that "promise" could provide for my family in the future.  If I had that money back . . . college $$, a real stock?

From victim V.G.:

Thank you so much for taking the time to read my letter. My family – [G's] grew up in the same neighborhood as Mr. David Pritchard.  He was a family friend of sorts. . . . That is what so intrigued all of us siblings to invest in Gigapix.

When we learned that David P was behind the venture all of us were willing to invest very hard earned money.  My father passed away in 1982 after working for the St Louis Cardinals. . . . David knew my father growing up and told me personally my dad was a hero to him.  My wife and I flew to LA to visit his studio.  He showed us around and had us in his office to tell of the investment.  When I returned I sent him another check for $12,500 along with Cardinal baseball memorabilia my dad left me, besides the $30,000 I had already put in the company.  This money was left to our family from my dad's life work.  He died of cancer at age

19

53 and my mother passed in 2003 at the age of 71.  The money left to us is what allowed our family to invest in Gigapix.  We completely trusted him.  Our family is not wealthy.  We had no inkling this would be a scam.  We would never of risked our parents money had that been a question.

Needless to say this has been a crushing loss – not just financially but also emotionally as part of your fabric is ripped out when you realize you have been swindled.  I was the one who actually introduced my siblings and a good buddy . . . to invest in Gigapix.  It is something I now have to carry with me as I can't recover the funds that were stolen.

I certainly appreciate the opportunity you have given to voice our story and kindly ask for any restitution that you can authorize to be done to repair the damage done.  Even a return of the Cardinal "schwag" as David puts it would be a repairing of the damage done. . . .

From the brother of victim R.B.J.:

My brother, [R.B.J.], was the "real victim" in this case.  [R.] invested in the Gigapix company from the years 2003 until his death in 2006.  Upon his passing, my sister and I inherited his estate. . . .   Totally, my brother invested $80,000 plus in Gigapix.  I am saddened that his hard earned monies were misused and his trusting nature abused.

From the sister of victim R.B.J.:

I am writing this letter to inform the court of the negative impact made by the actions of defendants David Pritchard and Christopher Blauvelt.

My brother, [victim R.B.J.], now deceased, was a man of great moral convictions that gave generously to the community he lived in.  One of his great passions was education and the systems that supported what he felt was the best leg up on life.  He held degrees from two colleges and became advisor to the fraternity he had belonged to in order to mentor and guide young men toward the better life a good education could afford them.

The monies he invested in Gigapix were monies he planned to give to the university and fraternity that he supported so passionately.

Anyone who invests and gets frauded out of their hard earned money feels "taken for a fool" but especially so when swindled out of an investment that was intended for philanthropic purposes with the hopes of being able to give back to an educational system he loved and found so worthy of his time and money.  Those dreams were not able to be

realized because of the actions of the defendants.  Their
fraudulent activities stole from people trying to better
themselves and contribute to our society.  When they stole
from [victim R.B.J.] they stole from a greater community
with untold numbers of people who would have benefitted
from his generous support.


From victim M.R.L.:

I have felt cheated, betrayed, swindled, robbed, even worse
as time went on because also now this is a severe financial
burden, to lose a significant amount of money.  I had
talked to both Mr. Blauvelt and Pritchard by phone numerous
times at the beginning of my investment and for 2 years
after that, received numerous letters and mailings from
them, and they always indicated Gigapix was moving forward
and was a solid investment. . . . This swindle has
curtailed my disposable income and this is now a
significant percentage of my savings . . . .


From victim J.H.M.:

As one of the people scammed in the case of Gigapix
Studios, Inc; OZ3D, LLC, I wish to comment on how
Christopher Blauvelt and David Pritchard affected me with
their dishonesty.  I was at that time an associate
professor at a university that did not pay very well.  I
had three children for whom we always looked for good
entertainment.  I had saved for a long time to invest in
something that would not only make some money for my family
but would also in some way benefit the people that look for
good entertainment for themselves and their families. That
is hard to find these days.

. . .

Needless to say, I did without to help back this venture.
I saved giving up much over time to back something like
this.  The loss of this money in a scam limited what I
could give my kids and set me back substantially.  There
should be retribution!

From victim J.P.:

The impact this stupid investment has had on me is more
than I care to admit.  Emotionally, I feel like a fool.  I
felt like a fool when I invested under continuous pressure
from Mr. Blauvelt and his staff to not miss out on this
incredible opportunity.  I felt like a bigger fool later
when it turned out to be a complete loss. . . .  I should
not have been investing in Gigapix in the first place but
Mr. Blauvelt convinced me I was an accredited investor and

21

even though I couldn't afford to invest $20,000 in one-shot, $5,000 would be enough to get me started.  . . .

I recently took a new job in Lincoln, Nebraska.  That may turn out to be a blessing but I'll openly admit that had I not made this investment in Gigapix Studios or had I at least gotten my money back, I may not have been looking for a job as my dream has always been to be financially independent with my own consulting company which I was on pace to become had I not gotten careless with this and had a couple of other things happen that affected my cash flow.

