To: Honorable Manuel Real US District Court:

My name is Laura Brown.   Cherie Marie Brown is the grandmother of my two beautiful kids, Viviana and Christian. I have known Cherie since 2005 and I have learned in the last 10 years a lot about her, about integrity, love, honesty and forgiveness. With lots of proud I can say that my daughter Viviana is a reflection of all those things because her. She has been one of most positive influence in our life, and I'm pretty sure she will continue to be. What makes Cherie Brown a special person is the Completely devotion she puts in everything she does, without hesitate. One day I was taking my daughter to school at the time she could have been 5 years old, I noticed "as good Italian I am" that her outfit was not matching, so I told her to get inside of the house and to change really fast, my daughter straight way replays saying: "it is not important how we look outside, but how we are beautiful inside... That's what Cherie Brown told me mommy." I was speechless and trilled at same time.

Your honour, this is how children need to be raised, with moral and principal to serve this country the best they can. I have no doubts that Cherie Brown could raise the American flag with honor and respect, she never, never would let this country to go down and be part of illegal congregations, because she has got an outstanding sense of patriotism and loyalty for her country.

I have seen many amazing things during her sobriety in AA, including encouraging fellows do not commit suicide because tired if the American system, giving them reasons to love their self and change their prospective of life.

I could mention many other extraordinary things Cherie Brown have done in her life, but this letter would not be long enough to be noteworthy....

My family puts everything in your experience judgement. And ask that God oversees your decisions.

Sincerely,

Laura Iannettone Brown