

Hon. Manuel L. Real
c/o Victim Witness Assistance Program
Attention: Katherine J. Ferguson
USAO- Central District of California
312 N. Spring Street, Ste. 1700
Los Angeles, California 90012

Re: U.S. v. Pritchard, et al 14-CR-282 (Gigapix/ OZ3D)

Dear Judge Real:

I have worked in the non-profit sector all of my life. I never made a big salary, and I was never offered a pension or any other retirement benefit. I was looking for an investment where I could place my nest egg that would allow me to have a secure retirement. Over the course of several years, because of optimistic ongoing newsletters, emails and phone calls relating to Gigapix, including communication with Cherie Brown and Gregory Pusateri, and very optimistic newsletters from Mr. Pritchard, one dated as recently as May 24, 2011, I built up my investment in Gigapix over the years to between $129,000 and $139,000. I also invested a smaller amount with Gigapix, two years' worth, into an IRA. That was a lot of money for me. I lost it all. I am ashamed and I am depressed.

Take a look at a 3 minute interview of very self-assured David Pritchard, winner of two prime time Emmies, published October 1, 2013, at https://www.youtube.com/watch?v=ap5qA04ajqw. Priding himself on "never having a plan" but never having to look for a job. If only I had seen that BEFORE I invested. Apparently, he never had a plan for Gigapix either.

Cherie Brown, in an effort to boost the credibility of David Pritchard, and looking to me to invest more, told me toward the end of 2010 that Pritchard was going to be on a Sundance Jury. When the Sundance juries were announced in early 2011, and Pritchard's name wasn't listed, I asked her what happened. She made up some sort of excuse that Pritchard had a scheduling conflict.

I had various conversations with Ken Gross, through whom I bought some of my early shares of Gigapix. Gross told me in an email of May 16, 2012, that he had just spoken on the phone with David Pritchard, that the company Gigapix is alive and well, and that Pritchard just got their show "workaholics" renewed for another season. And that they were moving ahead on a number of other projects. Gross also told me that, in a conversation he had with Pritchard in the beginning of November, 2013, Pritchard still hoped to revive the company and that he, Pritchard, had $5 million dollars.

My economic loss has taken a significant toll on my financial security, and my ability to plan for my retirement. As a single woman, I am completely reliant on my own resources. I was emotionally crushed when I learned of the demise of Gigapix and the loss of my investments. This loss has created insurmountable stress and will affect my future stability in various ways, some of which I cannot even anticipate at this point.

Please incarcerate all defendants for the maximum. They deserve it and should pay for lying to and mistreating and deceiving investors.

Thank you.
Sincerely,

