UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.   **CR-14-282-R-1**                                                Date: **FEBRUARY 9, 2015**

===============================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | Sheri Kleeger | Ellyn M. Lyndsay |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================================
U.S.A. vs (Dft listed below)                          Attorney for Defendant

1)   **DAVID PRITCHARD**                              1)   Jean M. Nelson
       X present      X bond                                Richard E. Drooyan
                                                             X present      X retained

PROCEEDINGS:   SENTENCING

Court hears counsel's arguments.

The Court sentences the defendant.

The Court sets a restitution hearing on April 20, 2015 at 10:00 a.m.
to determine the total amount of restitution.

**Refer to SEPARATE Judgment and Probation/Commitment Order.**

0:21 min

Deputy Clerk Initials ____CCH____