| | |
|---|---|
| Name Christopher James Blauvelt | **FILED**<br>CLERK, U.S. DISTRICT COURT |
| Address Metropolitan Detention Center, 535 Alameda Street | |
| City, State, Zip Los Angeles, Ca 90012 | 2/19/2015 |
| Phone | |
| Fax | CENTRAL DISTRICT OF CALIFORNIA |
| E-Mail | BY: _____CR_____ DEPUTY |
| ☐ FPD ☐ Appointed ☐ CJA ☒ Pro Per ☐ Retained | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A., | CASE NUMBER: |
| PLAINTIFF(S), | CR-14-282-R-2 |
| v. | |
| (2) CHRISTOPHER JAMES BLAUVELT, | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that _____CHRISTOPHER JAMES BLAUVELT_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☒ Sentence imposed:
  96 months

☒ Bail status:
  Detained

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____2/13/15   [316]_____ . Entered on the docket in this action on _____2/17/15_____ .

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| 2/19/15 | CHRISTINE CHUNG CRD on behalf of Defendant |
| Date | Signature |
| | ☐ Appellant/ProSe   ☐ Counsel for Appellant   ☒ Deputy Clerk |

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).