From victims K.S.:

Approximately in May of 2009 I was contacted by Chris Blauvelt with Gigapix Studios and along with Tony Wright stating that they had a fantastic investment in an up coming animated film called OZ3D in which a investor could make a lot of money with a small investment.  Their small amount or minimum investment was $20,000 a lot of money to me but I did have it in a IRA acct.  After days of calling me and telling me that they only needed a few more investors to get this Movie going and into production, I was told that it would be released just before Christmas of that year and that it would make a box office smash, being one of the first 3D animated films out and then being the Wizard of OZ. . . .  Under high pressure from them I decided to invest.

. . .

The sad thing about this is that they sounded so professional and sincere but now seeing what was done leaves me with no doubt that they new their was trouble and yet they keep trying to get more money from innocent people.

From victims J.S. and M.S.:

The financial loss is the greatest impact.  Secondly, when you spend your life be honorable you expect others to be forthright, honest and not deceptive.  This one threw me a real curve.  This investment was recommended to me by a friend.  Now we've both been burned.

From victim L.K.:

The loss of $85,000 has substantially affected my retirement security.  My initial investment of $20,000 was made while still employed; the additional investments of $65,000 were made after losing my job in Apr. 2008.  The person from Gigapix who called to sell me on making the investments knew that I had lost my job; he assured me that this was an amazing investment that would bring a great

return. I now am scrambling to earn any income I can wherever I can.

During one of my trips to S. Cal to visit my mom, I brought her with me to tour the Gigapix studio, where we met personally with David Pritchard and Chris Blauvelt. I am now very embarrassed to have trusted these supposedly 'highly respected' people in the industry. This experience has not only taken a large financial toll, but an emotional one as well.

From victim S.B.:

When my husband Sal and I were married in 1992, he promised to love and take care of me, which he did financially until his health made him take an early retirement. As he was no longer able to work outside of the home, he felt that he could best provide for our family with two teenage daughters, (one with severe disabilities) through taking some of our savings and making good investments. He researched GigaPix and made the investments in the company with due diligence, talking with Chris Blauvelt and Dave Pritchard by phone, by e-mail, and by visiting with them in person in Chatsworth. I made the investments with him, supporting him to have all of his dreams come true. . . .

I had to work 7 years longer than we had planned, partly due to the lack of funds which were no longer available to us because of our investments with Chris and David. During our marriage, Sal suffered many heart attacks. His health deteriorated, and we were unable to participate in many of the activities which had previously given us much pleasure.

These were years filled with worry and stress. I was constantly torn between the need to take care of my husband, our daughters, and the need to work to support us. Many days, I left home fearing the worst. I was unable to spend the time I wanted, the time Sal needed, because we chose to trust Chris and David. . . . Sal and I will never get that time back.

One year ago, on January 6, 2014, my husband . . . passed away after his seventh heart attack. He died before his 'ship came in' when GigaPix and OZ3D finally paid off. . . . [W]e would have been able to spend much more time together and our lives would have been much easier and more comfortable if we had not been swindled out of money through this group.

From victim C.P.L.:

I invested, LOST, was ROBBED of $10,000! By these thieving, conniving, scum. They conned me out of what is for me, a LARGE sum of my heard earned money, cash I could

desperately use now as my job with GE went away at the First of this year (2014) unemployment Benefits ran out in 20 weeks, the stress caused a cranial subdural heatoma requiring emergency surgery, leaving me disabled and unable to work.  My home is going to foreclosure.  I'm unable to pay my bills and barely keep my wife and daughter fed, I'm daily reminded of my poor judgment and what these Hollywood scumbuckets took from me and spent on high living while I sink deep into debt and my family goes without.

From the son of victim H.B.F.:

My father was a fairly successful oil and gas operator in Texas for over 60 years.  His health began to fail because of an undiagnosed case of acute myogenic leukemia several years before his subsequent death in 2008.  He continued to go to his office to conduct his regular business but his secretary informed me he had withdrawn funds inherited from his mother to "invest" in some unusual enterprises.  I purposefully moved into his office to help her monitor the situation.  He exhausted those funds and started using funds marked for future needs with the family business and continued to deplete his savings.

The defendants, by their actions, almost brought my parent's 60+ year marriage to a divorce because my mother realized he was being swindled and had already lost several hundred thousand dollars.  Dad was at that time trying to regain what he had lost but unfortunately there was no quick fix to a lifetime of slow but steady accumulation of funds. . . .

It is more than a helpless feeling to daily see your father continue to be preyed upon by the relentless onslaught of a set of individuals like the defendants.  He had worked hard to get where he was in life and to have a group of greedy individuals who predominantly prey on the elderly is a complete travesty.  . . .

Judge understand that the sentence passed on the defendants will never come close to mitigating the financial and emotional damage they have done to my family.  They perpetrated their enterprise with willful malice of forethought and preyed on those in your society that were not able to defend them.  This white-collar crime is no different that Madoff or Ken Lay with Enron except in it's size.

Please understand that there is no prison course study or medication available to treat a defendant where they lack compassion for those around them that are the most helpless.  I only ask that you sentence them to the maximum time available for this crime and thereafter keep them away from any situation with the elderly or functionally disabled so no one has to go through what we had to endure

24

1   in the future.

2   From victim D.N.:

3   [Unintelligible] and depression on my part, plus anger,
    sadness made me go into self isolation, and not thinking of
4   the family situation, but seeing what happens to me affects
    all of them.  I was so disappointed in myself for being
5   taken by Gigapix, that I wasn't thinking properly.  Meaning
    I was a strong outgoing person going the opposite
6   direction, not wanting to go anywhere or talk to anyone has
    its repercussions on all of them.  This investment was
7   supposed to make a better life for all of us, but instead
    it put us in the poor house.  I almost lost everything,
8   including love of family over this.  It's like my hole
    world collapsed around me, loans started to default, money
9   got tighter, credit score from 760 to 500 fast couldn't get
    credit anymore, loans became high interest.  Could not
10  refie home, can't buy a car, and ate Top Ramen for over 2
    years, yes I'm very angry.

11

12  From victim C.K.:

13  I am deeply upset that so many people as well as myself
    have lost hard earned income due to this type of illegal
14  activity. . . .  I should have become suspect when the
    salesman directed me to declare to a personal financial
15  position that was beyond my means, but necessary to invest
    with the defendants' business ventures.  My personal
16  finances have been detrimentally affected by the tens of
    thousands I lost in my investments with the defendants and
17  their businesses.  I trust your Honor will proffer the
    strongest penalties to the defendants to hopefully deter
18  any future actions against unwitting persons by same minded
    individuals.

19

20  From victims J.W.H. and K.W.H:

21  The money we invested with Gigapix were funds for our
    retirement.  Setting aside that amount ($5,000) annually,
22  basically set us back 3 years.  It was not easy to regroup,
    or simply say "oh well."  We had a difficult time, as it
23  was the same time my company lost money with the economic
    downturn and less money was available to put towards
24  retirement.  Just very frustrating and economically
    damaging.

25

26      The loss figure under represents the seriousness of the offense

27  because there is no guideline enhancement in this case that reflects

28
                                25

the severe pain and suffering defendant inflicted on his victims.
USSG § 3A1.1(b)(1) provides for an upward adjustment of two levels if
the offense involves vulnerable victims.  However, this guideline
does not take into account the emotional, physical, and financial
harm defendant visited on his victims.  In fact, USSG § 2B1.1,
Commentary Note 19(A)(ii) includes as a reason for upward departure:
"The offense caused reasonably foreseeable, psychological or
psychological harm or severe emotional trauma."

    **B.**   **"(2) the need for the sentence imposed**

        **1.**   **"(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense."**

The government has discussed the extreme seriousness of this
offense above.  Given the egregious nature of the offense, the
government believes a significant sentence is necessary for just
punishment.

        **2.**   **"(B) to afford adequate deterrence to criminal conduct."**

A significant sentence provides general deterrence to defendants
who would commit investment-type scams.  The government hopes that a
significant sentence would provide specific deterrence to this
defendant as well.

        **3.**   **"(C) to protect the public from further crimes of the defendant."**

A significant sentence would protect society from further crimes
of this defendant.

      **4.**    **"(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct."**

Following a guidelines sentence avoids disparity between similarly situated defendants.  <u>United States v. Green</u>, 592 F.3d 1057, 1072 (9th Cir. 2010) (sentencing guidelines exist to create national uniformity of sentencing); quoting <u>United States v. Becerril-Lopez</u>, 541 F.3d 881, 895 (9th Cir. 2008) ("[W]e have trouble imagining why a sentence within the Guidelines range would create a disparity, since it represents the sentence that most similarly situated defendants are likely to receive").

In this case, the guidelines are so high that a downward adjustment would not cause undue disparity with other similarly situated defendants.

      **5.**    **"(7) the need to provide restitution to any victims of the offense."**

There is no indication that defendant will ever be able to pay back the victims of this crime.  Thus, it is unnecessary to believe that an early release from custody would allow him to work to pay the victims back.

**V.   CONCLUSION**

For the foregoing reasons, this Court should sentence defendant to a significant term of custody.

CERTIFICATE OF SERVICE

I, Belinda B. Tunque, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **GOVERNMENT'S POSITION RE SENTENCING FACTORS**

service was:

[X]  Placed in a closed          [ ]  Placed in a sealed
     envelope, for collection         envelope for collection and
     and interoffice delivery         mailing via United States Mail,
     addressed as follows:            addressed as follows:

[ ]  By hand delivery            [ ]  By facsimile as follows:
     addressed as follows:

[ ]  By messenger as follows: [ ]  By federal express as follows:

**U.S. Probation Officer Cristina Torres**
**United States Probation Office**
**312 North Spring Street, 6th Floor**
**Los Angeles, CA 90012**

This Certificate is executed on February 12, 2015, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*Belinda B. Tunque*